IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TUPPERWARE BRANDS CORPORATION, *et al.*,[1] | ) | Case No. 24-12156 (BLS) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances as counsel to an ad hoc group of lenders (the "Ad Hoc Group") to Tupperware Brands Corporation and certain of its subsidiaries (collectively, the "Debtors") under that certain Credit Agreement dated as of November 23, 2021 and that certain Bridge Loan Credit Agreement dated as of August 12, 2024, pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that all notices given or required to be given in the above-captioned chapter 11 cases (collectively, the "Chapter 11 Cases"), and all papers served or required to be served in the Chapter 11 Cases, be given and served upon:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tupperware Brands Corporation (2333); Dart Industries Inc. (5570); Deerfield Land Corporation (0323); Premiere Products Inc. (4064); Tupperware Brands Latin America Holdings, L.L.C. (0264); Tupperware Home Parties LLC (1671); Tupperware International Holdings Corporation (8983); Tupperware Products AG (6765); Tupperware Products, Inc. (8796); and Tupperware U.S., Inc. (2010). The location of the Debtors' service address in these chapter 11 cases is: 14901 S Orange Blossom Trail, Orlando, FL 32837.

32085638.1

| | |
|---|---|
| Allan S. Brilliant, Esq. | Robert S. Brady, Esq. |
| Shmuel Vasser, Esq. | Robert F. Poppiti, Jr., Esq. |
| Stephen M. Wolpert, Esq. | S. Alexander Faris, Esq. |
| Miles Taylor, Esq. | YOUNG CONAWAY STARGATT |
| DECHERT LLP | & TAYLOR, LLP |
| 1095 Avenue of the Americas | 1000 North King Street |
| New York, NY 10036-6797 | Wilmington, DE 19801 |
| Telephone: (212) 698-3500 | Telephone: (302) 571-6600 |
| Facsimile: (212) 698-3599 | Facsimile: (302) 571-1253 |
| Email: allan.brilliant@dechert.com | CM/ECF Noticing: |
| shmuel.vasser@dechert.com | bankfilings@ycst.com |
| stephen.wolpert@dechert.com | Email:   rbrady@ycst.com |
| miles.taylor@dechert.com | rpoppiti@ycst.com |
| | afaris@ycst.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of liquidation or reorganization transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telecopier, or otherwise, which affects the Debtors, the Ad Hoc Group, or the property of either of the foregoing.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Service of Notices and Papers* (this "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of: (i) the right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgement consistent with Article III of the United States Constitution; (ii) the right to have final orders in non-core matters entered only after de novo review by a District Judge; (iii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases; (iv) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (v) any

objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (vi) any election of remedy; or (vii) any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, in law or in equity, under any agreements or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: September 18, 2024<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Robert S. Brady*<br>Robert S. Brady (No. 2847)<br>Robert F. Poppiti, Jr. (No. 5052)<br>S. Alexander Faris (No. 6278)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 576-3312<br>Email: rbrady@ycst.com<br>        rpoppiti@ycst.com<br>        afaris@ycst.com<br><br>-and-<br><br>**DECHERT LLP**<br>Allan S. Brilliant (*pro hac vice* admission pending)<br>Shmuel Vasser (*pro hac vice* admission pending)<br>Stephen M. Wolpert (*pro hac vice* admission pending)<br>Miles Taylor (*pro hac vice* admission pending)<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599<br>Email: allan.brilliant@dechert.com<br>        shmuel.vasser@dechert.com<br>        stephen.wolpert@dechert.com<br>        miles.taylor@dechert.com<br><br>*Co-Counsel to the Ad Hoc Group* |