**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| TUPPERWARE BRANDS CORPORATION, *et al.*,[1] | ) Case No. 24-12156 (BLS) |
| Debtors. | ) (Jointly Administered) |

**SUMMARY OF THIRD MONTHLY
FEE APPLICATION OF KIRKLAND & ELLIS LLP
AND KIRKLAND & ELLIS INTERNATIONAL LLP, ATTORNEYS
FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD
FROM DECEMBER 1, 2024, THROUGH AND INCLUDING DECEMBER 31, 2024**

| | |
|---|---|
| Name of Applicant: | Kirkland & Ellis LLP <br> Kirkland & Ellis International LLP |
| Authorized to Provide Professional Services to: | Tupperware Brands Corporation, *et al.* <br> Debtors and Debtors in Possession |
| Date of Retention: | Retention Order entered on November 15, 2024. Effective as of September 17, 2024. |
| Period for which compensation and reimbursement is sought: | December 1, 2024, through December 31, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $295,100.80 (80 percent of $368,876.00)[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $15,840.09 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tupperware Brands Corporation (2333); Dart Industries Inc. (5570); Deerfield Land Corporation (0323); Premiere Products, Inc. (4064); Tupperware Home Parties LLC (1671); Tupperware International Holdings Corporation (8983); Tupperware Products, Inc. (8796); Tupperware U.S., Inc. (2010); and Tupperware Brands Latin America Holdings, L.L.C. (0264). The location of the Debtors' service address in these chapter 11 cases is: 14901 S Orange Blossom Trail, Orlando, FL 32837.

[2] K&E voluntarily reduced its fees and expenses by $19,593.04 in the Fee Period (as defined herein). Consequently, K&E does not seek payment of these fees and expenses in this Monthly Fee Statement (as defined herein).

**Summary of Hours by Professional Billed**
**From December 1, 2024, Through December 31, 2024**

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Michael Beauchamp | Associate | 2023 | Restructuring | 975.00 | 14.10 | $13,747.50 |
| Kassie Coley | Associate | Pending | Restructuring | 975.00 | 1.50 | $1,462.50 |
| Josh Ellis | Associate | 2022 | Technology & IP Transactions | 1,095.00 | 1.10 | $1,204.50 |
| Hannah Kupsky | Associate | 2024 | Restructuring | 975.00 | 22.10 | $21,547.50 |
| Will Magliocco | Associate | 2023 | Restructuring | 815.00 | 20.90 | $17,033.50 |
| Alan McCormick | Associate | 2021 | Restructuring | 1,345.00 | 11.10 | $14,929.50 |
| Mackenzie Packard | Associate | 2021 | ECEB - Employee Benefits | 1,265.00 | 5.60 | $7,084.00 |
| Maayan Sachs | Associate | 2022 | ECEB - Labor/Employment | 1,095.00 | 1.50 | $1,642.50 |
| Alex Stephenson | Associate | 2022 | Taxation | 1,175.00 | 1.70 | $1,997.50 |
| Ishaan Thakran | Associate | 2024 | Restructuring | 975.00 | 3.00 | $2,925.00 |
| Kruthi Venkatesh | Associate | 2024 | Corporate - M&A/Private Equity | 1,095.00 | 9.20 | $10,074.00 |
| Ben Virant | Associate | 2024 | Corporate - General | 975.00 | 35.90 | $35,002.50 |
| Andy White | Associate | 2022 | Technology & IP Transactions | 1,095.00 | 3.70 | $4,051.50 |
| Michael Paul Alcan | Partner | 2018 | Taxation | 1,665.00 | 1.70 | $2,830.50 |
| James Andrew Bedotto | Partner | 2014 | Taxation | 1,695.00 | 0.80 | $1,356.00 |
| Lisa S. Cha | Partner | 2019 | ECEB - Executive Compensation | 1,575.00 | 0.70 | $1,102.50 |
| Thad W. Davis, P.C. | Partner | 2005 | Taxation | 2,025.00 | 1.40 | $2,835.00 |
| Susan D. Golden | Partner | 1988 | Restructuring | 1,600.00 | 7.20 | $11,520.00 |
| Amber Harezlak | Partner | 2015 | Technology & IP Transactions | 1,575.00 | 1.80 | $2,835.00 |
| Gabriela Zamfir Hensley | Partner | 2018 | Restructuring | 1,595.00 | 44.80 | $71,456.00 |
| Maureen D. O'Brien | Partner | 1998 | ECEB - Employee Benefits | 2,115.00 | 15.60 | $32,994.00 |
| Joshua Payne | Partner | 2018 | Corporate - M&A/Private Equity | 1,575.00 | 2.00 | $3,150.00 |

2

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Scott D. Price, P.C. | Partner | 1998 | ECEB - Executive Compensation | 2,245.00 | 0.50 | $1,122.50 |
| William T. Pruitt | Partner | 2004 | Litigation - General | 1,695.00 | 1.70 | $2,881.50 |
| Risa Salins | Partner | 2002 | ECEB - Labor/Employment | 2,115.00 | 1.40 | $2,961.00 |
| Anup Sathy, P.C. | Partner | 1995 | Restructuring | 2,305.00 | 31.00 | $71,455.00 |
| Brittany Taylor | Partner | 2019 | Corporate - Debt Finance | 1,575.00 | 1.50 | $2,362.50 |
| Steve Toth | Partner | 2005 | Corporate - M&A/Private Equity | 1,820.00 | 3.70 | $6,734.00 |
| Spencer A. Winters, P.C. | Partner | 2013 | Restructuring | 1,685.00 | 9.10 | $15,333.50 |
| **Total for Attorneys** | | | | | **256.30** | **$365,631.00** |

3

**Summary of Hours by Paraprofessional Billed**
**From December 1, 2024, Through December 31, 2024**

| Professional Person | Position with the Applicant | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Christian Mancino | Junior Paralegal | Restructuring | 355.00 | 1.50 | $532.50 |
| Alec Sinek | Junior Paralegal | Corporate – M&A/Private Equity | 325.00 | 7.30 | $2,372.50 |
| Eric Nyberg | Support Staff | Conflicts Analysis | 340.00 | 1.00 | $340.00 |
| **Total for Paraprofessionals** | | | | **9.80** | **$3,245.00** |
| **Grand Total** | | | | **266.10** | **$368,876.00** |

**Compensation By Project Category**
**From December 1, 2024, Through December 31, 2024**

| Matter Number | Project Category Description | Total Hours | Total Fees |
|---|---|---|---|
| 9 | Corporate & Governance Matters | 7.40 | $12,295.00 |
| 10 | Disclosure Statement/ Plan/ Confirmation | 28.40 | $56,939.00 |
| 11 | DIP Financing and Cash Collateral | 6.20 | $12,085.00 |
| 12 | Cash Management | 2.10 | $2,191.50 |
| 14 | Asset Sales/Section 363 Issues: | 74.60 | $81,900.50 |
| 15 | Executory Contracts & Unexpired Leases | 16.30 | $15,344.50 |
| 16 | Business Operations | 4.90 | $7,815.50 |
| 17 | Claims Administration | 0.50 | $1,152.50 |
| 19 | Creditors' Committee Matters | 0.50 | $563.50 |
| 21 | U.S. Trustee Matters and Communication | 0.40 | $638.00 |
| 23 | Employee and Labor Matters | 41.90 | $75,227.50 |
| 24 | Insurance and Surety Matters | 2.20 | $3,679.00 |
| 26 | Tax Matters | 1.30 | $2,462.50 |
| 27 | International Matters | 12.30 | $23,195.50 |
| 28 | Case Administration | 0.20 | $71.00 |
| 29 | Retention—K&E | 64.80 | $71,445.00 |
| 30 | Retention—Non-K&E | 2.10 | $1,870.50 |
| **Total** | | **266.10** | **$368,876.00** |

## Expense Summary

| Expense | Vendor (if any) | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Expenses | Third Party Telephone Charges | N/A | $16.00 |
| Expenses | Standard Copies or Prints | N/A | $5.40 |
| Expenses | Color Copies or Prints | N/A | $15.40 |
| Expenses | Local Transportation | N/A | $667.94 |
| Expenses | Transportation to/from airport | N/A | $1,589.37 |
| Expenses | Other Court Costs and Fees | N/A | $7,385.74 |
| Expenses | Computer Database Research | N/A | $1,656.89 |
| Expenses | Westlaw Research | N/A | $289.00 |
| Expenses | LexisNexis Research | N/A | $103.44 |
| Expenses | Overtime Transportation | N/A | $27.22 |
| Expenses | Document Services Overtime | N/A | $0.00 |
| Expenses | Postage – Hard | N/A | $61.84 |
| Expenses | Overnight Delivery – Hard | N/A | $4,021.85 |
| **Total** | | | **$15,840.09** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) ) |
|  | ) Chapter 11 |
| TUPPERWARE BRANDS CORPORATION, *et al.*,[1] | ) ) Case No. 24-12156 (BLS) |
| Debtors. | ) ) (Jointly Administered) ) |

**THIRD MONTHLY
FEE APPLICATION OF KIRKLAND & ELLIS LLP
AND KIRKLAND & ELLIS INTERNATIONAL LLP, ATTORNEYS
FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD
FROM DECEMBER 1, 2024, THROUGH AND INCLUDING DECEMBER 31, 2024**

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of September 17, 2024*, dated November 15, 2024 [Docket No. 347] (the "Retention Order"), the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief,* dated November 12, 2024 [Docket No. 334] (the "Interim Compensation Order"), and the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Local Rules"), the law firm of Kirkland & Ellis LLP and Kirkland & Ellis International LLP (together, "K&E"), counsel for the above-captioned debtors and debtors in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tupperware Brands Corporation (2333); Dart Industries Inc. (5570); Deerfield Land Corporation (0323); Premiere Products, Inc. (4064); Tupperware Home Parties LLC (1671); Tupperware International Holdings Corporation (8983); Tupperware Products, Inc. (8796); Tupperware U.S., Inc. (2010); and Tupperware Brands Latin America Holdings, L.L.C. (0264). The location of the Debtors' service address in these chapter 11 cases is: 14901 S Orange Blossom Trail, Orlando, FL 32837.

possession (collectively, the "Debtors"), hereby files this monthly fee statement (this "Monthly Fee Statement") for: (i) compensation in the amount of $295,100.80 (80 percent of $368,876.00 for the reasonable and necessary legal services K&E rendered to the Debtors from December 1, 2024 through December 31, 2024 (the "Fee Period"); and (ii) reimbursement for the actual and necessary expenses that K&E incurred, in the amount of $15,840.09 during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by K&E partners, associates, and paraprofessionals during the Fee Period with respect to each of the subject matter categories K&E established in accordance with its internal billing procedures. As reflected in **Exhibit A**, K&E incurred $368,876.00 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, K&E seeks reimbursement for 80 percent of such fees ($295,100.80 in the aggregate).

- **Exhibit B** is a schedule providing certain information regarding the K&E attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of K&E have expended a total of 266.10 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which K&E is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for K&E's out-of-pocket expenses.

- **Exhibit D** consists of K&E's records of fees and expenses incurred during the Fee Period in the rendition of the professional services to the Debtors and their estates.[2]

---

[2] K&E has negotiated a discounted rate for Westlaw computer-assisted legal research. Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

2

**Representations**

2.  Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period.  K&E reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Bankruptcy Local Rules, and the Interim Compensation Order.

[*Remainder of page intentionally left blank*]

WHEREFORE, K&E requests allowance of its fees and expenses incurred during the Fee Period in the total amount of $310,940.89 consisting of (a) $295,100.80 which is 80 percent of the fees incurred by the Debtors for reasonable and necessary professional services rendered by K&E; and (b) $15,840.09 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Dated: January 9, 2025
Wilmington, Delaware

*/s/ Michael E. Fitzpatrick*
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Michael E. Fitzpatrick (No. 6797)
Jack M. Dougherty (No. 6784)
**COLE SCHOTZ P.C.**
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone:  (302) 652-3131
Facsimile:   (302) 652-3117
Email:         preilley@coleschotz.com
                   snewman@coleschotz.com
                   mfitzpatrick@coleschotz.com
                   jdougherty@coleschotz.com

-and-

Anup Sathy, P.C. (admitted *pro hac vice*)
Spencer A. Winters, P.C. (admitted *pro hac vice*)
Jeffrey T. Michalik (admitted *pro hac vice*)
Gabriela Z. Hensley (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200
Email:         anup.sathy@kirkland.com
                   spencer.winters@kirkland.com
                   jeff.michalik@kirkland.com
                   gabriela.hensley@kirkland.com

*Counsel to the Debtors and Debtors in Possession*