IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TUPPERWARE BRANDS CORPORATION, *et al.*[1], | Case No. 24-12156 (BLS) |
| | (Jointly Administered) |
| Debtors. | **Re: Docket No. 471** |

**RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DISCLOSURE STATEMENT RELATING TO THE JOINT CHAPTER 11 PLAN OF LIQUIDATION OF TUPPERWARE BRANDS CORPORATION AND ITS DEBTOR SUBSIDIARIES**

The Official Committee of Unsecured Creditors (the "Committee") of Tupperware Brands Corporation and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") respectfully submits this reservation of rights in connection with the *Disclosure Statement Relating to the Joint Chapter 11 Plan of Liquidation of Tupperware Brands Corporation and Its Debtor Subsidiaries* [Dkt. No. 471] (the "Disclosure Statement").

1. The Committee continues to review the Disclosure Statement and is in communication with the Debtors and Ad Hoc Group in connection therewith. The Committee reserves all rights, arguments and objections, including the right to contest approval of the Disclosure Statement and confirmation of any proposed plan of reorganization, to file an objection to the Disclosure Statement at any time up to or at the hearing to consider approval of the Disclosure Statement, or to seek to introduce evidence in connection with the Disclosure

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tupperware Brands Corporation (2333); Dart Industries Inc. (5570); Deerfield Land Corporation (0323); Premiere Products Inc. (4064); Tupperware Brands Latin America Holdings, L.L.C. (0264); Tupperware Home Parties LLC (1671); Tupperware International Holdings Corporation (8983); Tupperware Products AG (6765); Tupperware Products, Inc. (8796); and Tupperware U.S., Inc. (2010). The location of the Debtors' service address in these Chapter 11 cases is: 14901 S Orange Blossom Trail, Orlando, FL 32837.

17160003/1

Statement at any time prior to or at the final hearing(s) thereon.

Dated: January 30, 2025  **MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Eric J. Monzo (DE Bar No. 5214)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
    emonzo@morrisjames.com
    scerra@morrisjames.com

-and-

**BROWN RUDNICK LLP**
Robert J. Stark (admitted *pro hac vice*)
Bennett S. Silverberg (admitted *pro hac vice*)
Elizabeth C. Castano (admitted *pro hac vice*)
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
E-mail: rstark@brownrudnick.com
    bsilverberg@brownrudnick.com
    ecastano@brownrudnick.com

-and-

Tristan Axelrod (admitted *pro hac vice*)
Matthew A. Sawyer (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
E-mail: taxelrod@brownrudnick.com
    msawyer@brownrudnick.com

*Counsel to the Official Committee of Unsecured Creditors*