**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TUPPERWARE BRANDS CORPORATION, *et al.*,[1] | ) | Case No. 24-12156 (BLS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MARCH 7, 2025, AT 10:00 A.M. (PREVAILING**
**EASTERN TIME) BEFORE THE HONORABLE BRENDAN LINEHAN SHANNON**

**THIS HEARING WILL BE CONDUCTED IN PERSON AND VIA ZOOM**.

Please refer to Judge Shannon's
Chambers Procedures (available here) and the Court's website
(https://www.deb.uscourts.gov/ecourt-appearances) for information
on the method of allowed participation (video or audio), Judge Shannon's
expectations of remote participants, and the advance registration requirements.
Registration is required 4:00 p.m. (prevailing Eastern Time) the business day before the hearing
unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

**MATTERS GOING FORWARD**

1. Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement on an Interim and Final Basis, (II) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (III) Approving the Solicitation and Notice Procedures, (IV) Approving the Combined Hearing Notice, and (V) Granting Related Relief (Filed January 14, 2025) [Docket No. 472]

    Related Documents:

    a. Joint Chapter 11 Plan of Liquidation of Tupperware Brands Corporation and Its Debtor Subsidiaries (Filed January 14, 2025) [Docket No. 470]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tupperware Brands Corporation (2333); Dart Industries Inc. (5570); Deerfield Land Corporation (0323); Premiere Products, Inc. (4064); Tupperware Home Parties LLC (1671); Tupperware International Holdings Corporation (8983); Tupperware Products, Inc. (8796); Tupperware U.S., Inc. (2010); and Tupperware Brands Latin America Holdings, L.L.C. (0264). The location of the Debtors' service address in these chapter 11 cases is: 14901 S Orange Blossom Trail, Orlando, FL 32837

[2] **Amendments appear in bold.**

b. Disclosure Statement Relating to the Joint Chapter 11 Plan of Liquidation of Tupperware Brands Corporation and Its Debtor Subsidiaries (Filed January 14, 2025) [Docket No. 471]

c. Notice of Filing of Liquidation Analysis (Filed January 29, 2025) [Docket No. 509]

d. **Amended Joint Chapter 11 Plan of Liquidation of Tupperware Brands Corporation and Its Debtor Subsidiaries (Filed March 6, 2025) [Docket No. 562]**

e. **Amended Disclosure Statement Relating to the Joint Chapter 11 Plan of Liquidation of Tupperware Brands Corporation and Its Debtor Subsidiaries (Filed March 6, 2025) [Docket No. 563]**

f. **Notice of Filing Redline Version of Amended Joint Chapter 11 Plan of Liquidation of Tupperware Brands Corporation and Its Debtor Subsidiaries (Filed March 6,2025) [Docket No. 564]**

g. **Notice of filing Redline Version of Amended Disclosure Statement Relating to the Joint Chapter 11 Plan of Liquidation of Tupperware Brands Corporation and Its Debtor Subsidiaries (Filed March 6, 2025) [Docket No. 565]**

h. **Notice of Filing Revised Proposed Order (I) Approving the Adequacy of the Disclosure Statement on an Interim and Final Basis, (II) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (III) Approving the Solicitation and Notice Procedures, (IV) Approving the Combined Hearing Notice, and (V) Granting Related Relief (Filed March 6, 2025) [Docket No. 566]**

Objection Deadline: January 28, 2025, at 4:00 p.m. (ET), extended until January 29, 2025 at 4:00 p.m. (ET) for Securities and Exchange Committee ("SEC") and January 30, 2025 for the Ad Hoc Group

Response(s) Received:

a. Informal comments from the Office of the United States Trustee for the District of Delaware and the SEC

b. Limited Objection and Reservation of Rights of Party Products LLC to the Disclosure Statement Relating to the Joint Chapter 11 Plan of Liquidation of Tupperware Brands Corporation and its Debtor Subsidiaries (Filed January 30, 2025) [Docket No. 511]

    c.    Reservation of Rights of the Official Committee of Unsecured Creditors to Disclosure Statement Relating to the Joint Chapter 11 Plan of Liquidation of Tupperware Brands Corporation and Its Debtor Subsidiaries (Filed January 30, 2025) [Docket 513]

Status:    This matter is going forward.

2.    Motion of Debtors for Entry of an Order (I) Directing the United States Trustee to Appoint a Committee of Retired Employees of Tupperware Brands Corporation and (II) Granting Related Relief (Filed January 14, 2025) [Docket No. 473]

Objection Deadline: January 28, 2025, at 4:00 p.m. (ET)

Response(s) Received:

    a.    Objection of the Ad Hoc Group of Secured Lenders to the Motion for Entry of an Order (I) Directing the United States Trustee to Appoint a Committee of Retired Employees of Tupperware Brands Corporation and (II) Granting Related Relief (Filed January 28, 2025) [Docket No. 506]

    b.    United States Trustee's Response Regarding Retired Employee Committee Motion and Objection (Filed January 31, 2025) [Docket No. 514]

Status:    This matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  March **6**, 2025<br>Wilmington, Delaware | */s/ Patrick J. Reilley*<br>Patrick J. Reilley (No. 4451)<br>Stacy L. Newman (No. 5044)<br>Michael E. Fitzpatrick (No. 6797)<br>Jack M. Dougherty (No. 6784)<br>**COLE SCHOTZ P.C.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone:   (302) 652-3131<br>Facsimile:    (302) 652-3117<br>Email:          preilley@coleschotz.com<br>                     snewman@coleschotz.com<br>                     mfitzpatrick@coleschotz.com<br>                     jdougherty@coleschotz.com |

-and-

Anup Sathy, P.C. (admitted *pro hac vice*)
Spencer A. Winters, P.C. (admitted *pro hac vice*)
Jeffrey T. Michalik (admitted *pro hac vice*)
Gabriela Z. Hensley (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          anup.sathy@kirkland.com
                     spencer.winters@kirkland.com
                     jeff.michalik@kirkland.com
                     gabriela.hensley@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*