IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TUPPERWARE BRANDS CORPORATION, *et al.*,[1] | ) Case No. 24-12156 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 701** |

**NOTICE OF (I) ENTRY OF CONFIRMATION ORDER,
(II) OCCURRENCE OF EFFECTIVE DATE, AND (III) RELATED BAR DATES**

**PLEASE TAKE NOTICE THAT** on May 9, 2025, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") confirmed the *Joint Chapter 11 Plan of Liquidation of Tupperware Brands Corporation and Its Debtor Subsidiaries* [Docket No. 684] (the "Plan"),[2] which was attached as Exhibit A to the *Findings of Fact, Conclusions of Law, and Order Confirming the Joint Chapter 11 Plan of Reorganization of Tupperware Brands Corporation and Its Debtor Subsidiaries* [Docket No. 701] (the "Confirmation Order").

**PLEASE TAKE FURTHER NOTICE THAT** the Effective Date, as defined in the Plan, occurred on **June 10, 2025**.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Article V of the Plan, on the Effective Date, except as otherwise provided in the Plan, all Executory Contracts or Unexpired Leases not previously assumed, assumed and assigned, or rejected pursuant to an order of the Bankruptcy Court will be deemed rejected in accordance with the provisions and requirements of sections 365 and 1123 of the Bankruptcy Code other than those Executory Contracts or Unexpired Leases that are the subject of a motion to assume that is pending on the Effective Date or identified on the Schedule of Assumed Executory Contracts and Unexpired Leases.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Article V of the Plan, unless otherwise provided by a Final Order of the Bankruptcy Court, all Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases, pursuant to the Plan or the Confirmation Order, if any, must be Filed with the Bankruptcy Court within thirty (30) days of the Effective Date. All Allowed Claims arising from the rejection of the Debtors' Executory Contracts or Unexpired Leases shall be classified as General Unsecured Claims and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tupperware Brands Corporation (2333); Dart Industries Inc. (5570); Deerfield Land Corporation (0323); Premiere Products, Inc. (4064); Tupperware Home Parties LLC (1671); Tupperware International Holdings Corporation (8983); Tupperware Products, Inc. (8796); Tupperware U.S., Inc. (2010); and Tupperware Brands Latin America Holdings, L.L.C. (0264). The location of the Debtors' service address in these chapter 11 cases is: 51 E. Jefferson Street, P.O. Box 2353, Orlando, FL 32801.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in Plan.

shall be treated in accordance with Article III of the Plan or such other treatment as agreed to by the Debtors (or successor to the Debtors) and the Holder of such Claim.

**PLEASE TAKE FURTHER NOTICE THAT**, except as otherwise provided by the Confirmation Order, the Plan, or a Final Order of the Bankruptcy Court, the deadline for filing requests for payment of Administrative Claims shall be the later of (i) **July 10, 2025** (the "Administrative Claim Bar Date"), which is the first Business Day that is 30 days after the Effective Date or (ii) in the event an Executory Contract or Unexpired Lease is rejected on or after the Effective Date, solely as to Administrative Claims related to such rejected Executory Contract or Unexpired Lease, the first Business Day that is 30 days after notice to the counterparty to such rejected Executory Contract or Unexpired Lease. **If a Holder of an Administrative Claim (other than a Professional Fee Claims, or Claims subject to section 503(b)(1)(D) of the Bankruptcy Code) that is required to, but does not, file and serve a request for payment of such Administrative Claim by the Administrative Claim Bar Date, such Holder shall be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Debtors or the Liquidating Trust.**

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Plan, the Deadline to file final requests for payment of Professional Fee Claims is **July 25, 2025** (the "Professional Fee Application Deadline"), which is the first Business Day that is forty-five (45) days after the Effective Date.  All professionals must file final requests for payment of Professional Fee Claims by no later than the Professional Fee Application Deadline to receive final approval of the fees and expenses incurred in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan and its provisions are binding on the Debtors, the Liquidating Trustee, any Holder of a Claim or Interest and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Plan, and whether or not such Holder or Entity voted to accept the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan, the Confirmation Order, and other documents and materials filed in these Chapter 11 Cases may be obtained at no charge from Epiq Corporate Restructuring, LLC, the notice and claims agent retained by the Debtors in these Chapter 11 Cases (the "Notice and Claims Agent") by (a) visiting the Debtors' restructuring website at https://dm.epiq11.com/tupperware, (b) writing to: Epiq Corporate Restructuring, 10300 SW Allen Blvd., Beaverton, OR 97005, (c) emailing Tupperware@epiqglobal.com, or (d) calling the Debtors' Notice and Claims Agent at (888) 994-6318 (U.S. Toll-Free/Domestic) or (971) 314-6017 (International). You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: https://ecf.deb.uscourts.gov/.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated:  June 10, 2025<br>Wilmington, Delaware | */s/ Michael E. Fitzpatrick*<br>Patrick J. Reilley (No. 4451)<br>Stacy L. Newman (No. 5044)<br>Michael E. Fitzpatrick (No. 6797)<br>Jack M. Dougherty (No. 6784)<br>**COLE SCHOTZ P.C.**<br>500 Delaware Avenue, Suite 600<br>Wilmington, Delaware 19801<br>Telephone:   (302) 652-3131<br>Facsimile:    (302) 652-3117<br>Email:           preilley@coleschotz.com<br>                      snewman@coleschotz.com<br>                      mfitzpatrick@coleschotz.com<br>                      jdougherty@coleschotz.com<br><br>-and-<br><br>Anup Sathy, P.C. (admitted *pro hac vice*)<br>Spencer A. Winters, P.C (admitted *pro hac vice*)<br>Jeffrey T. Michalik (admitted *pro hac vice*)<br>Gabriela Z. Hensley (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:           anup.sathy@kirkland.com<br>                      spencer.winters@kirkland.com<br>                      jeff.michalik@kirkland.com<br>                      gabriela.hensley@kirkland.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |