MILLENARIE INTERNATIONAL CO LTD
ATTN GIGI ZHANG
NO 9 NA HUO INDUSTRIAL DISTRICT YANGDONG
YANGJIANG,
CHINA

Claim Number: 1
Claim Date: 09/27/2024
Debtor: TUPPERWARE PRODUCTS AG

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $549,342.64 | Scheduled: | $554,717.34 |

DEPARTMENT OF THE TREASURY - IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Claim Number: 2
Claim Date: 09/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,890.03 | UNLIQ |
| UNSECURED | Claimed: | $650,051.14 | UNLIQ |

DEPARTMENT OF THE TREASURY - IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Claim Number: 3
Claim Date: 09/27/2024
Debtor: DART INDUSTRIES INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $17,000.00 | UNLIQ |

ADECCO GROUP, THE
4800 DEERWOOD CAMPUS PKWY, BLDG 800
JACKSONVILLE, FL 32246

Claim Number: 4
Claim Date: 10/01/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $64,134.50 |

OSCEOLA COUNTY TAX COLLECTOR
PO BOX 422105
KISSIMMEE, FL 34742-2105

Claim Number: 5
Claim Date: 10/04/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $42,881.01 | UNLIQ |

JACKSON LEWIS PC
1133 WESTCHESTER AVE, STE S125
WEST HARRISON, NY 10604

Claim Number: 6
Claim Date: 10/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $11,511.45

STATE OF MINNESOTA DEPARTMENT OF REVENUE
ATTN BKY
PO BOX 64447
SAINT PAUL, MN 55164-0447

Claim Number: 7
Claim Date: 10/11/2024
Debtor: DART INDUSTRIES INC.

PRIORITY Claimed: $26.82

JONAS RECHTSANWALTSGESELLSCHAFT MBH
62 HOHENSTAUFENRING
COLOGNE 50674,
GERMANY

Claim Number: 8
Claim Date: 10/22/2024
Debtor: DART INDUSTRIES INC.
Comments: POSSIBLE DUPLICATE OF 10028

UNSECURED Claimed: $79,782.35

USA TRUCK LOGISTICS LLC
3200 INDUSTRIAL PARK RD
VAN BUREN, AR 72956

Claim Number: 9
Claim Date: 10/22/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $10,267.00

USA TRUCKING LOGISTICS LLC
3200 INDUSTRIAL PARK RD
VAN BUREN, AR 72956

Claim Number: 10
Claim Date: 10/23/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLE DUPLICATE OF 9

UNSECURED Claimed: $10,267.00

AIR GAS USA LLC
2015 VAUGHN RD NW, STE 400
KENNESAW, GA 30144

Claim Number: 11
Claim Date: 11/06/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,208.52 |

ULINE
12575 ULINE DR
PLEASANT PRAIRIE, WI 53158

Claim Number: 12
Claim Date: 11/08/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,793.11 |

GEVERS LEGAL
ATTN MARIE-CLAIRE CAMBIER
DE KLEETLAAN 7A
1831 DIEGEM,
BELGIUM

Claim Number: 13
Claim Date: 11/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

AIRGAS USA LLC
2015 VAUGHN RD NW, STE 400
KENNASAW, GA 30144

Claim Number: 14
Claim Date: 11/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,852.29 |

ADMAJORIS
21 RUE SAINT-JEAN
69550 CUBLIZE,
FRANCE

Claim Number: 15
Claim Date: 11/18/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
CLAIM AMOUNT IS 30,784 EUROS

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

CUSTOM BUILT AWARDS
1106 N HOUSTON AVE
HUMBLE, TX 77338

Claim Number: 16
Claim Date: 11/14/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,408.44

KAJA, WILLIAM J
ADDRESS ON FILE

Claim Number: 17
Claim Date: 11/21/2024
Debtor: TUPPERWARE BRANDS CORPORATION

PRIORITY Claimed: $1,220.00

LEVANDOSKI, VIRGINIA
ADDRESS ON FILE

Claim Number: 18
Claim Date: 11/29/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

LOPEZ PEREZ, DANIEL LEONARDO
ADDRESS ON FILE

Claim Number: 19
Claim Date: 11/29/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $91.50

NAME ON FILE
ADDRESS ON FILE

Claim Number: 20
Claim Date: 12/02/2024
Debtor: TUPPERWARE U.S., INC.

UNSECURED Claimed: $105,295.00

LANDU, NANCY M
ADDRESS ON FILE

Claim Number: 21
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

BADGER, TIMOTHY R
ADDRESS ON FILE

Claim Number: 22
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $8,588.99

GEORGE, CHRISTOPHER L
ADDRESS ON FILE

Claim Number: 23
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

ENGINEERING LABORATORIES INC
360 W OAKLAND AVE
OAKLAND, NJ 07436

Claim Number: 24
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $900.00 Scheduled: $900.00

ISABELLA, DOLORES I
ADDRESS ON FILE

Claim Number: 25
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

PERDELWITZ, ROBERT
ADDRESS ON FILE

Claim Number: 26
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNDET | | |

SCHWEPPE, MARY ANN
ADDRESS ON FILE

Claim Number: 27
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET | | |

LOW COUNTRY PALLET & WOOD PRODUCTS INC
PO BOX 220
SUMTER, SC 29151

Claim Number: 28
Claim Date: 12/02/2024
Debtor: TUPPERWARE U.S., INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $700.00 | | Scheduled: | $700.00 |

ROBINSON, CHRISEY B
ADDRESS ON FILE

Claim Number: 29
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET | | |

MCAULEY, SARA R
ADDRESS ON FILE

Claim Number: 30
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
CLAIM AMOUNT IS $833.27 PER MONTH

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ | | |

RAUSCH, MARIE A
ADDRESS ON FILE
Claim Number: 31
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

TALERICO, FRANK MARK
ADDRESS ON FILE
Claim Number: 32
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

LONDON, JOHN JR
ADDRESS ON FILE
Claim Number: 33
Claim Date: 12/03/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $177.76

WESNER LIVING TRUST UA 08 27 08
ADDRESS ON FILE
Claim Number: 34
Claim Date: 12/04/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $11,880.00

HAILE, AIDA
ADDRESS ON FILE
Claim Number: 35
Claim Date: 12/04/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $26,800.06

WIGGINS, MADISON F
ADDRESS ON FILE
Claim Number: 36
Claim Date: 12/04/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $80,795.98

KERNS, BILLY J
ADDRESS ON FILE
Claim Number: 37
Claim Date: 12/05/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

BRISTOL, ROBERT
ADDRESS ON FILE
Claim Number: 38
Claim Date: 12/05/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

JOAN G SCHRAG & BARBARA HAEFELE JT TEN
ADDRESS ON FILE
Claim Number: 39
Claim Date: 12/06/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

REISS, CHRISTOPHER
ADDRESS ON FILE
Claim Number: 40
Claim Date: 12/06/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $3,997.67

BAZYLER, JEFF
ADDRESS ON FILE

Claim Number: 41
Claim Date: 12/06/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $90,954.94

NAME ON FILE
ADDRESS ON FILE

Claim Number: 42
Claim Date: 12/06/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLE DUPLICATE OF 10215

UNSECURED Claimed: $98,687.00

KOEPPEN, TERESA W
ADDRESS ON FILE

Claim Number: 43
Claim Date: 12/06/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $6,075.96

KOEPPEN, PAUL G
ADDRESS ON FILE

Claim Number: 44
Claim Date: 12/06/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $6,075.96

NAME ON FILE
ADDRESS ON FILE

Claim Number: 45
Claim Date: 12/06/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $12,291.50

CHEMAQUA
ATTN CREDIT DEPT
2727 CHEMSEARCH BLVD
IRVING, TX 75062

Claim Number: 46
Claim Date: 12/03/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,520.82

WILLIAMS, MAXWELL L
ADDRESS ON FILE

Claim Number: 47
Claim Date: 12/06/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $236.00

BDO USA PC
ATTN JARED SCHIERBAUM
4250 LANCASTER PIKE, STE 120
WILMINGTON, DE 19805

Claim Number: 48
Claim Date: 12/06/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $882,008.59

JANE M BOWERMAN, TRUSTEE
ADDRESS ON FILE

Claim Number: 49
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

RORIE, SANDRA JEAN
ADDRESS ON FILE

Claim Number: 50
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

KOLB, JOHN J
ADDRESS ON FILE

Claim Number: 51
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

DAVENPORT, JAMES ALEX
ADDRESS ON FILE

Claim Number: 52
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $351,298.94

LANTIERI, MATTHEW
ADDRESS ON FILE

Claim Number: 53
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $831.83

NAME ON FILE
ADDRESS ON FILE

Claim Number: 54
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 134

UNSECURED Claimed: $79,087.00

NAME ON FILE
ADDRESS ON FILE

Claim Number: 55
Claim Date: 12/09/2024
Debtor: TUPPERWARE U.S., INC.

UNSECURED Claimed: $122,966.00

NAME ON FILE
ADDRESS ON FILE

Claim Number: 56
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10058

| | | |
|---|---|---|
| PRIORITY | Claimed: | $120,840.86 |

NAME ON FILE
ADDRESS ON FILE

Claim Number: 57
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $66,663.74 |

NAME ON FILE
ADDRESS ON FILE

Claim Number: 58
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $345,612.62 |

REINA, RONALD J
ADDRESS ON FILE

Claim Number: 59
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

JACKSON, JULIAN L, III
ADDRESS ON FILE

Claim Number: 60
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $18,760.00 |

| | | | |
|---|---|---|---|
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 61<br>Claim Date: 12/09/2024<br>Debtor: TUPPERWARE U.S., INC. | |
| UNSECURED | Claimed: | $9,115.29 | |
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 62<br>Claim Date: 12/09/2024<br>Debtor: TUPPERWARE U.S., INC. | |
| UNSECURED | Claimed: | $187,776.00 | |
| HERR, DONNA L<br>ADDRESS ON FILE | | Claim Number: 63<br>Claim Date: 12/10/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $0.00 | UNDET |
| GANTER, ERNEST R AND CAROL A<br>ADDRESS ON FILE | | Claim Number: 64<br>Claim Date: 12/10/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $45.90 | |
| MOSS, HUGH ANTHONY<br>ADDRESS ON FILE | | Claim Number: 65<br>Claim Date: 12/10/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $738.00 | |

KYLE, JOAN
ADDRESS ON FILE

Claim Number: 66
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
CLAIM AMOUNT IS $86.96 PER MONTH

PRIORITY Claimed: $0.00 UNLIQ

NAME ON FILE
ADDRESS ON FILE

Claim Number: 67
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $15,792.00

FINNEY, CARL E
ADDRESS ON FILE

Claim Number: 68
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

GILLES, CHARLYNE
ADDRESS ON FILE

Claim Number: 69
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

RITA M AND GREGORY J ANDERSON JT TEN
ADDRESS ON FILE

Claim Number: 70
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $3,777.75

KOSTECKI, ANTHONY
ADDRESS ON FILE

Claim Number: 71
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,500.00 |

PITTS, THOMAS N
ADDRESS ON FILE

Claim Number: 72
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $26,796.00 |

BERDY, GREGG JONATHAN
ADDRESS ON FILE

Claim Number: 73
Claim Date: 12/10/2024
Debtor: DART INDUSTRIES INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,000.00 |

BERDY, GREG
ADDRESS ON FILE

Claim Number: 74
Claim Date: 12/10/2024
Debtor: DART INDUSTRIES INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,000.00 |

GORDON, MARY ANN
ADDRESS ON FILE

Claim Number: 75
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $57.12 |

COOPER, SANDRA M
ADDRESS ON FILE
Claim Number: 76
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $16,800.00

ELLIS, JACULIN M
ADDRESS ON FILE
Claim Number: 77
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $2,817.70

MCBREEN, MICHAEL J
ADDRESS ON FILE
Claim Number: 78
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

YEE, EDWARD
ADDRESS ON FILE
Claim Number: 79
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

DEGOLLADO, BACH-YEN M
ADDRESS ON FILE
Claim Number: 80
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

DEGOLLADO, BACH-YEN M
ADDRESS ON FILE
Claim Number: 81
Claim Date: 12/10/2024
Debtor: TUPPERWARE U.S., INC.

UNSECURED Claimed: $0.00 UNDET

PEREZ, JUAN ARMANDO
ADDRESS ON FILE
Claim Number: 82
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $413.60

BUTTON, STEVEN
ADDRESS ON FILE
Claim Number: 83
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $30.00

NAME ON FILE
ADDRESS ON FILE
Claim Number: 84
Claim Date: 12/10/2024
Debtor: TUPPERWARE U.S., INC.
Comments:
AMENDS CLAIM #10102

UNSECURED Claimed: $45,383.00

GIANCAMILLI, RAYMOND G AND MARYANN B
ADDRESS ON FILE
Claim Number: 85
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $422.50

BETTS, RUSSELL J
ADDRESS ON FILE
Claim Number: 86
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

SAMSON, JAMES L
ADDRESS ON FILE
Claim Number: 87
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $7,000.00

WILSON, LARRY L
ADDRESS ON FILE
Claim Number: 88
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

NEBLETT, CHRISTOPHER P
ADDRESS ON FILE
Claim Number: 89
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $250.00

WHITE, JOSEPH G AND LUCINDA
ADDRESS ON FILE
Claim Number: 90
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

FRANCICA, DEBRA
ADDRESS ON FILE

Claim Number: 91
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

VOCCIO, ANN M
ADDRESS ON FILE

Claim Number: 92
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

BRODERICK, MICHAEL S
ADDRESS ON FILE

Claim Number: 93
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,000.00

NAME ON FILE
ADDRESS ON FILE

Claim Number: 94
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $50,947.00

NAME ON FILE
ADDRESS ON FILE

Claim Number: 95
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $90,467.00

HARMON, CHARLES K
ADDRESS ON FILE

Claim Number: 96
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

NAME ON FILE
ADDRESS ON FILE

Claim Number: 97
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLE DUPLICATE OF 132

UNSECURED Claimed: $98,993.00

NICHOLS, JAMES T, SR
ADDRESS ON FILE

Claim Number: 98
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $7,800.00

NAME ON FILE
ADDRESS ON FILE

Claim Number: 99
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLE DUPLICATE OF 10171

UNSECURED Claimed: $137,297.00

NAME ON FILE
ADDRESS ON FILE

Claim Number: 100
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $24,727.68

NAME ON FILE
ADDRESS ON FILE
Claim Number: 101
Claim Date: 12/10/2024
Debtor: TUPPERWARE U.S., INC.

UNSECURED Claimed: $43,503.00

NAME ON FILE
ADDRESS ON FILE
Claim Number: 102
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $174,225.00

BROADBENT, RICHARD
ADDRESS ON FILE
Claim Number: 103
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

PRIORITY Claimed: $3,976.85

FULTON, BETTINA
ADDRESS ON FILE
Claim Number: 104
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

PRIORITY Claimed: $0.00 UNDET

BARR, ROBERTA BURGESS
ADDRESS ON FILE
Claim Number: 105
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $14,000.00

NAME ON FILE
ADDRESS ON FILE
Claim Number: 106
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

ART FEASEL AND EILEEN MARQUELING
ADDRESS ON FILE
Claim Number: 107
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $39,939.32

WALSH, DAVID B
ADDRESS ON FILE
Claim Number: 108
Claim Date: 12/10/2024
Debtor: TUPPERWARE U.S., INC.

UNSECURED Claimed: $5,775.00 Scheduled: $5,775.00

NAME ON FILE
ADDRESS ON FILE
Claim Number: 109
Claim Date: 12/10/2024
Debtor: TUPPERWARE U.S., INC.

PRIORITY Claimed: $119,802.00

CALLCUT, PHILIP E
ADDRESS ON FILE
Claim Number: 110
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $10,000.00

CALLCUT, MARY E
ADDRESS ON FILE

Claim Number: 111
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,800.00 |

CALLCUT, MARY E
ADDRESS ON FILE

Claim Number: 112
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,600.00 |

CALLCUT, PHILIP E
ADDRESS ON FILE

Claim Number: 113
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,400.00 |

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548 MC-008
AUSTIN, TX 78711

Claim Number: 114
Claim Date: 12/10/2024
Debtor: TUPPERWARE U.S., INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,000.00 UNLIQ |

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548 MC-008
AUSTIN, TX 78711

Claim Number: 115
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,000.00 UNLIQ |

NAME ON FILE
ADDRESS ON FILE
Claim Number: 116
Claim Date: 12/10/2024
Debtor: TUPPERWARE U.S., INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $152,178.00 |

RENNICKS, ROBERT S, JR
ADDRESS ON FILE
Claim Number: 117
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
CLAIM AMOUNT IS $1,863.36 PER YEAR

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| PRIORITY | Claimed: | $0.00 | UNLIQ |

KOONEY, CHRISTIANNA
ADDRESS ON FILE
Claim Number: 118
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,978.50 |

ANNETT, CHARLES E
ADDRESS ON FILE
Claim Number: 119
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2.00 |

ALLEN, DAVID A
ADDRESS ON FILE
Claim Number: 120
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,532.68 |

NAME ON FILE
ADDRESS ON FILE
Claim Number: 121
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $8,734.50

QUINN, CYNTHIA
ADDRESS ON FILE
Claim Number: 122
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

PRIORITY Claimed: $0.00 UNDET

EBINGER, CHARLES
ADDRESS ON FILE
Claim Number: 123
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $843.17

DORMAN, RICHARD P
ADDRESS ON FILE
Claim Number: 124
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

LYDEN PROPERTIES LLC
PO BOX 700
WINTER PARK, FL 32790
Claim Number: 125
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $33,379.20

GARCIA, IRENE
ADDRESS ON FILE

Claim Number: 126
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,287.88

BENEDETTI, ROBERT J
ADDRESS ON FILE

Claim Number: 127
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,462.42

NAME ON FILE
ADDRESS ON FILE

Claim Number: 128
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $556.89

SIDDENS, MARTHA A
ADDRESS ON FILE

Claim Number: 129
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

NAME ON FILE
ADDRESS ON FILE

Claim Number: 130
Claim Date: 12/11/2024
Debtor: TUPPERWARE U.S., INC.

UNSECURED Claimed: $88,208.91

| | | |
|---|---|---|
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 131<br>Claim Date: 12/11/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION<br>Comments: POSSIBLY AMENDED BY 285 |
| UNSECURED | Claimed: | $85,041.00 |
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 132<br>Claim Date: 12/11/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $98,993.00 |
| SALVEMINI, ALVERA<br>ADDRESS ON FILE | | Claim Number: 133<br>Claim Date: 12/11/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $144.84 |
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 134<br>Claim Date: 12/11/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION<br>Comments:<br>AMENDS CLAIM #54 |
| UNSECURED | Claimed: | $79,087.00 |
| TAYLOR, GARY RAY<br>ADDRESS ON FILE | | Claim Number: 135<br>Claim Date: 12/11/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $3,081.37 |

TAYLOR, GARY RAY
ADDRESS ON FILE
Claim Number: 136
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,914.88

TAYLOR, GARY RAY
ADDRESS ON FILE
Claim Number: 137
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,385.95

FILYAW, BOBBY A AND WANDA
ADDRESS ON FILE
Claim Number: 138
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $96,102.68

NAME ON FILE
ADDRESS ON FILE
Claim Number: 139
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $12,153.72

BEIGH, BENNY LEROY
ADDRESS ON FILE
Claim Number: 140
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $14,792.25

NAME ON FILE
ADDRESS ON FILE
Claim Number: 141
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $2,977.06

PAUL, EVELYN PIERRE
ADDRESS ON FILE
Claim Number: 142
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $11,884.89

FELLARS CEYNAR, WILMA F
ADDRESS ON FILE
Claim Number: 143
Claim Date: 12/11/2024
Debtor: TUPPERWARE U.S., INC.

UNSECURED Claimed: $0.00 UNDET

DUNN, JENNIFER H
ADDRESS ON FILE
Claim Number: 144
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
CLAIM AMOUNT IS $251.55 PER MONTH

PRIORITY Claimed: $0.00 UNLIQ

HUBBARD TRUST, THE
ADDRESS ON FILE
Claim Number: 145
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

YOUAKIM, MAURICE AND MARINA
ADDRESS ON FILE

Claim Number: 146
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,490.49 |

QUENZER, HELEN
ADDRESS ON FILE

Claim Number: 147
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $200.00 |

BARBIERI, ALLEN L
ADDRESS ON FILE

Claim Number: 148
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $17,241.83 |

TOMBRAGEL, MICHAEL
ADDRESS ON FILE

Claim Number: 149
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

MUCHA, EDELTRAUT
ADDRESS ON FILE

Claim Number: 150
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $305.60 |

| | | | | |
|---|---|---|---|---|
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 151<br>Claim Date: 12/12/2024<br>Debtor: TUPPERWARE U.S., INC.<br>Comments:<br>AMENDS CLAIM #10102 | | |
| UNSECURED | Claimed: | $45,383.00 | | |
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 152<br>Claim Date: 12/12/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | | |
| UNSECURED | Claimed: | $199,381.00 | | |
| JENTSCH, MELINDA<br>ADDRESS ON FILE | | Claim Number: 153<br>Claim Date: 12/12/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | | |
| UNSECURED | Claimed: | $100.00 | | |
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 154<br>Claim Date: 12/12/2024<br>Debtor: TUPPERWARE U.S., INC. | | |
| UNSECURED | Claimed: | $74,096.00 | | |
| SAFETY-KLEEN SYSTEMS INC<br>42 LONGWATER DR<br>NORWELL, MA 02061 | | Claim Number: 155<br>Claim Date: 12/12/2024<br>Debtor: TUPPERWARE U.S., INC. | | |
| UNSECURED | Claimed: | $7,583.07 | Scheduled: | $7,583.07 |

| | | |
|---|---|---|
| SMITH, JOHN F<br>ADDRESS ON FILE | | Claim Number: 156<br>Claim Date: 12/12/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $216.75 |
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 157<br>Claim Date: 12/12/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $100,026.00 |
| IMPALLARIA, VICTOR J, III<br>ADDRESS ON FILE | | Claim Number: 158<br>Claim Date: 12/12/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $11,579.58 |
| IMPALLARIA, VICTOR J, III<br>ADDRESS ON FILE | | Claim Number: 159<br>Claim Date: 12/12/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $21,262.02 |
| VAN INGEN, JIM<br>ADDRESS ON FILE | | Claim Number: 160<br>Claim Date: 12/12/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| PRIORITY | Claimed: | $15,150.00 |
| UNSECURED | Claimed: | $215,619.23 |

CONNELLY, MICHAEL P
ADDRESS ON FILE

Claim Number: 161
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $20,539.16

DONALDSON, CHRISTOPHER J
ADDRESS ON FILE

Claim Number: 162
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,457.70

NAME ON FILE
ADDRESS ON FILE

Claim Number: 163
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

MATHEWS, THOMAS C AND M ELOUISE
ADDRESS ON FILE

Claim Number: 164
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

LAMKIE, NANCY ILSE
ADDRESS ON FILE

Claim Number: 165
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

HESS, JOANNE A
ADDRESS ON FILE

Claim Number: 166
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

HARRIS, MARSHALL
ADDRESS ON FILE

Claim Number: 167
Claim Date: 12/16/2024
Debtor: TUPPERWARE HOME PARTIES LLC
Comments:
CLAIM AMOUNT IS $7,949.52 PER YEAR PAID MONTHLY

UNSECURED Claimed: $0.00 UNLIQ

DOMANICO, SERAFINA
ADDRESS ON FILE

Claim Number: 168
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

GEREK, VIRGINIA HELENE
ADDRESS ON FILE

Claim Number: 169
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

NAME ON FILE
ADDRESS ON FILE

Claim Number: 170
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

ZENDLER, ELISE A
ADDRESS ON FILE

Claim Number: 171
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

PARVIS PAUL MAHABADI FIDELITY IRA
C/O PAUL MAHABADI
13382 SLAYDEN CIR
ASHLAND, VA 23005

Claim Number: 172
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $24,984.80

MOSKOWITZ, ADAM
ADDRESS ON FILE

Claim Number: 173
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,000.00

REGAN, JOHN JAMES
ADDRESS ON FILE

Claim Number: 174
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

PRIORITY Claimed: $0.00 UNDET

NAME ON FILE
ADDRESS ON FILE

Claim Number: 175
Claim Date: 12/16/2024
Debtor: TUPPERWARE U.S., INC.

PRIORITY Claimed: $69,636.62

BOND, KAREN
ADDRESS ON FILE

Claim Number: 176
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
CLAIM AMOUNT IS $245.48 PER MONTH

PRIORITY Claimed: $0.00 UNLIQ

FLEMING, JOSEPH L, JR
ADDRESS ON FILE

Claim Number: 177
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

NAME ON FILE
ADDRESS ON FILE

Claim Number: 178
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

PRIORITY Claimed: $5,294.60

NAME ON FILE
ADDRESS ON FILE

Claim Number: 179
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $81,293.00

NAME ON FILE
ADDRESS ON FILE

Claim Number: 180
Claim Date: 12/16/2024
Debtor: TUPPERWARE U.S., INC.

UNSECURED Claimed: $147,464.00

LEAVELL, WILLIAM
ADDRESS ON FILE

Claim Number: 181
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $39,709.00

ROGERS, GLORIA
ADDRESS ON FILE

Claim Number: 182
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

MCLEOD, SANDRA
ADDRESS ON FILE

Claim Number: 183
Claim Date: 12/16/2024
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $0.00 UNDET

BENNER, PATRICIA B
ADDRESS ON FILE

Claim Number: 184
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $87.21

BENNER, PATRICIA B
ADDRESS ON FILE

Claim Number: 185
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLE DUPLICATE OF 184

UNSECURED Claimed: $87.21

SPRINGER, ARTHUR
ADDRESS ON FILE

Claim Number: 186
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

SPRINGER, ARTHUR
ADDRESS ON FILE

Claim Number: 187
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLE DUPLICATE OF 186

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

SCHWARTZ, JAMES
ADDRESS ON FILE

Claim Number: 188
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $37,200.00 |

SCOTT P JONES REVOCABLE TRUST
ADDRESS ON FILE

Claim Number: 189
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,139.33 |

RENKIEWICZ, RAYMOND
ADDRESS ON FILE

Claim Number: 190
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,835.36 |

FREIHAUT, NANCY
ADDRESS ON FILE
Claim Number: 191
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $947.68

KRAMER, DOUGLAS C
ADDRESS ON FILE
Claim Number: 192
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

COULIE, DAVID A
ADDRESS ON FILE
Claim Number: 193
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $5,100.00

NAME ON FILE
ADDRESS ON FILE
Claim Number: 194
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $2,228.35

NAME ON FILE
ADDRESS ON FILE
Claim Number: 195
Claim Date: 12/17/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLE DUPLICATE OF 10208

UNSECURED Claimed: $113,897.00 UNLIQ

NEECE, CYNTHIA MICHELLE
ADDRESS ON FILE

Claim Number: 196
Claim Date: 12/17/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

DEBENEDICTIS, BEVERLY A
ADDRESS ON FILE

Claim Number: 197
Claim Date: 12/17/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

NAME ON FILE
ADDRESS ON FILE

Claim Number: 198
Claim Date: 12/17/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

WHALEN, SHARON KAY
ADDRESS ON FILE

Claim Number: 199
Claim Date: 12/17/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

PILLOFF, HENA
ADDRESS ON FILE

Claim Number: 200
Claim Date: 12/17/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $440.07

HUNT, DESMOND
ADDRESS ON FILE

Claim Number: 201
Claim Date: 12/17/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,134.25 |

SCATURRO, JON
ADDRESS ON FILE

Claim Number: 202
Claim Date: 12/17/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $30,646.62 |

GUTWILIK, JACK
ADDRESS ON FILE

Claim Number: 203
Claim Date: 12/17/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $847.70 |

REED, SUMMER
2811 COLDSPRING RD
ZANESVILLE, OH 43701

Claim Number: 204
Claim Date: 12/17/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $702.16 |

FRITZ, BARBARA A
ADDRESS ON FILE

Claim Number: 205
Claim Date: 12/17/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| SECURED | Claimed: | $1,526.56 |

AGNE, LEIGH
ADDRESS ON FILE
Claim Number: 206
Claim Date: 12/17/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

LEVINS, STEPHEN
ADDRESS ON FILE
Claim Number: 207
Claim Date: 12/18/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

MENZEL, DAVID P
ADDRESS ON FILE
Claim Number: 208
Claim Date: 12/18/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

LUCAS, LEONTINA S
ADDRESS ON FILE
Claim Number: 209
Claim Date: 12/18/2024
Debtor: TUPPERWARE BRANDS CORPORATION

ADMINISTRATIVE Claimed: $16,309.95

MUNG, THANG ZA
ADDRESS ON FILE
Claim Number: 210
Claim Date: 12/18/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

MALLAK, USONA
ADDRESS ON FILE
Claim Number: 211
Claim Date: 12/19/2024
Debtor: TUPPERWARE INTERNATIONAL HOLDINGS CORPORATION

UNSECURED Claimed: $0.00 UNDET

LOW, JOANNE
ADDRESS ON FILE
Claim Number: 212
Claim Date: 12/19/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

CRITCHFIELD, NOEL
ADDRESS ON FILE
Claim Number: 213
Claim Date: 12/19/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
CLAIM AMOUNT IS $1023.32 PER MONTH

UNSECURED Claimed: $0.00 UNLIQ

BAUMANN, GAYLE
ADDRESS ON FILE
Claim Number: 214
Claim Date: 12/19/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

WILSON, VOLENA
ADDRESS ON FILE
Claim Number: 215
Claim Date: 12/19/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $992.50

PRAUS, SARA A
ADDRESS ON FILE

Claim Number: 216
Claim Date: 12/19/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,142.10

TURMENNE, BRIAN
ADDRESS ON FILE

Claim Number: 217
Claim Date: 12/19/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $3,200.00

CONLEY, RAY L AND JANE C
ADDRESS ON FILE

Claim Number: 218
Claim Date: 12/19/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

PASH, DARLENE
ADDRESS ON FILE

Claim Number: 219
Claim Date: 12/19/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $2,380,545.00

PASH, DARLENE
ADDRESS ON FILE

Claim Number: 220
Claim Date: 12/19/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $15,533.00

MCELVEEN, MARGIE
ADDRESS ON FILE

Claim Number: 221
Claim Date: 12/19/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

KAUTHER, BARRY
ADDRESS ON FILE

Claim Number: 222
Claim Date: 12/19/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $5,702.88

PASH, DEBORAH R
ADDRESS ON FILE

Claim Number: 223
Claim Date: 12/19/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $726,124.00

PASH, DEBORAH R
ADDRESS ON FILE

Claim Number: 224
Claim Date: 12/19/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $480,598.00

CLINE, MATTHEW ALAN
ADDRESS ON FILE

Claim Number: 225
Claim Date: 12/20/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

REMINGTON, RICHARD F
ADDRESS ON FILE

Claim Number: 226
Claim Date: 12/20/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,999.63

SQUIRES, DAVID H
ADDRESS ON FILE

Claim Number: 227
Claim Date: 12/20/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $2,200.00

SOLUTIONS
8 RUE DES BAS ROGERS
PUTEAUX 92850,
FRANCE

Claim Number: 228
Claim Date: 12/20/2024
Debtor: TUPPERWARE PRODUCTS, INC.

UNSECURED Claimed: $23,673.26

TRUST OF JAMES SIKES
ADDRESS ON FILE

Claim Number: 229
Claim Date: 12/20/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $37,800.00

PARKS, SUZANNE L
ADDRESS ON FILE

Claim Number: 230
Claim Date: 12/23/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

NAME ON FILE
ADDRESS ON FILE
Claim Number: 231
Claim Date: 12/23/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,672.10

SCHULTZ, STEPHEN J
ADDRESS ON FILE
Claim Number: 232
Claim Date: 12/23/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

NAME ON FILE
ADDRESS ON FILE
Claim Number: 233
Claim Date: 12/23/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLE DUPLICATE OF 10526

UNSECURED Claimed: $121,021.00

OWENS, ERMA B
ADDRESS ON FILE
Claim Number: 234
Claim Date: 12/23/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
CLAIM AMOUNT IS $30.47 PER MONTH

PRIORITY Claimed: $0.00 UNLIQ

WILSON, KELLY
ADDRESS ON FILE
Claim Number: 235
Claim Date: 12/23/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

NAME ON FILE
ADDRESS ON FILE
Claim Number: 236
Claim Date: 12/24/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

PATEL, ARTI B
ADDRESS ON FILE
Claim Number: 237
Claim Date: 12/24/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,425.00

CUPSA, EMIL
ADDRESS ON FILE
Claim Number: 239
Claim Date: 12/24/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $829.26

STATE OF ME BUREAU OF REVENUE SERVICES
ATTN COMPLIANCE DIVISION
PO BOX 9107
AUGUSTA, ME 04332-9107
Claim Number: 240
Claim Date: 12/26/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 274

PRIORITY Claimed: $16,142.84 UNLIQ

DRIVE MARKETING LLC
584 E 1100 S, STE 5
AMERICAN FORK, UT 84003
Claim Number: 241
Claim Date: 12/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $79,739.48

RODNEY STRACHAN MD RETIREMENT TRUST
ADDRESS ON FILE

Claim Number: 242
Claim Date: 12/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $32,263.00

WHITE, JULIA J
ADDRESS ON FILE

Claim Number: 243
Claim Date: 12/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $4,493.00

BOHEST AG
HOLBEINSTRASSE 36-38
BASEL 4051,
SWITZERLAND

Claim Number: 244
Claim Date: 12/27/2024
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $1,300.65

NAME ON FILE
ADDRESS ON FILE

Claim Number: 245
Claim Date: 12/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $2,396.25

CERVENKA, KATHLEEN
ADDRESS ON FILE

Claim Number: 246
Claim Date: 12/30/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

PHILLIPS, RUTH F
ADDRESS ON FILE

Claim Number: 247
Claim Date: 12/30/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

LENTZ, THOMAS
ADDRESS ON FILE

Claim Number: 248
Claim Date: 12/30/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

STERNS, CYNTHIA
ADDRESS ON FILE

Claim Number: 249
Claim Date: 12/30/2024
Debtor: TUPPERWARE HOME PARTIES LLC
Comments:
CLAIM AMOUNT IS $363.77 PER MONTH

PRIORITY Claimed: $0.00 UNLIQ

DUBUQUE, JOCELYNNE
ADDRESS ON FILE

Claim Number: 250
Claim Date: 12/31/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

MATTHEWS, STEPHEN ALLEN
ADDRESS ON FILE

Claim Number: 251
Claim Date: 01/03/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $5,169.20

SCHNAKENBERG, MYRA M
ADDRESS ON FILE

Claim Number: 252
Claim Date: 01/03/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

FERRARO, FRANK
ADDRESS ON FILE

Claim Number: 253
Claim Date: 01/06/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,120.00 | |

SACHS, TERI LYNN
ADDRESS ON FILE

Claim Number: 254
Claim Date: 01/06/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

BURBACH, MARILYNN J
ADDRESS ON FILE

Claim Number: 255
Claim Date: 01/06/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

HYBEL, NANCY ANN
ADDRESS ON FILE

Claim Number: 257
Claim Date: 01/07/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $39.60 | |

| | | | |
|---|---|---|---|
| BISC SERVICES SARL<br>ATTN STEPHANIE FULD<br>RUE JACQUES-BALMAT 5<br>1204 GENEVE,<br>SWITZERLAND | | Claim Number: 258<br>Claim Date: 12/27/2024<br>Debtor: TUPPERWARE PRODUCTS AG<br>Comments:<br>CLAIM AMOUNT IS 756.70 CHF | |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| VALFOR AVOCATS SARL<br>ATTN STEPHANIE FULD<br>RUE JACQUES-BALMAT 5<br>CASA POSTALE 1203<br>1211 GENEVE,<br>SWITZERLAND | | Claim Number: 259<br>Claim Date: 01/02/2025<br>Debtor: TUPPERWARE PRODUCTS AG<br>Comments:<br>CLAIM AMOUNT IS 6'347.95 CHF | |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| CAUGHMAN, RUDOLPH<br>ADDRESS ON FILE | | Claim Number: 260<br>Claim Date: 01/10/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $156.89 | |
| BARBARA A BOWARD AND CHERIE A HARBAUGH<br>ADDRESS ON FILE | | Claim Number: 261<br>Claim Date: 01/10/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $2,010.31 | |
| CALDARAZZO FAMILY TRUST, THE<br>ADDRESS ON FILE | | Claim Number: 262<br>Claim Date: 01/10/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $1,350.00 | |

NANCE, DONALD C & LETITIA J
ADDRESS ON FILE
Claim Number: 263
Claim Date: 01/10/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

BURTON, GARY
ADDRESS ON FILE
Claim Number: 264
Claim Date: 01/13/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $4,225.00

RUSSELL, ROBERT T AND VERONICA E
ADDRESS ON FILE
Claim Number: 265
Claim Date: 01/13/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $16,320.00

SALTZSTEIN, SALLY FREUND
ADDRESS ON FILE
Claim Number: 266
Claim Date: 01/13/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $13,555.20

NYABAGOSI, PETER
ADDRESS ON FILE
Claim Number: 267
Claim Date: 01/13/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $119.92

NM TAXATION & REVENUE DEPARTMENT
PO BOX 8575
ALBUQUERQUE, NM 87198-8575

Claim Number: 268
Claim Date: 01/13/2025
Debtor: DART INDUSTRIES INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $463.11 | UNLIQ |
| UNSECURED | Claimed: | $268.22 | UNLIQ |

NM TAXATION & REVENUE DEPARTMENT
PO BOX 50129
ALBUQUERQUE, NM 87181-0129

Claim Number: 269
Claim Date: 01/13/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,617.58 | UNLIQ |
| UNSECURED | Claimed: | $2,440.18 | UNLIQ |

NM TAXATION & REVENUE DEPARTMENT
PO BOX 50129
ALBUQUERQUE, NM 87181-0129

Claim Number: 270
Claim Date: 01/13/2025
Debtor: TUPPERWARE U.S., INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $165.65 | UNLIQ |
| UNSECURED | Claimed: | $105.79 | UNLIQ |

POWELL, RITCHIE A
ADDRESS ON FILE

Claim Number: 271
Claim Date: 01/16/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNDET |

ESTATE OF JOSEPH VAN BUSKIRK JR
ADDRESS ON FILE

Claim Number: 272
Claim Date: 01/17/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

SANTOSUSSO, BARBARA
ADDRESS ON FILE

Claim Number: 273
Claim Date: 01/22/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,999.90 | | | |

STATE OF ME BUREAU OF REVENUE SERVICES
ATTN COMPLIANCE DIVISION
PO BOX 9107
AUGUSTA, ME 04332-9107

Claim Number: 274
Claim Date: 01/22/2025
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #240

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $12,870.00 | UNLIQ | | |
| UNSECURED | Claimed: | $1,968.00 | UNLIQ | | |

FARRELL, MICHAL
ADDRESS ON FILE

Claim Number: 275
Claim Date: 01/22/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET | | |

TERMINIX SERVICE INC
PO BOX 2627
COLUMBIA, SC 29202

Claim Number: 276
Claim Date: 01/27/2025
Debtor: TUPPERWARE U.S., INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,120.00 | UNLIQ | Scheduled: | $1,575.00 |

VIX, CAROL
ADDRESS ON FILE

Claim Number: 277
Claim Date: 01/27/2025
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
CLAIM AMOUNT IS $768.86 PER MONTH

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ | | |

ADIAMAS SAS
LA CROIX DE L'ALIZIER
PALLADUC 63550,
FRANCE

Claim Number: 278
Claim Date: 01/28/2025
Debtor: TUPPERWARE PRODUCTS, INC.

UNSECURED Claimed: $0.00 UNDET

ADIAMAS SAS
LA CROIX DE L'ALIZIER
PALLADUC 63550,
FRANCE

Claim Number: 279
Claim Date: 01/28/2025
Debtor: TUPPERWARE PRODUCTS, INC.

UNSECURED Claimed: $0.00 UNDET

FRIES, MAUREEN M
ADDRESS ON FILE

Claim Number: 280
Claim Date: 01/28/2025
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $87,344.66

NAME ON FILE
ADDRESS ON FILE

Claim Number: 281
Claim Date: 01/30/2025
Debtor: TUPPERWARE U.S., INC.

UNSECURED Claimed: $5,149.44

CCL LABEL SPAIN SLV
4 AVILA
IBI 03440,
SPAIN

Claim Number: 282
Claim Date: 01/30/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $2,784.62

BARBARI, RICHARD
ADDRESS ON FILE

Claim Number: 283
Claim Date: 01/31/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $696.67

---

DISCORDIA AD
7, ISKARSKO SHOUSSE BLVD
TCE BUILDING 1, FL 1
SOFIA 1528,
BULGARIA

Claim Number: 284
Claim Date: 01/31/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $12,235.95

---

NAME ON FILE
ADDRESS ON FILE

Claim Number: 285
Claim Date: 02/03/2025
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #131

UNSECURED Claimed: $85,041.00

---

STEWART, MARY ANN
ADDRESS ON FILE

Claim Number: 286
Claim Date: 02/03/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $2,000.00

---

****CLAIM NUMBER VOIDED BY AGENT****

Claim Number: 287
Claim Date: / /
Debtor: DEBTOR NOT FOUND
Comments: EXPUNGED

TOTAL Claimed: $0.00

---

****CLAIM NUMBER VOIDED BY AGENT****
Claim Number: 288
Claim Date: / /
Debtor: DEBTOR NOT FOUND
Comments: EXPUNGED

| | | |
|---|---|---|
| TOTAL | Claimed: | $0.00 |

****CLAIM NUMBER VOIDED BY AGENT****
Claim Number: 289
Claim Date: / /
Debtor: DEBTOR NOT FOUND
Comments: EXPUNGED

| | | |
|---|---|---|
| TOTAL | Claimed: | $0.00 |

WISCONSIN DEPARTMENT OF REVENUE
ATTN SPECIAL PROCEDURES UNIT
PO BOX 8901
MADISON, WI 53708-8901
Claim Number: 290
Claim Date: 02/04/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,000.00 |
| UNSECURED | Claimed: | $750.00 |

NAME ON FILE
ADDRESS ON FILE
Claim Number: 291
Claim Date: 02/07/2025
Debtor: DART INDUSTRIES INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $60,000.00 |

DANUBIA PATENT AND LAW OFFICE LLC
16 BAJCSY-ZSILINSZKY UT
BUDAPEST H-1051,
HUNGARY
Claim Number: 292
Claim Date: 02/10/2025
Debtor: DART INDUSTRIES INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $395.00 |

OMONIA TRANS LTD
CROSS-STREET AGIAS IRINIS
LIKOVRISI ATHENS GR 14123,
GREECE

Claim Number: 293
Claim Date: 02/13/2025
Debtor: TUPPERWARE PRODUCTS, INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $650.46 | |

COMMONWEALTH OF PA-UCTS
ATTN DEPT OF LABOR AND INDUSTRY
PO BOX 68568
HARRISBURG, PA 17106-8568

Claim Number: 294
Claim Date: 02/10/2025
Debtor: TUPPERWARE INTERNATIONAL HOLDINGS CORPORATION

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $1,840.23 | UNLIQ |

NAME ON FILE
ADDRESS ON FILE

Claim Number: 295
Claim Date: 02/19/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,115.00 | |

ATKINSON, W DUPREE
ADDRESS ON FILE

Claim Number: 296
Claim Date: 02/19/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNDET |

MCNELLAGE, ANITA
ADDRESS ON FILE

Claim Number: 297
Claim Date: 02/19/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNDET |

NARENDRA H & SHAH & VINA N SHAH TR
ADDRESS ON FILE

Claim Number: 298
Claim Date: 02/19/2025
Debtor: TUPPERWARE U.S., INC.

SECURED Claimed: $2,600.00 UNLIQ

---

BULL, CHRISTINA C
ADDRESS ON FILE

Claim Number: 299
Claim Date: 02/19/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $31,024.60

---

US CUSTOMS AND BORDER PROTECTION
C/O REVENUE DIVISION BANKRUPTCY TEAM
ATTN MAIL STOP 203-JA
8899 E 56TH ST
INDIANAPOLIS, IN 46249

Claim Number: 300
Claim Date: 02/19/2025
Debtor: TUPPERWARE U.S., INC.
Comments: WITHDRAWN
DOCKET: 838 (12/02/2025)

PRIORITY Claimed: $85,807.31 UNLIQ CONT

---

LACOSTE, ALEXANDRE
ADDRESS ON FILE

Claim Number: 301
Claim Date: 02/21/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

---

MUNUGALA, DEEPIKA
ADDRESS ON FILE

Claim Number: 302
Claim Date: 02/24/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $7,905.20

---

SAUVE, DAVID
ADDRESS ON FILE
Claim Number: 303
Claim Date: 02/24/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

SAUVE, DAVID
ADDRESS ON FILE
Claim Number: 304
Claim Date: 02/24/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

BERGERON, JOSEE
ADDRESS ON FILE
Claim Number: 305
Claim Date: 02/25/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $145.00

RONEY, ALEXANDER INGRAM, II
ADDRESS ON FILE
Claim Number: 306
Claim Date: 02/26/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $4,145.40

MORRIS, BETTY H
ADDRESS ON FILE
Claim Number: 307
Claim Date: 03/03/2025
Debtor: TUPPERWARE BRANDS CORPORATION

PRIORITY Claimed: $0.00 UNDET

INNOCENT, LOUIS A
ADDRESS ON FILE

Claim Number: 308
Claim Date: 03/04/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $500.00 |

PETIT, RAYMOND
ADDRESS ON FILE

Claim Number: 309
Claim Date: 03/05/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $472.89 |

FRANCHISE TAX BOARD
ATTN BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 311
Claim Date: 03/17/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| PRIORITY | Claimed: | $856.78 |

FRANCHISE TAX BOARD
ATTN BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 312
Claim Date: 03/17/2025
Debtor: TUPPERWARE U.S., INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,701.16 |
| UNSECURED | Claimed: | $64.00 |

LABRECQUE, LINDA
ADDRESS ON FILE

Claim Number: 313
Claim Date: 03/20/2025
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
CLAIM AMOUNT IS $1479.84 PER YEAR

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

DAVID BERELSON TOD REBECCA ROBERTS
ADDRESS ON FILE

Claim Number: 314
Claim Date: 03/20/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

OSTIL, BEATRIZ C
ADDRESS ON FILE

Claim Number: 315
Claim Date: 03/24/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

JILLSON, LINDA J
ADDRESS ON FILE

Claim Number: 316
Claim Date: 03/25/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

RAUSCH, MARIE A
ADDRESS ON FILE

Claim Number: 317
Claim Date: 03/31/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

MILLER, KATHLEEN L
ADDRESS ON FILE

Claim Number: 318
Claim Date: 04/01/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5.30 | |

BROWN, SUZANNA L SULLIVAN
ADDRESS ON FILE

Claim Number: 319
Claim Date: 04/01/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

SAVANA, JUDITH A
ADDRESS ON FILE

Claim Number: 320
Claim Date: 04/01/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548, MC-008
AUSTIN, TX 78711-2548

Claim Number: 321
Claim Date: 06/09/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $30,774.14 | UNLIQ |

RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL
PROVIDENCE, RI 02908

Claim Number: 322
Claim Date: 06/26/2025
Debtor: DART INDUSTRIES INC.
Comments:
AMENDS CLAIM #10631

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $65,801.12 | |
| UNSECURED | Claimed: | $16,903.04 | |

JEAN F EVANS TR
ADDRESS ON FILE

Claim Number: 323
Claim Date: 07/01/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

HANS, ALFRED JOHN
ADDRESS ON FILE

Claim Number: 324
Claim Date: 07/08/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,000.00 | |

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN BANKRUPTCY & COLLECTIONS DIV MC-008
PO BOX 12548
AUSTIN, TX 78711-2548

Claim Number: 325
Claim Date: 07/09/2025
Debtor: TUPPERWARE U.S., INC.

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $43,702.09 | UNLIQ |

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN BANKRUPTCY & COLLECTIONS DIV MC-008
PO BOX 12548
AUSTIN, TX 78711-2548

Claim Number: 326
Claim Date: 07/09/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $43,702.09 | UNLIQ |

NORTON, CINDY
ADDRESS ON FILE

Claim Number: 327
Claim Date: 07/15/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

ADP INC
ATTN RAUL CHAVEZ JR
1851 N RESLER
EL PASO, TX 79912

Claim Number: 328
Claim Date: 08/04/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $23,940.98 | |

STATE OF NEW JERSEY-DIVISION OF TAXATION
ATTN BANKRUPTCY UNIT
PO BOX 245
TRENTON, NJ 08695

Claim Number: 329
Claim Date: 08/26/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $3,145.67 | UNLIQ |

STATE OF NEW JERSEY-DIVISION OF TAXATION
ATTN BANKRUPTCY UNIT
PO BOX 245
TRENTON, NJ 08695

Claim Number: 330
Claim Date: 08/26/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $3,145.67 | UNLIQ |

CHAUVIN, DONIEL
ADDRESS ON FILE

Claim Number: 332
Claim Date: 10/27/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

MCLAUCHLIN, PENNY L
ADDRESS ON FILE

Claim Number: 333
Claim Date: 11/10/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,323.00 |

JOHN & PENNY MCLAUCHLIN JT TEN
ADDRESS ON FILE

Claim Number: 334
Claim Date: 11/10/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,828.95 |

MCNAUGHTON, JAMES H
ADDRESS ON FILE

Claim Number: 335
Claim Date: 11/18/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $21,411.00

ESTES EXPRESS LINES
3901 W BROAD ST
RICHMOND, VA 23230

Claim Number: 10000
Claim Date: 09/20/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,132.98

CISION US INC
1785 GREENSBORO STA, 8TH FL
MCCLEAN, VA 22102

Claim Number: 10001
Claim Date: 09/20/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $22,696.37

RALLYWARE INC
650 CASTRO ST, STE 120-376
MOUNTAIN VIEW, CA 94041

Claim Number: 10002
Claim Date: 09/20/2024
Debtor: TUPPERWARE U.S., INC.
Comments: POSSIBLY AMENDED BY 10079

UNSECURED Claimed: $66,000.00 UNLIQ

RALLYWARE INC
650 CASTRO ST, STE 120-376
MOUNTAIN VIEW, CA 94041

Claim Number: 10003
Claim Date: 09/21/2024
Debtor: DART INDUSTRIES INC.
Comments: WITHDRAWN
DOCKET: 221 (10/21/2024)

UNSECURED Claimed: $15,000.00 UNLIQ

RALLYWARE INC
650 CASTRO ST, STE 120-376
MOUNTAIN VIEW, CA 94041

Claim Number: 10004
Claim Date: 09/21/2024
Debtor: DART INDUSTRIES INC.
Comments: WITHDRAWN
DOCKET: 222 (10/21/2024)

UNSECURED Claimed: $5,000.00 UNLIQ

DAVENPORT, JAMES ALEX
ADDRESS ON FILE

Claim Number: 10005
Claim Date: 09/21/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $345,615.44

BUREAU VERITAS SWITZERLAND AG
GROSSÄCHERSTRASSE 25
WEININGEN CH-8104,
SWITZERLAND

Claim Number: 10006
Claim Date: 09/23/2024
Debtor: TUPPERWARE PRODUCTS AG
Comments: POSSIBLY AMENDED BY 10016

UNSECURED Claimed: $12,357.91

MICROSOFT CORPORATION
C/O FOX ROTHSCHILD LLP
ATTN MARIA A MILANO
1001 4TH AVE, STE 4400
SEATTLE, WA 98154

Claim Number: 10007
Claim Date: 09/23/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,829,957.11

MASTER GROUP GLOBAL CO LIMITED
UNIT2003,20/F,ORIENT INTERNATIONAL TOWER
1018 TAINAN WEST STREET
CHEUNG SHA WAN, KOWLOON
HONG KONG,
CHINA

Claim Number: 10008
Claim Date: 09/24/2024
Debtor: TUPPERWARE U.S., INC.

SECURED Claimed: $214,647.16

MASTER GROUP CO LTD
UNIT2003,20/F,ORIENT INTERNATIONAL TOWER
1018 TAI NAN WEST STREET, CHEUNG SHA WAN
KOWLOON
HONG KONG,
CHINA

Claim Number: 10009
Claim Date: 09/24/2024
Debtor: TUPPERWARE PRODUCTS AG

UNSECURED Claimed: $235,317.56 Scheduled: $96,423.56

---

MASTER GROUP GLOBAL CO LTD
UNIT2003,20/F,ORIENT INTERNATIONAL TOWER
1018TAI NAN WEST STREET
CHEUNG SHA WAN, KOWLOON
HONG KONG,
CHINA

Claim Number: 10010
Claim Date: 09/24/2024
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $326,008.31

---

MERCER (US) LLC
PO BOX 730212
DALLAS, TX 75373

Claim Number: 10011
Claim Date: 09/25/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $86,160.00

---

REED, PAMELA
ADDRESS ON FILE

Claim Number: 10012
Claim Date: 09/25/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $600.00

---

ILLINOIS DEPARTMENT OF REVENUE
ATTN BANKRUPTCY SECTION
PO BOX 19035
SPRINGFIELD, IL 62794

Claim Number: 10013
Claim Date: 09/26/2024
Debtor: DART INDUSTRIES INC.

PRIORITY Claimed: $2,717.15
UNSECURED Claimed: $25.16

---

| | | | |
|---|---|---|---|
| FOLI DE MÉXICO SA DE CV<br>EJE 1 NORTE 103<br>PARQUE INDUSTRIAL TOLUCA 2000<br>TOLUCA MX 50233,<br>MEXICO | | Claim Number: 10014<br>Claim Date: 09/26/2024<br>Debtor: TUPPERWARE U.S., INC. | |
| UNSECURED | Claimed: | $138,905.00 UNLIQ | |
| KGB DRAFTING SERVICES LLC<br>3105 FOREST RD<br>EUSTIS, FL 32726 | | Claim Number: 10015<br>Claim Date: 09/26/2024<br>Debtor: DART INDUSTRIES INC. | |
| UNSECURED | Claimed: | $14,600.00 | |
| BUREAU VERITAS SWITZERLAND AG<br>GROSSÄCHERSTRASSE 25<br>WEININGEN CH-8104,<br>SWITZERLAND | | Claim Number: 10016<br>Claim Date: 09/27/2024<br>Debtor: TUPPERWARE PRODUCTS AG<br>Comments: POSSIBLY AMENDED BY 10060<br>AMENDS CLAIM #10006 | |
| UNSECURED | Claimed: | $13,338.61 | |
| MISSOURI DEPARTMENT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105 | | Claim Number: 10017<br>Claim Date: 09/27/2024<br>Debtor: DART INDUSTRIES INC.<br>Comments: POSSIBLY AMENDED BY 10084 | |
| UNSECURED | Claimed: | $15.50 | |
| CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS DR<br>WILMINGTON, DE 19808 | | Claim Number: 10018<br>Claim Date: 09/27/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION<br>Comments: POSSIBLY AMENDED BY 10574 | |
| PRIORITY | | | Scheduled: $50,000.00 |
| UNSECURED | Claimed: | $4,247.39 | |

RIGHT HUMAN RESOURCE CONSULTANTS INC
101 NE 3RD AVE, STE 1820
FORT LAUDERDALE, FL 33301

Claim Number: 10019
Claim Date: 09/30/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $45,900.00

COMPUQUIP TECHNOLOGIES LLC
100 SE THIRD AVE, STE 1000
FORT LAUDERDALE, FL 33394

Claim Number: 10020
Claim Date: 10/01/2024
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $66,718.25 Scheduled: $79,182.10

DOWEY, SEAN
ADDRESS ON FILE

Claim Number: 10021
Claim Date: 10/01/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $227,832.16 UNLIQ

LAW OFFICES PATRINOS & KILIMIRIS
7 HATZIYIANNI MEXI STREET
ATHENS 11528,
GREECE

Claim Number: 10022
Claim Date: 10/02/2024
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $16,197.31

N J AKERS & CO
63 LEMON STREET
TRURO TR1 2PN,
UNITED KINGDOM

Claim Number: 10023
Claim Date: 10/03/2024
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $637.96

RHEINECKER, MELANIE
ADDRESS ON FILE

Claim Number: 10024
Claim Date: 10/03/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $95,000.00 | | | |

RHEINECKER, MELANIE
ADDRESS ON FILE

Claim Number: 10025
Claim Date: 10/03/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $45,000.00 | | | |

PRINT LSC COMMUNICATIONS
CERRADA DE GALEANA 26
FRACC INDUSTRIAL LA LOMA
TLALNEPANTLA MX 54070,
MEXICO

Claim Number: 10026
Claim Date: 10/03/2024
Debtor: TUPPERWARE U.S., INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $189,169.08 | UNLIQ | Scheduled: | $189,169.08 |

AVALA, NARESH KUMAR
ADDRESS ON FILE

Claim Number: 10027
Claim Date: 10/05/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $93,000.00 | | | |

JONAS RECHTSANWALTSGESELLSCHAFT MBH
HOHENSTAUFENRING 62
COLOGNE 50674,
GERMANY

Claim Number: 10028
Claim Date: 10/07/2024
Debtor: DART INDUSTRIES INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $79,782.35 | UNLIQ | Scheduled: | $77,623.91 |

RED ROCKET STUDIOS LLC
2145 METROCENTER BLVD, STE 400
ORLANDO, FL 32835

Claim Number: 10029
Claim Date: 10/07/2024
Debtor: TUPPERWARE U.S., INC.

UNSECURED Claimed: $82,773.50 Scheduled: $82,773.50

G BREUER SOCIEDAD CIVIL
25 DE MAYO 460, 1ST FLOOR
BUENOS AIRES BA 1002,
ARGENTINA

Claim Number: 10030
Claim Date: 10/07/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $49,031.44

TRONCOSO Y CACERES SRL
SOCORRO SANCHEZ STREET 253
GAZCUE
SANTO DOMINGO DN 10205,
DOMINICAN REPUBLIC

Claim Number: 10031
Claim Date: 10/07/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $325.00 UNLIQ

ADVENTHEALTH MEDICAL GROUP
PO BOX 935977
ATLANTA, GA 31193-5977

Claim Number: 10032
Claim Date: 10/07/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $3,274.82

MISSISSIPPI DEPARTMENT OF REVENUE
ATTN BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

Claim Number: 10033
Claim Date: 10/09/2024
Debtor: TUPPERWARE U.S., INC.
Comments: POSSIBLY AMENDED BY 10632

PRIORITY Claimed: $0.00 UNLIQ

MCDERMOTT WILL & EMERY LLP
444 W LAKE ST, STE 4000
CHICAGO, IL 60606-0029

Claim Number: 10034
Claim Date: 10/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $94,778.75

OREGON DEPARTMENT OF REVENUE
955 CENTER ST NE
SALEM, OR 97301-2555

Claim Number: 10035
Claim Date: 10/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00

INTRALINKS INC
622 3RD AVE, 10TH FL
NEW YORK, NY 10017

Claim Number: 10036
Claim Date: 10/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $267.54

STATE OF FLORIDA - DEPARTMENT OF REVENUE
ATTN FREDERICK F RUDZIK, ESQ
PO BOX 6668
TALLAHASSEE, FL 32314-6668

Claim Number: 10037
Claim Date: 10/11/2024
Debtor: DART INDUSTRIES INC.
Comments: POSSIBLY AMENDED BY 10558

PRIORITY Claimed: $158.72

LEVEL 3 COMMUNICATIONS LLC
C/O LUMEN TECHNOLOGIES GROUP
931 14TH ST, 9TH FL
DENVER, CO 80202

Claim Number: 10038
Claim Date: 10/14/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: DOCKET: 923 (09/18/2026)

UNSECURED Claimed: $33,216.42

CENTURYLINK COMMUNICATIONS LLC
C/O LUMEN TECHNOLOGIES GROUP
931 14TH ST, 9TH FL
DENVER, CO 80202

Claim Number: 10039
Claim Date: 10/14/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: DOCKET: 923 (09/18/2026)

UNSECURED Claimed: $64,502.53

HEMINGWAY, JAMES
ADDRESS ON FILE

Claim Number: 10040
Claim Date: 10/14/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

BOHEST AG
HOLBEINSTRASSE 36-38
BASEL 4051,
SWITZERLAND

Claim Number: 10041
Claim Date: 10/17/2024
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $1,500.00 Scheduled: $1,300.65

PITNEY BOWES INC
27 WATERVIEW DR, 3RD FL
SHELTON, CT 06484

Claim Number: 10042
Claim Date: 10/17/2024
Debtor: TUPPERWARE BRANDS LATIN AMERICA HOLDINGS, L.L.C.

UNSECURED Claimed: $3,589.05

H&S OIL COMPANY INC
PO BOX 187
ANDREWS, SC 29510

Claim Number: 10043
Claim Date: 10/17/2024
Debtor: TUPPERWARE BRANDS CORPORATION

ADMINISTRATIVE Claimed: $663.17

WSP E & I CANADA LIMITED
1600 RENE-LEVESQUE BLVD W, 11TH FL
MONTREAL, QC H3H 1P9
CANADA

Claim Number: 10044
Claim Date: 10/18/2024
Debtor: DART INDUSTRIES INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $26,700.80 | Scheduled: | $26,700.80 |

KASZNAR LEONARDOS
RUA TEOFILO OTONI, 63 - 5TH TO 7TH FLOOR
CENTRO
RIO DE JANEIRO
RJ 20090-080,
BRAZIL

Claim Number: 10045
Claim Date: 10/22/2024
Debtor: DART INDUSTRIES INC.

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,891.74 | | |
| UNSECURED | Claimed: | $39,040.61 | Scheduled: | $36,255.38 |

EVERLY, SARAH
ADDRESS ON FILE

Claim Number: 10046
Claim Date: 10/23/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | | |

LEZAMA, HECTOR
ADDRESS ON FILE

Claim Number: 10047
Claim Date: 10/23/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $346,153.00 | | |

SADA SYSTEMS LLC
5250 LANKERSHIM BLVD, STE 620
NORTH HOLLYWOOD, CA 91601

Claim Number: 10048
Claim Date: 10/23/2024
Debtor: DART INDUSTRIES INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $593,548.88 | Scheduled: | $593,548.88 |

WANSOR, ELLEN
ADDRESS ON FILE

Claim Number: 10049
Claim Date: 10/23/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $57.85 |

CALERO, MIGUEL ANGEL FERNANDEZ
ADDRESS ON FILE

Claim Number: 10050
Claim Date: 10/23/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,218,461.54 |

CHAVEZ, ROSA MYKAILL MOSCOSA
ADDRESS ON FILE

Claim Number: 10051
Claim Date: 10/23/2024
Debtor: DART INDUSTRIES INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $15,150.00 |
| UNSECURED | Claimed: | $221,373.31 |

WHYTE, HAYDEN
ADDRESS ON FILE

Claim Number: 10052
Claim Date: 10/24/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,760.00 UNLIQ |

ROCHE, JOYCE M
ADDRESS ON FILE

Claim Number: 10053
Claim Date: 10/24/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $61,981.89 |

FERNANDEZ CALERO, MIGUEL ANGEL
ADDRESS ON FILE

Claim Number: 10054
Claim Date: 10/24/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $228,372.63 | |

ARIZONA DEPARTMENT OF REVENUE
C/O OFFICE OF THE AZ ATTORNEY GENERAL
ATTN TAX BANKRUPTCY AND COLLECTION SCT
2005 N CENTRAL AVE, STE 100
PHOENIX, AZ 85004

Claim Number: 10055
Claim Date: 10/24/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 10694

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $108.71 | UNLIQ |
| UNSECURED | Claimed: | $100.29 | UNLIQ |

NOVEY, DENISE
ADDRESS ON FILE

Claim Number: 10056
Claim Date: 10/25/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $15,150.00 | |
| UNSECURED | Claimed: | $126,775.06 | |

HARTUNG, NAOMI
ADDRESS ON FILE

Claim Number: 10057
Claim Date: 10/25/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $370,999.00 | |

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10058
Claim Date: 10/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 56

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $120,840.86 | |

INVOLVE MANUFACTURING
567 RUE DE LA MODE
IZERNORE AR 01580,
FRANCE

Claim Number: 10059
Claim Date: 10/29/2024
Debtor: PREMIERE PRODUCTS, INC.
Comments: POSSIBLY AMENDED BY 10553

UNSECURED Claimed: $324,584.00

BUREAU VERITAS SWITZERLAND AG
GROSSÄCHERSTRASSE 25
WEININGEN CH-8104,
SWITZERLAND

Claim Number: 10060
Claim Date: 10/29/2024
Debtor: TUPPERWARE PRODUCTS AG
Comments: POSSIBLY AMENDED BY 10535
AMENDS CLAIM #10016; CLAIM AMOUNT IS $13746.59 SWISS FRANCS

UNSECURED Claimed: $13,746.59 UNLIQ

WALSTEAD KRAKOW SP Z O O
UL OBRONCOW MODLINA 11
KRAKOW 30-733,
POLAND

Claim Number: 10061
Claim Date: 10/29/2024
Debtor: TUPPERWARE PRODUCTS AG
Comments:
CLAIMED AMOUNT IS 45,103.16 EUR

UNSECURED Claimed: $0.00 UNLIQ Scheduled: $16,889.89

CONCUR TECHNOLOGIES INC
601 108TH AVE NE, STE 1000
BELLEVUE, WA 98011

Claim Number: 10062
Claim Date: 10/29/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $83,559.34

LONG 4 CORE
STERRESCHANS 193
OEGSTGEEST 2342 BP,
NETHERLANDS

Claim Number: 10063
Claim Date: 10/30/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $2,467.53 UNLIQ

| | | | | | |
|---|---|---|---|---|---|
| DATASITE LLC<br>THE BAKER CENTER<br>733 S MARQUETTE AVE, STE 600<br>MINNEAPOLIS, MN 55402 | | Claim Number: 10065<br>Claim Date: 10/30/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | | | |
| UNSECURED | Claimed: | $90,803.56 | | | |
| LONGVIEW OF AMERICA LLC<br>ATTN BRIANNA NUGIN<br>8529 SIX FORKS RD, STE 300<br>RALEIGH, NC 27615 | | Claim Number: 10066<br>Claim Date: 10/30/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | | | |
| UNSECURED | Claimed: | $12,002.03 | | | |
| MORGAN LEWIS & BOCKIUS LLP<br>ATTN RON MARKS<br>2222 MARKET ST<br>PHILADELPHIA, PA 19103 | | Claim Number: 10067<br>Claim Date: 10/30/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | | | |
| UNSECURED | Claimed: | $6,392.70 | | | |
| VLS ENVIRONMENTAL SOLUTIONS LLC<br>C/O CRAIN CATON & JAMES<br>ATTN PETER SMART<br>1401 MCKINNEY ST, STE 1700<br>HOUSTON, TX 77010 | | Claim Number: 10068<br>Claim Date: 10/31/2024<br>Debtor: TUPPERWARE U.S., INC. | | | |
| UNSECURED | Claimed: | $43,626.21 | | Scheduled: | $43,626.21 |
| COMPTROLLER OF MARYLAND<br>ATTN BANKRUPTCY UNIT<br>7 SAINT PAUL ST, 2ND FL<br>BALTIMORE, MD 21202 | | Claim Number: 10069<br>Claim Date: 11/01/2024<br>Debtor: TUPPERWARE U.S., INC. | | | |
| PRIORITY | Claimed: | $7,945.00 | | | |

FRAGOMEN DEL REY BERNSEN & LOEWY LLP
ATTN JENNIFER O'BRIEN
90 MATAWAN RD, 4TH FL
MATAWAN, NJ 07747

Claim Number: 10070
Claim Date: 11/01/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,205.00 |

FRAZIER, DONALD E
ADDRESS ON FILE

Claim Number: 10072
Claim Date: 11/04/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 10073

| | | |
|---|---|---|
| PRIORITY | Claimed: | $79,094.94 |

FRAZIER, DONALD E
ADDRESS ON FILE

Claim Number: 10073
Claim Date: 11/04/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10072

| | | |
|---|---|---|
| PRIORITY | Claimed: | $79,094.95 |

GREGG, MICHAEL G
ADDRESS ON FILE

Claim Number: 10074
Claim Date: 11/04/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $90,151.16 UNLIQ |

SUNDANCE USA LLC
9564 DELEGATES DR
ORLANDO, FL 32837

Claim Number: 10075
Claim Date: 11/05/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $42,230.12 |

LOUISIANA DEPARTMENT OF REVENUE
PO BOX 66658
BATON ROUGE, LA 70896-6658

Claim Number: 10076
Claim Date: 11/06/2024
Debtor: DART INDUSTRIES INC.

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5,100.55 | UNLIQ | | |
| UNSECURED | Claimed: | $5,152.61 | UNLIQ | | |

LOUISIANA DEPARTMENT OF REVENUE
PO BOX 66658
BATON ROUGE, LA 70896-6658

Claim Number: 10077
Claim Date: 11/06/2024
Debtor: DART INDUSTRIES INC.
Comments: POSSIBLY AMENDED BY 10641

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,208.72 | UNLIQ | | |

COMPUQUIP TECHNOLOGIES LLC
100 SE THIRD AVE
FORT LAUDERDALE, FL 33394

Claim Number: 10078
Claim Date: 11/07/2024
Debtor: DART INDUSTRIES INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,463.85 | | | |

RALLYWARE INC
650 CASTRO ST, STE 120-376
MOUNTAIN VIEW, CA 94041

Claim Number: 10079
Claim Date: 11/08/2024
Debtor: TUPPERWARE U.S., INC.
Comments:
AMENDS CLAIM #10002

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $56,466.67 | UNLIQ | Scheduled: | $56,466.67 |

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10080
Claim Date: 11/08/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET | | |

DERIS ATTORNEY-AT-LAW PARTNERSHIP
INEBOLU SOK NO 5 DERIS BUILDING
KABATAS SETÜSTÜ
ISTANBUL 34427,
TURKEY

Claim Number: 10081
Claim Date: 11/11/2024
Debtor: DART INDUSTRIES INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,498.05 | Scheduled: | $6,498.05 |

NAKAMURA AND PARTNERS
SHIN-TOKYO BUILDING, 3-1
MARUNOUCHI 3-CHOME
CHIYODA-KU
TOKYO 100-8355,
JAPAN

Claim Number: 10082
Claim Date: 11/12/2024
Debtor: DART INDUSTRIES INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,386.23 | Scheduled: | $7,984.72 |

NAKAMURA & PARTNERS
SHIN-TOKYO BUILDING, 3-1
MARUNOUCHI 3-CHOME
CHIYODA-KU
TOKYO 100-8355,
JAPAN

Claim Number: 10083
Claim Date: 11/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,390.61 |

MISSOURI DEPARTMENT OF REVENUE
PO BOX 475
JEFFERSON CITY, MO 65105

Claim Number: 10084
Claim Date: 11/13/2024
Debtor: DART INDUSTRIES INC.
Comments:
AMENDS CLAIM #10017

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,902.58 |

CITY OF PHILADELPHIA
C/O TAX LITIGATION & COLLECTIONS UNIT
ATTN MEGAN HARPER
1401 JFK BLVD, 5TH FL
PHILADELPHIA, PA 19102

Claim Number: 10085
Claim Date: 11/15/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

| | | | | |
|---|---|---|---|---|
| OTERO, MADELINE<br>ADDRESS ON FILE | | Claim Number: 10086<br>Claim Date: 11/17/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | | |
| PRIORITY | Claimed: | $47,500.00 UNLIQ | | |
| TRUIST BANK<br>ATTN SUPPORT SERVICES<br>PO BOX 85092<br>RICHMOND, VA 23286 | | Claim Number: 10087<br>Claim Date: 11/18/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | | |
| UNSECURED | Claimed: | $165,688.39 | | |
| GHIDINI CIPRIANO SRL<br>VIA PONTE GANDOVERE 51<br>GUSSAGO BS 25064,<br>ITALY | | Claim Number: 10088<br>Claim Date: 11/19/2024<br>Debtor: TUPPERWARE PRODUCTS AG<br>Comments:<br>Claim out of balance | | |
| ADMINISTRATIVE | Claimed: | $92,575.44 UNLIQ | | |
| UNSECURED | | | Scheduled: | $190,990.16 |
| TOTAL | Claimed: | $92,575.00 | | |
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 10089<br>Claim Date: 11/19/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION<br>Comments: POSSIBLY AMENDED BY 10199 | | |
| PRIORITY | Claimed: | $54,698.16 | | |
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 10090<br>Claim Date: 11/19/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION<br>Comments: POSSIBLY AMENDED BY 10138 | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |

HOGAN LOVELLS BSTL SC
PASEO DE LOS TAMARINDOS 150PB
COL BOSQUES DE LAS LOMAS
CUAJIMALPA DE MORELOS
CIUDAD DE MEXICO MX 05120,
MEXICO

Claim Number: 10091
Claim Date: 11/19/2024
Debtor: DART INDUSTRIES INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $30,739.69 | UNLIQ | Scheduled: | $25,291.87 |

HUGHES, JAMES
ADDRESS ON FILE

Claim Number: 10092
Claim Date: 11/20/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $15,150.00 | |
| UNSECURED | Claimed: | $198,183.33 | |

VUYE FLEXIBLE PACKAGING
ATTN FIEN PAUWELS
BEDRIJVENPARK COUPURE 3
OUDENAARDE 9700,
BELGIUM

Claim Number: 10093
Claim Date: 11/20/2024
Debtor: TUPPERWARE PRODUCTS AG

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $29,626.47 | Scheduled: | $887.45 |

LOUISIANA DEPARTMENT OF REVENUE
PO BOX 66658
BATON ROUGE, LA 70896-6658

Claim Number: 10094
Claim Date: 11/20/2024
Debtor: TUPPERWARE U.S., INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,039.81 | UNLIQ |
| UNSECURED | Claimed: | $3,832.95 | UNLIQ |

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10095
Claim Date: 11/20/2024
Debtor: TUPPERWARE U.S., INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $134,494.00 | UNLIQ |

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10096
Claim Date: 11/21/2024
Debtor: TUPPERWARE BRANDS CORPORATION

SECURED Claimed: $400.00 UNLIQ

PASINATTO, BERNARDO BENVEGNU
ADDRESS ON FILE

Claim Number: 10097
Claim Date: 11/22/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 10219

UNSECURED Claimed: $100.01

HASELTINE LAKE KEMPNER LLP
ONE PORTWALL SQUARE, PORTWALL LANE,
BRISTOL BS1 6BH,
UNITED KINGDOM

Claim Number: 10098
Claim Date: 11/22/2024
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $22,368.19

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10099
Claim Date: 11/22/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $119,802.00

TUPPERWARE ITALIA SPA
VIA PONTACCIO N. 10
MILAN 20121,
ITALY

Claim Number: 10100
Claim Date: 11/22/2024
Debtor: TUPPERWARE PRODUCTS AG

UNSECURED Claimed: $206,056.26

| | | |
|---|---|---|
| TUPPERWARE ITALIA SPA<br>VIA PONTACCIO N. 10<br>MILAN 20121,<br>ITALY | | Claim Number: 10101<br>Claim Date: 11/22/2024<br>Debtor: DART INDUSTRIES INC. |
| UNSECURED | Claimed: | $1,807,356.94 |
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 10102<br>Claim Date: 11/22/2024<br>Debtor: TUPPERWARE U.S., INC.<br>Comments: POSSIBLY AMENDED BY 151 |
| UNSECURED | Claimed: | $453.83 |
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 10103<br>Claim Date: 11/22/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $100,437.00 |
| LOY, YAP THIAM<br>ADDRESS ON FILE | | Claim Number: 10105<br>Claim Date: 11/24/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $0.00 UNDET |
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 10106<br>Claim Date: 11/25/2024<br>Debtor: TUPPERWARE U.S., INC. |
| UNSECURED | Claimed: | $134,864.19 |

MARY ANN SHULMAN TR UA 08 08 23
ADDRESS ON FILE

Claim Number: 10107
Claim Date: 11/25/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET | | |

VINSON, JAMES W
ADDRESS ON FILE

Claim Number: 10108
Claim Date: 11/26/2024
Debtor: DART INDUSTRIES INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET | Scheduled: | $0.00 UNLIQ |

WISE, JAMES
ADDRESS ON FILE

Claim Number: 10109
Claim Date: 11/26/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET | | |

HARRELL, SARAH FAULK
ADDRESS ON FILE

Claim Number: 10110
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,546.11 | | | |

HOULIHAN, MICHAEL
ADDRESS ON FILE

Claim Number: 10111
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET | | |

WHEELER, RICHARD A
ADDRESS ON FILE

Claim Number: 10112
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

HANSON, BRADLEY
ADDRESS ON FILE

Claim Number: 10114
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $873.44

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10115
Claim Date: 11/27/2024
Debtor: TUPPERWARE U.S., INC.

UNSECURED Claimed: $163,346.00

ABOU-ATME, ROLAND
ADDRESS ON FILE

Claim Number: 10116
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

READ, ROBERT
ADDRESS ON FILE

Claim Number: 10117
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $44,120.00 UNLIQ

BEDNARCZYK, LISA
ADDRESS ON FILE
Claim Number: 10118
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $11,104.25

READ, ROBERT
ADDRESS ON FILE
Claim Number: 10119
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $15,658.50 UNLIQ

READ, ROBERT
ADDRESS ON FILE
Claim Number: 10120
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $12,070.00 UNLIQ

MCCAIN, THOMAS
ADDRESS ON FILE
Claim Number: 10121
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

BOYD, EVELYN H
ADDRESS ON FILE
Claim Number: 10122
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

BOYD, EVELYN M HICKS
ADDRESS ON FILE

Claim Number: 10123
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

CORONA, NICOLE
ADDRESS ON FILE

Claim Number: 10124
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10125
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,207.70

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10126
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

ROE, LEANNE
ADDRESS ON FILE

Claim Number: 10127
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $45,960.00

LAM, NHIEU
ADDRESS ON FILE
Claim Number: 10128
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $9,984.79

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10129
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $458.65

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10130
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $140.00

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10131
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $221.50

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10132
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $84.00

CALCAGNO, JULIE
ADDRESS ON FILE

Claim Number: 10133
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

SECURED Claimed: $61,120.00 UNLIQ

MELISI, KATHERINE
ADDRESS ON FILE

Claim Number: 10134
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10135
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $54,000.00

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10136
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 10137

UNSECURED Claimed: $13,333.33

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10137
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10136

UNSECURED Claimed: $13,333.33

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10138
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10090

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10139
Claim Date: 11/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLE DUPLICATE OF 10137
AMENDS CLAIM #10136

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $13,333.33 | |

LAING, JOSEPH FERGUSON
ADDRESS ON FILE

Claim Number: 10140
Claim Date: 11/29/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNDET |
| PRIORITY | Claimed: | $0.00 | UNDET |

JIN, ZHONGLIN
ADDRESS ON FILE

Claim Number: 10141
Claim Date: 11/29/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $9,882.00 | |

SEALS, RONALD
ADDRESS ON FILE

Claim Number: 10142
Claim Date: 11/29/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
Claim out of balance

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $62,752.80 | |
| TOTAL | Claimed: | $3,137.64 | |

TYREE, PHILLIP
ADDRESS ON FILE

Claim Number: 10143
Claim Date: 11/29/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

MARGART BENDER & JAMES D BENDER JT TEN
ADDRESS ON FILE

Claim Number: 10145
Claim Date: 11/30/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNDET |
| PRIORITY | Claimed: | $0.00 | UNDET |
| SECURED | Claimed: | $0.00 | UNDET |

BOONE, STEVEN A
ADDRESS ON FILE

Claim Number: 10146
Claim Date: 11/30/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

PRUITT, JOEL
ADDRESS ON FILE

Claim Number: 10147
Claim Date: 11/30/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,921.09 | |

DOMBROW, JOSHUA ALAN
ADDRESS ON FILE

Claim Number: 10148
Claim Date: 11/30/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10149
Claim Date: 11/30/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

LAMBERTI, ANTHONY M
ADDRESS ON FILE
Claim Number: 10150
Claim Date: 11/30/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

LAMBERTI, BRANDON S
ADDRESS ON FILE
Claim Number: 10151
Claim Date: 11/30/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

ANDERSON, BETTY
ADDRESS ON FILE
Claim Number: 10152
Claim Date: 11/30/2024
Debtor: TUPPERWARE BRANDS CORPORATION

ADMINISTRATIVE Claimed: $1,000.00

JOHN A SUTKOWSKI & JOAN SMIGIELSKI JT TE
ADDRESS ON FILE
Claim Number: 10154
Claim Date: 12/01/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

MACKENZIE, DAVID
ADDRESS ON FILE

Claim Number: 10155
Claim Date: 12/01/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

LUTZ, THOMAS
ADDRESS ON FILE

Claim Number: 10156
Claim Date: 12/01/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

RHODY, RONALD C
ADDRESS ON FILE

Claim Number: 10157
Claim Date: 12/01/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $27,127.00 | UNLIQ |

KAYYALI, BASEL
ADDRESS ON FILE

Claim Number: 10158
Claim Date: 12/01/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

DE THEUX, ARNAUD
ADDRESS ON FILE

Claim Number: 10160
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $12,168.00 | UNLIQ |

NARVAR INC
3 E THIRD AVE, STE 211
SAN MATEO, CA 94401

Claim Number: 10161
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION

ADMINISTRATIVE Claimed: $10,000.00

MOGAN, MARC STEVEN
ADDRESS ON FILE

Claim Number: 10162
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

NEDELMAN, TERESA
ADDRESS ON FILE

Claim Number: 10163
Claim Date: 12/02/2024
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $0.00 UNDET Scheduled: $0.00 UNLIQ

GREGORICH, DONALD J
ADDRESS ON FILE

Claim Number: 10164
Claim Date: 12/02/2024
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $0.00 UNDET Scheduled: $0.00 UNLIQ

TYCHKOWSKY, KERI
ADDRESS ON FILE

Claim Number: 10165
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $35,000.00

WELLS FARGO VENDOR FINANCIAL SVCS LLC
ATTN BANKRUPTCY DEPT
PO BOX 13708
MACON, GA 31208

Claim Number: 10166
Claim Date: 12/02/2024
Debtor: TUPPERWARE U.S., INC.

UNSECURED Claimed: $14,324.90

HALE, WALTER M, JR
ADDRESS ON FILE

Claim Number: 10167
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,380.00

CAIRNS, GARY L
ADDRESS ON FILE

Claim Number: 10168
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $2,240.00

CARTER, LARRY W
ADDRESS ON FILE

Claim Number: 10169
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

PRAINITO, PHILIP
ADDRESS ON FILE

Claim Number: 10170
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 10638

UNSECURED Claimed: $3,160.00

| | | |
|---|---|---|
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 10171<br>Claim Date: 12/02/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $137,297.00 |
| TEDTAOTAO, MARILU<br>ADDRESS ON FILE | | Claim Number: 10172<br>Claim Date: 12/02/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $113.50 |
| CHANG, LILI<br>ADDRESS ON FILE | | Claim Number: 10173<br>Claim Date: 12/02/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $3,304.95 |
| KIM, ROBIN<br>ADDRESS ON FILE | | Claim Number: 10174<br>Claim Date: 12/02/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $0.00 UNDET |
| YEUNG, BENNY<br>ADDRESS ON FILE | | Claim Number: 10175<br>Claim Date: 12/02/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $11,490.00 |

DIPAOLA, CHRISTOPHER
ADDRESS ON FILE
Claim Number: 10176
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

DIPAOLA, CHRISTOPHER
ADDRESS ON FILE
Claim Number: 10177
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

MULARONI, EDWARD P
ADDRESS ON FILE
Claim Number: 10178
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $10,000.00

SWARLY SUPERANNUATION FUND
ADDRESS ON FILE
Claim Number: 10179
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,774.11

FOX, JOSEPH
ADDRESS ON FILE
Claim Number: 10180
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $18,515.50

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10181
Claim Date: 12/02/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $45,000.00 UNLIQ

CHANG TSI & PARTNERS LIMITED
6-8 FLOOR TOWER A, HUNDRED ISLAND PARK
BEI ZHAN BEI JIE STREET
XICHENG DISTRICT
BEIJING 100044,
CHINA

Claim Number: 10182
Claim Date: 12/03/2024
Debtor: DART INDUSTRIES INC.
Comments: WITHDRAWN
DOCKET: 891 (05/08/2026)

ADMINISTRATIVE Claimed: $221,452.49
UNSECURED Claimed: $1,238,939.55 Scheduled: $1,484,512.86

CASTILLO, ANAYENSSI
ADDRESS ON FILE

Claim Number: 10184
Claim Date: 12/03/2024
Debtor: TUPPERWARE BRANDS CORPORATION

ADMINISTRATIVE Claimed: $35,000.00 UNLIQ

RACH, JOSEPH F
ADDRESS ON FILE

Claim Number: 10185
Claim Date: 12/03/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $2,783.11

WESTROCK-SOUTHERN CONTAINER LLC
3950 SHACKLEFORD RD
DULUTH, GA 30096

Claim Number: 10186
Claim Date: 12/03/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $18,241.86

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10187
Claim Date: 12/03/2024
Debtor: TUPPERWARE U.S., INC.

UNSECURED Claimed: $223,557.00

CHIRUMAMILLA, SIVA RAMA K
ADDRESS ON FILE
Claim Number: 10188
Claim Date: 12/03/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10189
Claim Date: 12/03/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $11,943.73

LANDGRAF, PATRICK
ADDRESS ON FILE
Claim Number: 10190
Claim Date: 12/03/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

GOLDEN, PAUL
ADDRESS ON FILE
Claim Number: 10191
Claim Date: 12/03/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

| | | | |
|---|---|---|---|
| ALORICA INC<br>ATTN LEGAL DEPARTMENT<br>5161 CALIFORNIA AVE, STE 100<br>IRVINE, CA 92617 | | Claim Number: 10192<br>Claim Date: 12/03/2024<br>Debtor: DART INDUSTRIES INC. | |
| UNSECURED | Claimed: | $508,809.46 | |
| VOGEL, JONATHAN M<br>ADDRESS ON FILE | | Claim Number: 10193<br>Claim Date: 12/03/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $0.00 | UNDET |
| SHORT, JIM<br>ADDRESS ON FILE | | Claim Number: 10194<br>Claim Date: 12/03/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $10,000.00 | |
| GILLETTE, LESLIE<br>ADDRESS ON FILE | | Claim Number: 10195<br>Claim Date: 12/03/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $0.00 | UNDET |
| ABRAHAM, WILLIAM<br>ADDRESS ON FILE | | Claim Number: 10196<br>Claim Date: 12/03/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $12,550.00 | UNLIQ |

ABRAHAM, WILLIAM
ADDRESS ON FILE

Claim Number: 10197
Claim Date: 12/03/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,000.00 |

GRAVATT, KIRSTEN STARR
ADDRESS ON FILE

Claim Number: 10198
Claim Date: 12/03/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10199
Claim Date: 12/03/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10089

| | | |
|---|---|---|
| PRIORITY | Claimed: | $54,698.16 |
| UNSECURED | Claimed: | $1,737.91 |

GEORGE, ALEX
ADDRESS ON FILE

Claim Number: 10200
Claim Date: 12/03/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

GEVER, DIYANNA
ADDRESS ON FILE

Claim Number: 10201
Claim Date: 12/03/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $35.90 |

| | | |
|---|---|---|
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 10202<br>Claim Date: 12/03/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $8,323.00 |
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 10203<br>Claim Date: 12/03/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $3,828.95 |
| SAVLA, RITESH RAMESHCHANDRA<br>ADDRESS ON FILE | | Claim Number: 10204<br>Claim Date: 12/03/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $0.00 UNDET |
| CAMP, JOSEPH<br>ADDRESS ON FILE | | Claim Number: 10205<br>Claim Date: 12/03/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION<br>Comments: POSSIBLY AMENDED BY 10549 |
| UNSECURED | Claimed: | $16,539.26 |
| SHELDON, ANNE<br>ADDRESS ON FILE | | Claim Number: 10206<br>Claim Date: 12/04/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $0.00 UNDET |

| | | | | |
|---|---|---|---|---|
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 10208<br>Claim Date: 12/04/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | | |
| UNSECURED | Claimed: | $113,897.00 UNLIQ | | |
| WILLOW GROVE CONSULTING LLC<br>DBA PENNJERSEY ENVIRONMENTAL CONSULTING<br>744 MILFORD WARREN GLEN RD<br>MILFORD, NJ 08848-1647 | | Claim Number: 10209<br>Claim Date: 12/04/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | | |
| UNSECURED | Claimed: | $4,490.75 | Scheduled: | $4,490.75 |
| DENTONS US LLP<br>ATTN ROBERT E RICHARDS<br>233 S WACKER DR, #5900<br>CHICAGO, IL 60606 | | Claim Number: 10210<br>Claim Date: 12/04/2024<br>Debtor: TUPPERWARE U.S., INC. | | |
| UNSECURED | Claimed: | $5,476.71 | | |
| ELFAKIR, MOHAMAD WAEL<br>ADDRESS ON FILE | | Claim Number: 10211<br>Claim Date: 12/04/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| TRANE US INC<br>800 BEATY ST, STE E<br>DAVIDSON, NC 28036-6924 | | Claim Number: 10212<br>Claim Date: 12/04/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | | |
| ADMINISTRATIVE | Claimed: | $892.83 UNLIQ | | |
| UNSECURED | Claimed: | $4,455.91 UNLIQ | | |

BLACK, CYNTHIA J
ADDRESS ON FILE

Claim Number: 10213
Claim Date: 12/04/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10215
Claim Date: 12/04/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $98,687.00

MARSH USA INC
ATTN MATTHEW DUNN
1166 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

Claim Number: 10216
Claim Date: 12/04/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $237,904.00

JOHN D CHIN AND CAROLE LAM-CHIN
ADDRESS ON FILE

Claim Number: 10217
Claim Date: 12/04/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $977.91 UNLIQ

KINDER, WHITNEY
ADDRESS ON FILE

Claim Number: 10218
Claim Date: 12/04/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

PASINATTO, BERNARDO BENVEGNU
ADDRESS ON FILE

Claim Number: 10219
Claim Date: 12/04/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10097

UNSECURED Claimed: $200.01

REID, CAROLYN
ADDRESS ON FILE

Claim Number: 10223
Claim Date: 12/05/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $545.83

PLASSERAUD AVOCAT
104 RUE DE RICHELIEU
PARIS 75002,
FRANCE

Claim Number: 10224
Claim Date: 12/05/2024
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $30,138.00 Scheduled: $23,317.10

RANGASAMY, SELVANAYAGAM
ADDRESS ON FILE

Claim Number: 10225
Claim Date: 12/05/2024
Debtor: DART INDUSTRIES INC.

PRIORITY Claimed: $417,360.00

GONZALES, JOSEPH D AND JUDITH L
ADDRESS ON FILE

Claim Number: 10226
Claim Date: 12/05/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $951.60

MCNABB, PATRICK
ADDRESS ON FILE

Claim Number: 10228
Claim Date: 12/05/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

BLAKE SARILDA IRA AMB
ADDRESS ON FILE

Claim Number: 10229
Claim Date: 12/05/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $18,548.58 | |

KANSAS DEPARTMENT OF REVENUE
PO BOX 12005
TOPEKA, KS 66601-2005

Claim Number: 10230
Claim Date: 12/05/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,899.17 | |
| UNSECURED | Claimed: | $973.26 | |

TASKER, STEPHEN
ADDRESS ON FILE

Claim Number: 10231
Claim Date: 12/05/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

TASKER, STEPHEN
ADDRESS ON FILE

Claim Number: 10232
Claim Date: 12/05/2024
Debtor: DART INDUSTRIES INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

TASKER, STEPHEN
ADDRESS ON FILE

Claim Number: 10233
Claim Date: 12/05/2024
Debtor: DEERFIELD LAND CORPORATION

UNSECURED Claimed: $0.00 UNDET

TASKER, STEPHEN
ADDRESS ON FILE

Claim Number: 10234
Claim Date: 12/05/2024
Debtor: PREMIERE PRODUCTS, INC.

UNSECURED Claimed: $0.00 UNDET

TASKER, STEPHEN
ADDRESS ON FILE

Claim Number: 10235
Claim Date: 12/05/2024
Debtor: TUPPERWARE HOME PARTIES LLC

UNSECURED Claimed: $0.00 UNDET

TASKER, STEPHEN
ADDRESS ON FILE

Claim Number: 10236
Claim Date: 12/05/2024
Debtor: TUPPERWARE INTERNATIONAL HOLDINGS CORPORATION

UNSECURED Claimed: $0.00 UNDET

TASKER, STEPHEN
ADDRESS ON FILE

Claim Number: 10237
Claim Date: 12/05/2024
Debtor: TUPPERWARE PRODUCTS, INC.

UNSECURED Claimed: $0.00 UNDET

LEDDY, KADON
ADDRESS ON FILE
Claim Number: 10238
Claim Date: 12/05/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $6,996.75

TASKER, STEPHEN
ADDRESS ON FILE
Claim Number: 10239
Claim Date: 12/05/2024
Debtor: TUPPERWARE U.S., INC.

UNSECURED Claimed: $0.00 UNDET

TASKER, STEPHEN
ADDRESS ON FILE
Claim Number: 10240
Claim Date: 12/05/2024
Debtor: TUPPERWARE BRANDS LATIN AMERICA HOLDINGS, L.L.C.

UNSECURED Claimed: $0.00 UNDET

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10241
Claim Date: 12/05/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $500,000.00

BEAN, RONDA
ADDRESS ON FILE
Claim Number: 10243
Claim Date: 12/05/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $346.49

GLICK, GARY
ADDRESS ON FILE

Claim Number: 10244
Claim Date: 12/05/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $10,017.78 UNLIQ

DABBS, GORDON AND CARMEN M
ADDRESS ON FILE

Claim Number: 10245
Claim Date: 12/05/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 10248

UNSECURED Claimed: $5,000.00

GLICK, MORGEN ELYSSA
ADDRESS ON FILE

Claim Number: 10246
Claim Date: 12/05/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $2,963.33 UNLIQ

LEAD PLAINTIFFS AND THE PROPOSED CLASS
ADDRESS ON FILE

Claim Number: 10247
Claim Date: 12/05/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 10249

UNSECURED Claimed: $0.00 UNDET

DABBS, GORDON AND CARMEN M
ADDRESS ON FILE

Claim Number: 10248
Claim Date: 12/05/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10245

UNSECURED Claimed: $4,915.00

LEAD PLAINTIFFS AND THE PROPOSED CLASS
ADDRESS ON FILE

Claim Number: 10249
Claim Date: 12/05/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10247

UNSECURED Claimed: $0.00 UNDET

---

CITY OF EVANS CO
ATTN FINANCE DIR
1100 37TH ST
EVANS, CO 80620

Claim Number: 10250
Claim Date: 12/05/2024
Debtor: TUPPERWARE U.S., INC.

PRIORITY Claimed: $0.00 UNDET

---

SIEMENS INDUSTRY INC
ATTN STEPHANIE MITCHELL
4800 N POINT PKWY
ALPHARETTA, GA 30022

Claim Number: 10251
Claim Date: 12/05/2024
Debtor: TUPPERWARE U.S., INC.

UNSECURED Claimed: $12,943.44

---

BELTHANGADY, NISCHAL
ADDRESS ON FILE

Claim Number: 10252
Claim Date: 12/05/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $160.00

---

WHEELER, LLOYD
ADDRESS ON FILE

Claim Number: 10253
Claim Date: 12/05/2024
Debtor: TUPPERWARE BRANDS CORPORATION

PRIORITY Claimed: $335.72

---

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10254
Claim Date: 12/05/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10255
Claim Date: 12/05/2024
Debtor: TUPPERWARE BRANDS CORPORATION

PRIORITY Claimed: $107,491.00

BRANDT, KIANNA
ADDRESS ON FILE
Claim Number: 10256
Claim Date: 12/05/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

KIM & CHANG
JEONGDONG BUILDING, 17F, 21-15
JEONGDONG-GIL, JUNG-GU
SEOUL 04518,
SOUTH KOREA
Claim Number: 10257
Claim Date: 12/06/2024
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $19,416.12 Scheduled: $18,913.93

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10258
Claim Date: 12/06/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $35,000.00 UNLIQ

AGUILAR, ERICK RONALD CHOJOLAN
ADDRESS ON FILE

Claim Number: 10259
Claim Date: 12/06/2024
Debtor: TUPPERWARE BRANDS CORPORATION

ADMINISTRATIVE Claimed: $6,379.82

BOTELLO, CARLA LETICIA BURDER
ADDRESS ON FILE

Claim Number: 10260
Claim Date: 12/06/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $7,108.80 UNLIQ

ZIO GROUP LLC
660 CLAY ST
WINTER PARK, FL 32789

Claim Number: 10261
Claim Date: 12/06/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,990.00 Scheduled: $1,990.00

HEINZ, DWIGHT C
ADDRESS ON FILE

Claim Number: 10262
Claim Date: 12/06/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 10265

UNSECURED Claimed: $57,062.12

ALEXANDER, NICHOLAS
ADDRESS ON FILE

Claim Number: 10263
Claim Date: 12/06/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

KRAUSE, LINDA
ADDRESS ON FILE
Claim Number: 10264
Claim Date: 12/06/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,983.56 UNLIQ

HEINZ, DWIGHT C
ADDRESS ON FILE
Claim Number: 10265
Claim Date: 12/06/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10262

UNSECURED Claimed: $57,062.12

AUMONT, NATHALIE
ADDRESS ON FILE
Claim Number: 10266
Claim Date: 12/07/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $232.34

HASSETT, ANNE J
ADDRESS ON FILE
Claim Number: 10267
Claim Date: 12/07/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $636.00

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10268
Claim Date: 12/07/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $138,852.00

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10269
Claim Date: 12/07/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $281,753.00

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10270
Claim Date: 12/07/2024
Debtor: TUPPERWARE U.S., INC.

UNSECURED Claimed: $29,052.24

BALAJI, DORAIRAJAN
ADDRESS ON FILE
Claim Number: 10271
Claim Date: 12/08/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $174,199.06

SCARPATI, RACHEL
ADDRESS ON FILE
Claim Number: 10274
Claim Date: 12/08/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $160.00

KEARNEY, STEVEN
ADDRESS ON FILE
Claim Number: 10276
Claim Date: 12/08/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

NAVITSKY, JAYSON
ADDRESS ON FILE
Claim Number: 10277
Claim Date: 12/08/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $279.98

EHRHARD, SARAH
ADDRESS ON FILE
Claim Number: 10278
Claim Date: 12/08/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,788.30 UNLIQ

LEACH, SHEILA A
ADDRESS ON FILE
Claim Number: 10280
Claim Date: 12/08/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNLIQ

JOHNSON, YVONNE
ADDRESS ON FILE
Claim Number: 10281
Claim Date: 12/08/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $50,198.50

SZUCS, STEPHEN GEORGE
ADDRESS ON FILE
Claim Number: 10282
Claim Date: 12/08/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $10,000.00

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10283
Claim Date: 12/08/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $88,552.00

DUDAS, JACQUELINE
ADDRESS ON FILE
Claim Number: 10284
Claim Date: 12/08/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $5,581.88

HOLLY E LUCHIN & DAVID S LUCHIN JTWROS
ADDRESS ON FILE
Claim Number: 10285
Claim Date: 12/08/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10286
Claim Date: 12/08/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 10287

UNSECURED Claimed: $20,059.00

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10287
Claim Date: 12/08/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10286

UNSECURED Claimed: $20,059.00

BARDILL, BRETT
ADDRESS ON FILE

Claim Number: 10288
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

CASCIO, RICHARD C
ADDRESS ON FILE

Claim Number: 10289
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $18,080.00

LOBALZO, SUSAN
ADDRESS ON FILE

Claim Number: 10290
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

FORRESTERS
SKYGARDEN
ERIKA-MANN-STR 11
MUNICH 80636,
GERMANY

Claim Number: 10291
Claim Date: 12/09/2024
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $94,242.56 Scheduled: $92,393.83

VALENTINE, SAMANTHA
ADDRESS ON FILE

Claim Number: 10292
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,500.00 UNLIQ

SHENG, LIM YU
ADDRESS ON FILE
Claim Number: 10293
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $115.00 | | |

GRADMAN, EDWARD
ADDRESS ON FILE
Claim Number: 10294
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40,132.60 | | |

SCALLY, GAIL DE
ADDRESS ON FILE
Claim Number: 10295
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,043.40 | | |

JOHNSON CONTROLS SECURITY SOLUTIONS LLC
5757 N GREEN BAY AVE
GLENDALE, WI 53209
Claim Number: 10296
Claim Date: 12/09/2024
Debtor: TUPPERWARE U.S., INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,710.80 | Scheduled: | $5,025.08 |

HYG FINANCIAL SERVICES INC
ATTN LA NEICE BROWN
800 WALNUT ST, MAC F0006-052
DES MOINES, IA 50309
Claim Number: 10297
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $15,035.13 | | |

HYG FINANCIAL SERVICES INC
ATTN LA NEICE BROWN
800 WALNUT ST, MAC F0006-052
DES MOINES, IA 50309

Claim Number: 10298
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $274,596.76

BUN, WONG SUK
ADDRESS ON FILE

Claim Number: 10299
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 10301

UNSECURED Claimed: $94,812.06

ZENNER, JONNA
ADDRESS ON FILE

Claim Number: 10300
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $51.00

BUN, WONG SUK
ADDRESS ON FILE

Claim Number: 10301
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10299

UNSECURED Claimed: $94,812.06

SCHERL, AMY, TOD
ADDRESS ON FILE

Claim Number: 10302
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $38.25

| | | | |
|---|---|---|---|
| SCHERL, AMY, TOD<br>ADDRESS ON FILE | | Claim Number: 10303<br>Claim Date: 12/09/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $38.25 | |
| MIEHE, MARY MARGARET<br>ADDRESS ON FILE | | Claim Number: 10304<br>Claim Date: 12/09/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $14,145.00 | |
| SANDMANN, BENJAMIN<br>ADDRESS ON FILE | | Claim Number: 10305<br>Claim Date: 12/09/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $4,800.00 | |
| BURLESON, VICTOR LEE<br>ADDRESS ON FILE | | Claim Number: 10306<br>Claim Date: 12/09/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $8,250.00 | UNLIQ |
| GREEN, LEESA K<br>ADDRESS ON FILE | | Claim Number: 10307<br>Claim Date: 12/09/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $1,436.85 | |

KHWAJA, MOHAMMAD ABBAS
ADDRESS ON FILE

Claim Number: 10308
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

THUMAR, BALU
ADDRESS ON FILE

Claim Number: 10309
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
Claim out of balance

| | | |
|---|---|---|
| SECURED | Claimed: | $22,000.00 |
| TOTAL | Claimed: | $2,200.00 |

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10310
Claim Date: 12/09/2024
Debtor: TUPPERWARE U.S., INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $37,960.15 |

LUKCHIS, MATTHEW
ADDRESS ON FILE

Claim Number: 10311
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10312
Claim Date: 12/09/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $115,700.00 |

| | | |
|---|---|---|
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 10313<br>Claim Date: 12/09/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| SECURED | Claimed: | $9,943.11 |
| AMATO, MELISSA<br>ADDRESS ON FILE | | Claim Number: 10314<br>Claim Date: 12/09/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 10315<br>Claim Date: 12/09/2024<br>Debtor: TUPPERWARE U.S., INC. |
| UNSECURED | Claimed: | $97,215.00 |
| EFFENDI, HELEN<br>ADDRESS ON FILE | | Claim Number: 10317<br>Claim Date: 12/09/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION<br>Comments: POSSIBLY AMENDED BY 10509 |
| UNSECURED | Claimed: | $55,277.00 |
| TUPPERWARE FRANCE SA<br>HQ GARE DE RUEIL<br>IMMEUBLES LES PASSERELLES<br>104 AVE ALBERT 1ER<br>RUEIL MALMAISON 92500,<br>FRANCE | | Claim Number: 10318<br>Claim Date: 12/10/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $66,953,174.07 |

| | | |
|---|---|---|
| TUPPERWARE FRANCE SA<br>HQ GARE DE RUEIL<br>IMMEUBLES LES PASSERELLES<br>104 AVE ALBERT 1ER<br>RUEIL MALMAISON 92500,<br>FRANCE | | Claim Number: 10319<br>Claim Date: 12/10/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $673,282.42 |
| TUPPERWARE FRANCE SA<br>HQ GARE DE RUEIL<br>IMMEUBLES LES PASSERELLES<br>104 AVE ALBERT 1ER<br>RUEIL MALMAISON 92500,<br>FRANCE | | Claim Number: 10320<br>Claim Date: 12/10/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $677,352.05 |
| MICHAU, ESTELLE TRUDI<br>ADDRESS ON FILE | | Claim Number: 10321<br>Claim Date: 12/10/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $22,036.28 |
| TUPPERWARE FRANCE SA<br>HQ GARE DE RUEIL<br>IMMEUBLES LES PASSERELLES<br>104 AVE ALBERT 1ER<br>RUEIL MALMAISON 92500,<br>FRANCE | | Claim Number: 10323<br>Claim Date: 12/10/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $2,589,948.26 |
| TUPPERWARE FRANCE SA<br>HQ GARE DE RUEIL<br>IMMEUBLES LES PASSERELLES<br>104 AVE ALBERT 1ER<br>RUEIL MALMAISON 92500,<br>FRANCE | | Claim Number: 10324<br>Claim Date: 12/10/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $1,685,673.44 |

TAMARA S KAYSER & JEFFREY KAYSER JT TEN
ADDRESS ON FILE

Claim Number: 10325
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

TUPPERWARE FRANCE SA
HQ GARE DE RUEIL
IMMEUBLES LES PASSERELLES
104 AVE ALBERT 1ER
RUEIL MALMAISON 92500,
FRANCE

Claim Number: 10326
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $2,901,599.95

TUPPERWARE FRANCE SA
HQ GARE DE RUEIL
IMMEUBLES LES PASSERELLES
104 AVE ALBERT 1ER
RUEIL MALMAISON 92500,
FRANCE

Claim Number: 10327
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $53,706.85

DOS SANTOS D'AVILA, ANA PAULA
ADDRESS ON FILE

Claim Number: 10329
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $73,147.00

CHERNY, ROBERT
ADDRESS ON FILE

Claim Number: 10332
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

PRIORITY Claimed: $401.04

PESTALOZZI ATTORNEYS AT LAW LTD
ADDRESS ON FILE
Claim Number: 10336
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $5,569.16 UNLIQ

MOORE, SAMUEL SIMON
ADDRESS ON FILE
Claim Number: 10337
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $7.65

WICK, KENTON
ADDRESS ON FILE
Claim Number: 10340
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

SHEPLIN, JOAN
ADDRESS ON FILE
Claim Number: 10345
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

HAYNES, DAVID K
ADDRESS ON FILE
Claim Number: 10346
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10347
Claim Date: 12/10/2024
Debtor: TUPPERWARE U.S., INC.

UNSECURED Claimed: $196,404.00

PORPORA, SUSAN L
ADDRESS ON FILE
Claim Number: 10348
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $9,787.02

ALLIED UNIVERSAL SECURITY SERVICES
ATTN MICHAEL DIPILATO
1395 UNIVERSITY BLVD
JUPITER, FL 33458
Claim Number: 10349
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $84,181.15

DEPNER, STEVEN J
ADDRESS ON FILE
Claim Number: 10350
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $41,708.84

PATEL, PURUSHOTTAMDAS AND MELODY
ADDRESS ON FILE
Claim Number: 10351
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,350.00

NOVEY, DENISE
ADDRESS ON FILE

Claim Number: 10352
Claim Date: 12/10/2024
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $25,006.44

ANDREW, BRIAN C
ADDRESS ON FILE

Claim Number: 10353
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $3,881.20 UNLIQ

SWANEPOEL, PIETER
ADDRESS ON FILE

Claim Number: 10354
Claim Date: 12/10/2024
Debtor: TUPPERWARE U.S., INC.

UNSECURED Claimed: $27,892.74

SWANEPOEL, PIETER
ADDRESS ON FILE

Claim Number: 10355
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $16,000.00

SWANEPOEL, PIETER
ADDRESS ON FILE

Claim Number: 10356
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $200,000.00

SWANEPOEL, PIETER
ADDRESS ON FILE
Claim Number: 10357
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $63,333.33

CURTIS, CATHERINE S
ADDRESS ON FILE
Claim Number: 10358
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $94,429.44

BROWN, DANIEL
ADDRESS ON FILE
Claim Number: 10359
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

KUMAR, RAVI
ADDRESS ON FILE
Claim Number: 10360
Claim Date: 12/10/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $99,266.00

CHATTERJEE, SHYAMAL
ADDRESS ON FILE
Claim Number: 10361
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

JANG, JOHN
ADDRESS ON FILE

Claim Number: 10367
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $728.75

RISTIC & MALESEVIC DOO
MAKEDONSKA 32
BELGRADE 11000,
SERBIA

Claim Number: 10368
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,040.00

RISTIC & MALESEVIC DOO
MAKEDONSKA 32
BELGRADE 11000,
SERBIA

Claim Number: 10369
Claim Date: 12/11/2024
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $2,510.00 Scheduled: $3,550.00

INTTL ADVOCARE
EXPRESS TRADE TOWER, PLOT NO B-36
1ST FLOOR SECTOR 132
NOIDA UP 201304,
INDIA

Claim Number: 10371
Claim Date: 12/11/2024
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $15,314.51 Scheduled: $15,109.51

UPTEGRAPH, PAMELA
ADDRESS ON FILE

Claim Number: 10373
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

ADMINISTRATIVE Claimed: $13.24 UNLIQ

DUKE ENERGY FLORIDA
C/O HAYNSWORTH SINKLER BOYD PA
ATTN MARY M CASKEY, ESQ
PO BOX 11889
COLUMBIA, SC 29211

Claim Number: 10374
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $104,686.66

THOMAS, JOYCELYN WILLIAMS
ADDRESS ON FILE

Claim Number: 10376
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

ANTWI-BOASIAKO, GEORGE
ADDRESS ON FILE

Claim Number: 10379
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

INCORPORATING SERVICES LTD
3500 S DUPONT HWY
DOVER, DE 19901

Claim Number: 10380
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,743.79 Scheduled: $990.00

JAIN, NOOPUR
ADDRESS ON FILE

Claim Number: 10381
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $20,000.00

| | | | |
|---|---|---|---|
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 10382<br>Claim Date: 12/11/2024<br>Debtor: TUPPERWARE U.S., INC. | |
| PRIORITY | Claimed: | $166,428.22 | |
| CHRISTIANSEN, JACOB<br>ADDRESS ON FILE | | Claim Number: 10383<br>Claim Date: 12/11/2024<br>Debtor: TUPPERWARE U.S., INC. | |
| UNSECURED | Claimed: | $6,600.00 | UNLIQ |
| PHOENIX HEMINGWAY INDUSTRIAL INVESTORS<br>ATTN DAVID M MARKS AND LEGAL DEPARTMENT<br>401 E KILBURN AVE, STE 201<br>MILWAUKEE, WI 53202 | | Claim Number: 10384<br>Claim Date: 12/11/2024<br>Debtor: TUPPERWARE U.S., INC. | |
| UNSECURED | Claimed: | $0.00 | UNDET |
| LOVEGREEN, GARY<br>ADDRESS ON FILE | | Claim Number: 10385<br>Claim Date: 12/11/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $609,322.11 | |
| WARREN, WILLIAM<br>ADDRESS ON FILE | | Claim Number: 10388<br>Claim Date: 12/11/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $0.00 | UNDET |

WHEELS LT
C/O K&L GATES LLP
ATTN DAVID S CATUOGNO
ONE NEWARK CTR, 10TH FL
NEWARK, NJ 07102

Claim Number: 10389
Claim Date: 12/11/2024
Debtor: TUPPERWARE U.S., INC.

UNSECURED Claimed: $0.00 UNDET

---

MAINTENANCE ASSISTANCE PROGRAMS LLC
C/O K&L GATES LLP
ATTN DAVID S CATUOGNO
ONE NEWARK CTR, 10TH FL
NEWARK, NJ 07102

Claim Number: 10390
Claim Date: 12/11/2024
Debtor: TUPPERWARE U.S., INC.

UNSECURED Claimed: $0.00 UNDET

---

WEST, ANNELIESE
ADDRESS ON FILE

Claim Number: 10391
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

---

SONI, JIT S
ADDRESS ON FILE

Claim Number: 10393
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $8,117.04

---

PRESTON, LESLIE
ADDRESS ON FILE

Claim Number: 10394
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $399.00

---

FRANCHINI, ROBERT J
ADDRESS ON FILE

Claim Number: 10395
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,414.00 |

HOUSER, JASSEN
ADDRESS ON FILE

Claim Number: 10396
Claim Date: 12/11/2024
Debtor: DART INDUSTRIES INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $15,150.00 |
| UNSECURED | Claimed: | $61,640.55 |

BLUMENKRANZ, MICHAEL
ADDRESS ON FILE

Claim Number: 10397
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,466.40 |

ORACLE AMERICA SII TO DEMANTRA/JDEDWARDS
C/O BUCHALTER PC
ATTN SHAWN M CHRISTIANSON, ESQ
425 MARKET ST, STE 2900
SAN FRANCISCO, CA 94105

Claim Number: 10398
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $308,118.57 |

ORACLE AMERICA SII TO DEMANTRA/JDEDWARDS
C/O BUCHALTER PC
ATTN SHAWN M CHRISTIANSON, ESQ
425 MARKET ST, STE 2900
SAN FRANCISCO, CA 94105

Claim Number: 10399
Claim Date: 12/11/2024
Debtor: TUPPERWARE U.S., INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $308,118.57 |

| | | | |
|---|---|---|---|
| MCCLUNG, HARLEY AND JUDITH<br>ADDRESS ON FILE | | Claim Number: 10400<br>Claim Date: 12/11/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $0.00 | UNDET |
| BLOCKI, CARLY<br>ADDRESS ON FILE | | Claim Number: 10401<br>Claim Date: 12/11/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $146.18 | |
| FLEMING, BRIDGETTE<br>ADDRESS ON FILE | | Claim Number: 10402<br>Claim Date: 12/11/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $0.00 | UNDET |
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 10403<br>Claim Date: 12/11/2024<br>Debtor: TUPPERWARE U.S., INC.<br>Comments: WITHDRAWN<br>DOCKET: 606 (03/31/2025) | |
| UNSECURED | Claimed: | $58,173.67 | |
| CHEN, YANNA<br>ADDRESS ON FILE | | Claim Number: 10404<br>Claim Date: 12/11/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $1,302.00 | UNLIQ |

DOSTAL, TROY
ADDRESS ON FILE

Claim Number: 10405
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $2,175.00

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10406
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

MCGLYNN, NICOLE SCOLA
ADDRESS ON FILE

Claim Number: 10407
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $51.00

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10408
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $35,000.00

CHUNG, KARA
ADDRESS ON FILE

Claim Number: 10410
Claim Date: 12/11/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $3,000.00

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10412
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION

PRIORITY Claimed: $3,088.00

DUKE ENERGY PROGRESS LLC
C/O HAYNSWORTH SINKLER BOYD PA
ATTN MARY M CASKEY, ESQ
PO BOX 11889
COLUMBIA, SC 29211
Claim Number: 10413
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $242,927.23

ODLAND, DAVID
ADDRESS ON FILE
Claim Number: 10415
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

STROHBEHN, BRANDON
ADDRESS ON FILE
Claim Number: 10416
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10419
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $5,395.76 UNLIQ

| | | | | |
|---|---|---|---|---|
| TUPPERWARE PORTUGAL ARTIGOS DOMÉSTICOS<br>ATTN JOAO DE SOUSA<br>AVENIDA DA REPUBLICA, 83, 6º, 1050-243<br>LISBOA 1050-243,<br>PORTUGAL | | Claim Number: 10420<br>Claim Date: 12/12/2024<br>Debtor: DART INDUSTRIES INC. | | |
| UNSECURED | Claimed: | $17,724,534.93 UNLIQ | | |
| TYCHKOWSKY, KERI<br>ADDRESS ON FILE | | Claim Number: 10422<br>Claim Date: 12/12/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | | |
| PRIORITY | Claimed: | $2,005.00 | | |
| LIVESAY, J R, II<br>ADDRESS ON FILE | | Claim Number: 10423<br>Claim Date: 12/12/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 10424<br>Claim Date: 12/12/2024<br>Debtor: TUPPERWARE U.S., INC. | | |
| UNSECURED | Claimed: | $104,913.00 | | |
| BUFETE SONI SC<br>PASEO DE LOS TAMARINDOS 400-B PISO 21<br>BOSQUES DE LAS LOMAS, CUAJIMALPA<br>CIUDAD DE MEXICO 05120,<br>MEXICO | | Claim Number: 10425<br>Claim Date: 12/12/2024<br>Debtor: DART INDUSTRIES INC. | | |
| UNSECURED | Claimed: | $20,759.00 | Scheduled: | $21,523.00 |

BADER, AMY
ADDRESS ON FILE

Claim Number: 10426
Claim Date: 12/12/2024
Debtor: DART INDUSTRIES INC.
Comments: POSSIBLY AMENDED BY 10492

PRIORITY Claimed: $114,072.00

BADER, AMY
ADDRESS ON FILE

Claim Number: 10427
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 10491

PRIORITY Claimed: $30,004.00

BUFETE SONI SC
PASEO DE LOS TAMARINDOS 400-B PISO 21
BOSQUES DE LAS LOMAS, CUAJIMALPA
CIUDAD DE MEXICO 05120,
MEXICO

Claim Number: 10429
Claim Date: 12/12/2024
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $9,645.00

PATTERSON, DAVID
ADDRESS ON FILE

Claim Number: 10430
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $250.00

FETNER, BEVERLY B
ADDRESS ON FILE

Claim Number: 10431
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

FETNER, BEVERLY B AND JOHN WALD
ADDRESS ON FILE

Claim Number: 10432
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

TOHO WATER AUTHORITY
951 MARTIN LUTHER KING BLVD
KISSIMMEE, FL 34741

Claim Number: 10433
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $20,079.34 | |

HAYNES, RICKY
ADDRESS ON FILE

Claim Number: 10434
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,229.00 | UNLIQ |

WIER, SHAWN
ADDRESS ON FILE

Claim Number: 10435
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.74 | UNLIQ |

IRON MOUNTAIN INFORMATION MANAGEMENT LLC
1101 ENTERPRISE DR
ROYERSFORD, PA 19468

Claim Number: 10436
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: DOCKET: 700 (05/09/2025)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $17,779.00 | UNLIQ |
| UNSECURED | Claimed: | $59,550.07 | UNLIQ |

HAXTHAUSEN, LINDA PENNY
ADDRESS ON FILE
Claim Number: 10437
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $5,046.64

MCALLISTER, DONALD
ADDRESS ON FILE
Claim Number: 10438
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 10485

SECURED Claimed: $0.00 UNDET

GLASER, DENNIS AND SHIRLEY
ADDRESS ON FILE
Claim Number: 10439
Claim Date: 12/12/2024
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $0.00 UNDET Scheduled: $0.00 UNLIQ

BECOS, WILLIAM AND CAROLE
ADDRESS ON FILE
Claim Number: 10440
Claim Date: 12/12/2024
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $0.00 UNDET Scheduled: $0.00 UNLIQ

STEINBACH, MARTHA
ADDRESS ON FILE
Claim Number: 10441
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: WITHDRAWN
DOCKET: 605 (03/31/2025)

UNSECURED Claimed: $25,625.16

OTENG-BAAH, FRANK
ADDRESS ON FILE

Claim Number: 10442
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10443
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

THAKUR, RANJIT
ADDRESS ON FILE

Claim Number: 10444
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION

ADMINISTRATIVE Claimed: $22,099.60

WEATE, KIMBERLY
ADDRESS ON FILE

Claim Number: 10445
Claim Date: 12/12/2024
Debtor: DART INDUSTRIES INC.
Comments: POSSIBLY AMENDED BY 10497

PRIORITY Claimed: $154,194.00

TY, FREDERICK
ADDRESS ON FILE

Claim Number: 10446
Claim Date: 12/12/2024
Debtor: DART INDUSTRIES INC.
Comments: POSSIBLY AMENDED BY 10488

PRIORITY Claimed: $172,438.20 UNLIQ

CHUNG, MEI LAN
ADDRESS ON FILE

Claim Number: 10447
Claim Date: 12/12/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $2,063.08

SKRINE
LEVEL 8, WISMA UOA DAMANSARA
50, JALAN DUNGUN, DAMANSARA HEIGHTS
KUALA LUMPUR 50490,
MALAYSIA

Claim Number: 10448
Claim Date: 12/13/2024
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $7,289.16 Scheduled: $4,315.41

ITZHAK, LIOR
ADDRESS ON FILE

Claim Number: 10449
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

ROSS, TAYLOR
ADDRESS ON FILE

Claim Number: 10450
Claim Date: 12/13/2024
Debtor: DART INDUSTRIES INC.

PRIORITY Claimed: $475,000.00 UNLIQ

CASTILLO, ANAYENSSI
ADDRESS ON FILE

Claim Number: 10451
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION

ADMINISTRATIVE Claimed: $2,085.00 UNLIQ

MIZZELL, RUTH F
ADDRESS ON FILE
Claim Number: 10452
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

CURIEL, PEDRO
ADDRESS ON FILE
Claim Number: 10453
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,947.60

TUPPERWARE PRODUCTS AG
ATTN DANIEL HAUSWIRTH & ROQUE ROMERO
D4 BUSINESS VILLAGE, ROOT D4
Z1 SQUARE ONE, PLATZ LA
LUZERN 6039,
SWITZERLAND
Claim Number: 10455
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $218,549,242.51

TUPPERWARE PRODUCTS AG
ATTN DANIEL HAUSWIRTH & ROQUE ROMERO
D4 BUSINESS VILLAGE, Z1 SQUARE ONE
PLATZ 1A, ROOT D4
LUZERN 6039,
SWITZERLAND
Claim Number: 10456
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $5,416,081.51

TUPPERWARE NORDIC APS
C/O FERDINAND KONTORHOTEL
RAHBEKS ALLE 21
FREDERIKSBERG C, 1801
DENMARK
Claim Number: 10457
Claim Date: 12/13/2024
Debtor: DART INDUSTRIES INC.
Comments: POSSIBLY AMENDED BY 10477

UNSECURED Claimed: $10,249,590.97

TUPPERWARE BELGIUM NV
WIJNGAARDVELD 17
AALST, 9300
BELGIUM

Claim Number: 10458
Claim Date: 12/13/2024
Debtor: TUPPERWARE PRODUCTS, INC.

UNSECURED Claimed: $643,892.90 UNLIQ

WILSON, KELLY J
ADDRESS ON FILE

Claim Number: 10459
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

TUPPERWARE HELLAS SAC
4 AKADIMIAS STREET
ATHENS 10671,
GREECE

Claim Number: 10461
Claim Date: 12/13/2024
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $463,336.67

TUPPERWARE ÖSTERREICH GMBH
ERLAAER STRAßE 165
WIEN 1230,
AUSTRIA

Claim Number: 10462
Claim Date: 12/13/2024
Debtor: TUPPERWARE INTERNATIONAL HOLDINGS CORPORATION
Comments: POSSIBLY AMENDED BY 10467

UNSECURED Claimed: $3,172,142.79

TUPPERWARE PRODUCTS AG
ATTN DANIEL HAUSWIRTH & ROQUE ROMERO
D4 BUSINESS VILLAGE, ROOT D4
Z1 SQUARE ONE, PLATZ 1A
LUZERN 6039,
SWITZERLAND

Claim Number: 10463
Claim Date: 12/13/2024
Debtor: TUPPERWARE U.S., INC.

UNSECURED Claimed: $3,609,618.00 Scheduled: $5,021,498.97

| | | |
|---|---|---|
| TUPPERWARE PRODUCTS AG<br>ATTN DANIEL HAUSWIRTH & ROQUE ROMERO<br>D4 BUSINESS VILLAGE, ROOT D4<br>Z1 SQUARE ONE, PLATZ 1A<br>LUZERN 6039,<br>SWITZERLAND | | Claim Number: 10464<br>Claim Date: 12/13/2024<br>Debtor: TUPPERWARE PRODUCTS, INC. |
| UNSECURED | Claimed: | $6,629,404.00 |
| BUSINESS CENTRE NUSA MEGAH KHATULISTIWA<br>JALAN TANJUNG PURA NO 36<br>PONTIANAK W KALIMANTAN 78115<br><br>INDONESIA | | Claim Number: 10465<br>Claim Date: 12/13/2024<br>Debtor: TUPPERWARE PRODUCTS, INC. |
| UNSECURED | Claimed: | $2,700,000.00 UNLIQ |
| THAYER, JAMES<br>ADDRESS ON FILE | | Claim Number: 10466<br>Claim Date: 12/13/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $0.00 UNDET |
| TUPPERWARE ÖSTERREICH GMBH<br>ERLAAER STRAßE 165<br>WIEN 1230,<br>AUSTRIA | | Claim Number: 10467<br>Claim Date: 12/13/2024<br>Debtor: TUPPERWARE INTERNATIONAL HOLDINGS CORPORATION<br>Comments:<br>AMENDS CLAIM #10462 |
| UNSECURED | Claimed: | $3,172,142.79 |
| TUPPERWARE POLSKA SP Z O O<br>ATTN DARIUSZ JAN BETKOWSKI<br>IGLASTA 1 / 2<br>MAGDALENKA 05-506,<br>POLAND | | Claim Number: 10468<br>Claim Date: 12/13/2024<br>Debtor: DART INDUSTRIES INC. |
| UNSECURED | Claimed: | $11,281.28 |

MICHAEL J DENNEHY ET AL
ADDRESS ON FILE

Claim Number: 10469
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

TUPPERWARE DEUTSCHLAND GMBH
PRAUNHEIMER LANDSTRASSE 70
FRANKFURT 60488,
GERMANY

Claim Number: 10470
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 10518

UNSECURED Claimed: $38,253,398.00

BUCKLEY, RHAE E
ADDRESS ON FILE

Claim Number: 10472
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

TUPPERWARE POLSKA SP Z O O
ATTN DARIUSZ BETKOWSKI
IGLASTA 1 / 2
MAGDALENKA 05-506,
POLAND

Claim Number: 10473
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 10474

UNSECURED Claimed: $9,260,410.15

TUPPERWARE POLSKA SP Z O O
ATTN DARIUSZ BETKOWSKI
IGLASTA 1 / 2
MAGDALENKA 05-506,
POLAND

Claim Number: 10474
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10473

UNSECURED Claimed: $9,260,410.15

| Creditor | | Claim Information |
|---|---|---|
| IACOVOU, CHARALAMBOS<br>ADDRESS ON FILE | | Claim Number: 10475<br>Claim Date: 12/13/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $0.00 UNDET |
| TUPPERWARE NORDIC APS<br>C/O FERDINAND KONTORHOTEL<br>RAHBEKS ALLE 21<br>FREDERIKSBERG 1805,<br>DENMARK | | Claim Number: 10476<br>Claim Date: 12/13/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $6,968,587.11 |
| TUPPERWARE NORDIC APS<br>C/O FERDINAND KONTORHOTEL<br>RAHBEKS ALLE 21<br>FREDERIKSBERG 1801,<br>DENMARK | | Claim Number: 10477<br>Claim Date: 12/13/2024<br>Debtor: DART INDUSTRIES INC.<br>Comments:<br>AMENDS CLAIM #10457 |
| UNSECURED | Claimed: | $10,249,590.97 |
| JPMORGAN CHASE BANK NA<br>ATTN ADAM SMITH<br>383 MADISON AVE, 24TH FL<br>NEW YORK, NY 10179-0001 | | Claim Number: 10479<br>Claim Date: 12/13/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| SECURED | Claimed: | $110,604.51 |
| JPMORGAN CHASE BANK NA<br>ATTN ADAM SMITH<br>383 MADISON AVE, 24TH FL<br>NEW YORK, NY 10179-0001 | | Claim Number: 10480<br>Claim Date: 12/13/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| SECURED | Claimed: | $2,500,000.00 |

| | | | |
|---|---|---|---|
| JPMORGAN CHASE BANK NA<br>ATTN ADAM SMITH<br>383 MADISON AVE, 24TH FL<br>NEW YORK, NY 10179-0001 | | Claim Number: 10481<br>Claim Date: 12/13/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| SECURED | Claimed: | $302,000.00 | |
| JPMORGAN CHASE BANK NA<br>ATTN ADAM SMITH<br>383 MADISON AVE, 24TH FL<br>NEW YORK, NY 10179-0001 | | Claim Number: 10482<br>Claim Date: 12/13/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| SECURED | Claimed: | $1,000,000.00 | |
| JPMORGAN CHASE BANK NA<br>ATTN ADAM SMITH<br>383 MADISON AVE, 24TH FL<br>NEW YORK, NY 10179-0001 | | Claim Number: 10483<br>Claim Date: 12/13/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| SECURED | Claimed: | $70,000.00 | |
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 10484<br>Claim Date: 12/13/2024<br>Debtor: TUPPERWARE U.S., INC. | |
| UNSECURED | Claimed: | $69,490.00 | |
| MCALLISTER, DONALD<br>ADDRESS ON FILE | | Claim Number: 10485<br>Claim Date: 12/13/2024<br>Debtor: TUPPERWARE BRANDS CORPORATION<br>Comments: POSSIBLY AMENDED BY 10499<br>AMENDS CLAIM #10438 | |
| SECURED | Claimed: | $0.00 | UNDET |

BOLINT, TERRI
ADDRESS ON FILE

Claim Number: 10486
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $10,914.95

---

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10487
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $144,000.00

---

TY, FREDERICK
ADDRESS ON FILE

Claim Number: 10488
Claim Date: 12/13/2024
Debtor: DART INDUSTRIES INC.
Comments: POSSIBLY AMENDED BY 10525
AMENDS CLAIM #10446

PRIORITY Claimed: $172,438.20 UNLIQ

---

GORDON, ROBERT
ADDRESS ON FILE

Claim Number: 10489
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,750.39

---

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10490
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $3,637.00

---

BADER, AMY
ADDRESS ON FILE

Claim Number: 10491
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10427

| | | |
|---|---|---|
| PRIORITY | Claimed: | $30,004.00 |

BADER, AMY
ADDRESS ON FILE

Claim Number: 10492
Claim Date: 12/13/2024
Debtor: DART INDUSTRIES INC.
Comments:
AMENDS CLAIM #10426

| | | |
|---|---|---|
| PRIORITY | Claimed: | $60,840.00 |

BADER, AMY
ADDRESS ON FILE

Claim Number: 10493
Claim Date: 12/13/2024
Debtor: DART INDUSTRIES INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $45,000.00 |

BADER, AMY
ADDRESS ON FILE

Claim Number: 10494
Claim Date: 12/13/2024
Debtor: DART INDUSTRIES INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 |
| PRIORITY | Claimed: | $8,232.00 |

ACE PROPERTY AND CASUALTY INSURANCE CO
C/O CHUBB
436 WALNUT ST, WA04K
PHILADELPHIA, PA 19106

Claim Number: 10495
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,689.63 |

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10496
Claim Date: 12/13/2024
Debtor: TUPPERWARE U.S., INC.
Comments: POSSIBLY AMENDED BY 10677

SECURED Claimed: $163,851.00

WEATE, KIMBERLY
ADDRESS ON FILE
Claim Number: 10497
Claim Date: 12/13/2024
Debtor: DART INDUSTRIES INC.
Comments:
AMENDS CLAIM #10445

PRIORITY Claimed: $172,296.00

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10498
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $88,452.00 UNLIQ

MCALLISTER, DONALD
ADDRESS ON FILE
Claim Number: 10499
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10485

SECURED Claimed: $0.00 UNDET

JENKON (JIA INC)
201 NE PARK PLZ DR, STE 220
VANCOUVER, WA 98684
Claim Number: 10500
Claim Date: 12/13/2024
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $194,807.32 Scheduled: $178,278.69

TY, FREDERICK
ADDRESS ON FILE

Claim Number: 10501
Claim Date: 12/13/2024
Debtor: DART INDUSTRIES INC.
Comments: POSSIBLY AMENDED BY 10523

PRIORITY Claimed: $26,667.00 UNLIQ

KOGER, JODY
ADDRESS ON FILE

Claim Number: 10502
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 10503

UNSECURED Claimed: $45,000.00

KOGER, JODY
ADDRESS ON FILE

Claim Number: 10503
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10502

UNSECURED Claimed: $45,000.00

KOGER, JODY
ADDRESS ON FILE

Claim Number: 10504
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION

SECURED Claimed: $0.00 UNDET

VECCHIO, JOHN T
ADDRESS ON FILE

Claim Number: 10505
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 10511

UNSECURED Claimed: $3,027.44

PT BUMIMULIA INDAH LESTARI
JL JABABEKA XVI KAV V
NO 65 A, CIKARANG
BEKASI ID 17530,
INDONESIA

Claim Number: 10506
Claim Date: 12/13/2024
Debtor: TUPPERWARE PRODUCTS, INC.
Comments: POSSIBLY AMENDED BY 10515

UNSECURED Claimed: $283,347.00 UNLIQ

---

VECCHIO, CAROLYN
ADDRESS ON FILE

Claim Number: 10507
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 10510

UNSECURED Claimed: $0.00 UNDET

---

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10508
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $47,090.59

---

EFFENDI, HELEN
ADDRESS ON FILE

Claim Number: 10509
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10317

UNSECURED Claimed: $55,277.00

---

VECCHIO, CAROLYN
ADDRESS ON FILE

Claim Number: 10510
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10507

UNSECURED Claimed: $1,247.00

---

VECCHIO, JOHN T
ADDRESS ON FILE

Claim Number: 10511
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10505

UNSECURED Claimed: $3,027.44

VECCHIO, CAROLYN
ADDRESS ON FILE

Claim Number: 10512
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10507

UNSECURED Claimed: $1,247.00

HAN, JUNG WOO
ADDRESS ON FILE

Claim Number: 10513
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION

SECURED Claimed: $0.00 UNDET

CLEM, BRIAN DAVID
ADDRESS ON FILE

Claim Number: 10514
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

PT BUMIMULIA INDAH LESTARI
JL JABABEKA XVI KAV V
NO 65 A, CIKARANG
BEKASI ID 17530,
INDONESIA

Claim Number: 10515
Claim Date: 12/13/2024
Debtor: TUPPERWARE PRODUCTS, INC.
Comments:
AMENDS CLAIM #10506

UNSECURED Claimed: $283,347.00 UNLIQ

PETTY, RACHEL
ADDRESS ON FILE

Claim Number: 10516
Claim Date: 12/13/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10517
Claim Date: 12/15/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

TUPPERWARE DEUTSCHLAND GMBH
PRAUNHEIMER LANDSTRASSE 70
FRANKFURT 60488,
GERMANY

Claim Number: 10518
Claim Date: 12/15/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10470

UNSECURED Claimed: $38,253,398.00

INCOPLAS NV
TER HULPENSESTEENWEG 181 BUS 16
(WATERMAAL - BOSVOORDE)
BRUSSEL EE 1170,
BELGIUM

Claim Number: 10519
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET Scheduled: $56,680.62

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTN FRANK B B KNOWLTON
1320 MAIN ST, 17TH FL
COLUMBIA, SC 29201

Claim Number: 10520
Claim Date: 12/16/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $8,002.00

DRUMMOND, BRIAN
ADDRESS ON FILE

Claim Number: 10521
Claim Date: 12/17/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $4,616.66

TY, FREDERICK
ADDRESS ON FILE

Claim Number: 10522
Claim Date: 12/17/2024
Debtor: DART INDUSTRIES INC.
Comments:
AMENDS CLAIM #10446

PRIORITY Claimed: $172,438.20

TY, FREDERICK
ADDRESS ON FILE

Claim Number: 10523
Claim Date: 12/17/2024
Debtor: DART INDUSTRIES INC.
Comments:
AMENDS CLAIM #10501

PRIORITY Claimed: $26,667.00

LANCOS, PAUL
ADDRESS ON FILE

Claim Number: 10524
Claim Date: 12/17/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 10528

PRIORITY Claimed: $273,000.00

TY, FREDERICK
ADDRESS ON FILE

Claim Number: 10525
Claim Date: 12/17/2024
Debtor: DART INDUSTRIES INC.
Comments:
AMENDS CLAIM #10488

PRIORITY Claimed: $172,438.20

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10526
Claim Date: 12/17/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $121,021.00 UNLIQ

COLE, JAMES DANIEL
ADDRESS ON FILE
Claim Number: 10527
Claim Date: 12/17/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $328.00

LANCOS, PAUL
ADDRESS ON FILE
Claim Number: 10528
Claim Date: 12/17/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10524

PRIORITY Claimed: $273,000.00

MARIA MERIANO AND MOHAMED MEKALLACH
ADDRESS ON FILE
Claim Number: 10529
Claim Date: 12/17/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

SOLUTIONS
8 RUE DES BAS ROGERS
PUTEAUX FR 92800,
FRANCE
Claim Number: 10530
Claim Date: 12/18/2024
Debtor: TUPPERWARE PRODUCTS AG

UNSECURED Claimed: $23,673.00 Scheduled: $16,799.72

SWAFFORD, GILBERT T
ADDRESS ON FILE

Claim Number: 10531
Claim Date: 12/18/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $64.25

TASKER, STEPHEN
ADDRESS ON FILE

Claim Number: 10532
Claim Date: 12/18/2024
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $25,800.00

STRESING, ADAM
ADDRESS ON FILE

Claim Number: 10533
Claim Date: 12/18/2024
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10534
Claim Date: 12/19/2024
Debtor: TUPPERWARE U.S., INC.

SECURED Claimed: $249,526.00

BUREAU VERITAS SWITZERLAND AG
GROSSÄCHERSTRASSE 25
WEININGEN CH-8104,
SWITZERLAND

Claim Number: 10535
Claim Date: 12/19/2024
Debtor: TUPPERWARE PRODUCTS AG
Comments:
AMENDS CLAIM #10060

UNSECURED Claimed: $4,984.55

SPOOR AND FISHER
11 BYLS BRIDGE BOULEVARD
BUILDING NO 14, HIGHVELD EXT 73
CENTURION PRETORIA
ZA 0157,
SOUTH AFRICA
Claim Number: 10536
Claim Date: 12/20/2024
Debtor: DART INDUSTRIES INC.
UNSECURED Claimed: $6,533.00 Scheduled: $6,533.00

GOYAL, NIKUNJ
ADDRESS ON FILE
Claim Number: 10537
Claim Date: 12/23/2024
Debtor: TUPPERWARE BRANDS CORPORATION
UNSECURED Claimed: $55,005.50

MARKMONITOR INC
5335 GATE PKWY
JACKSONVILLE, FL 32256
Claim Number: 10538
Claim Date: 12/23/2024
Debtor: DART INDUSTRIES INC.
UNSECURED Claimed: $16,724.50

TRAINER, TROY
ADDRESS ON FILE
Claim Number: 10539
Claim Date: 12/23/2024
Debtor: TUPPERWARE BRANDS CORPORATION
UNSECURED Claimed: $0.00 UNDET

KRANICK, NANCY L
ADDRESS ON FILE
Claim Number: 10540
Claim Date: 12/27/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 10545
ADMINISTRATIVE Claimed: $0.00 UNDET

ADAMS, ESTHER
ADDRESS ON FILE

Claim Number: 10541
Claim Date: 12/28/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $553.00 | UNLIQ |

URSPRUNG, QUINN
ADDRESS ON FILE

Claim Number: 10543
Claim Date: 12/29/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

FORD, MONIQUE
ADDRESS ON FILE

Claim Number: 10544
Claim Date: 12/30/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNDET |

KRANICK, NANCY L
ADDRESS ON FILE

Claim Number: 10545
Claim Date: 12/30/2024
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10540

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

HANNA, JACK A
ADDRESS ON FILE

Claim Number: 10546
Claim Date: 12/30/2024
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,936.80 | |

SHAH, KUNAL
ADDRESS ON FILE
Claim Number: 10547
Claim Date: 01/03/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $53,123.41 | |

GENZOLI, ERIC
ADDRESS ON FILE
Claim Number: 10548
Claim Date: 01/03/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $14,000.00 | UNLIQ |

CAMP, JOSEPH
ADDRESS ON FILE
Claim Number: 10549
Claim Date: 01/05/2025
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10205

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $16,539.26 | |

BRUNK, CHRISTOPHER
ADDRESS ON FILE
Claim Number: 10550
Claim Date: 01/05/2025
Debtor: DART INDUSTRIES INC.
Comments: POSSIBLY AMENDED BY 10551

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $8,779.53 | |

BRUNK, CHRISTOPHER
ADDRESS ON FILE
Claim Number: 10551
Claim Date: 01/06/2025
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10550

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $8,779.53 | UNLIQ |

WAKISAKA, CAROLINA SCIAMMARELLA
ADDRESS ON FILE

Claim Number: 10552
Claim Date: 01/07/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $74.32

DP PLAST
LOTNICZA 2
KWIDZYN 82500,
POLAND

Claim Number: 10553
Claim Date: 01/08/2025
Debtor: TUPPERWARE PRODUCTS, INC.
Comments:
AMENDS CLAIM #10059

UNSECURED Claimed: $364,564.26 UNLIQ Scheduled: $90,012.20

INVOLVE MANUFACTURING
567, RUE DE LA MODE - Z L DE LA MODE
IZERNORE 01580,
FRANCE

Claim Number: 10554
Claim Date: 01/08/2025
Debtor: TUPPERWARE PRODUCTS, INC.
Comments:
AMENDS CLAIM #10059

UNSECURED Claimed: $168,300.96 Scheduled: $70,281.51

FANG-LING, LIN
ADDRESS ON FILE

Claim Number: 10555
Claim Date: 01/08/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $817.72

BRASKEM AMERICA INC
ATTN LEGAL DEPT
1735 MARKET ST, 28TH FL, STE LL
PHILADELPHIA, PA 19103-7583

Claim Number: 10556
Claim Date: 01/08/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $6,678.57

| | | | | | |
|---|---|---|---|---|---|
| ZEHNDER, JED<br>ADDRESS ON FILE | | Claim Number: 10557<br>Claim Date: 01/09/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION<br>Comments: POSSIBLY AMENDED BY 10674 | | | |
| UNSECURED | Claimed: | $51,871.90 UNLIQ | | | |
| FLORIDA DEPARTMENT OF REVENUE<br>ATTN FREDERICK F RUDZIK, ESQ<br>PO BOX 6668<br>TALLAHASSEE, FL 32314 | | Claim Number: 10558<br>Claim Date: 01/09/2025<br>Debtor: DART INDUSTRIES INC.<br>Comments:<br>AMENDS CLAIM #10037 | | | |
| PRIORITY | Claimed: | $914.72 | | | |
| INTERPLX INC<br>7900 W 78TH ST, STE 300<br>EDINA, MN 55439 | | Claim Number: 10559<br>Claim Date: 01/09/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION | | | |
| ADMINISTRATIVE | Claimed: | $1,472.61 | | | |
| UNSECURED | | | | Scheduled: | $1,904.73 |
| MULTI-DRUCK GMBH & CO KG<br>SIEMENSSTRAßE 2<br>NEUSÄß BY 86356,<br>GERMANY | | Claim Number: 10560<br>Claim Date: 01/10/2025<br>Debtor: TUPPERWARE PRODUCTS AG | | | |
| ADMINISTRATIVE | Claimed: | $38,082.00 UNLIQ | | | |
| UNSECURED | | | | Scheduled: | $41,295.41 |
| INSPECT GROUP SRO<br>SMETANOVA 307/19<br>OLOMOUC 779 00,<br>CZECH REPUBLIC | | Claim Number: 10562<br>Claim Date: 01/10/2025<br>Debtor: PREMIERE PRODUCTS, INC. | | | |
| UNSECURED | Claimed: | $871.98 | | | |

MACKLIN, JOSHUA
ADDRESS ON FILE

Claim Number: 10563
Claim Date: 01/10/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

LIN, FANG HE
ADDRESS ON FILE

Claim Number: 10564
Claim Date: 01/10/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $240.40

LAUREL, JORGE
ADDRESS ON FILE

Claim Number: 10565
Claim Date: 01/11/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $527.00 UNLIQ

WALSH, BRIAN
ADDRESS ON FILE

Claim Number: 10566
Claim Date: 01/11/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

TAM, SIMON
ADDRESS ON FILE

Claim Number: 10567
Claim Date: 01/12/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $775.00 UNLIQ

MERIDIAN COMPENSATION PARTNERS LLC
100 S SAUNDERS RD, STE 250
LAKE FOREST, IL 60045

Claim Number: 10569
Claim Date: 01/13/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $31,911.00

DECKER, NICOLE
ADDRESS ON FILE

Claim Number: 10570
Claim Date: 01/13/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $38,150.00

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10572
Claim Date: 01/15/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $76,240.00

FAY, JOHN
ADDRESS ON FILE

Claim Number: 10573
Claim Date: 01/15/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $2,270.00

CORPORATION SERVICE COMPANY
251 LITTLE FALLS DR
WILMINGTON, DE 19808

Claim Number: 10574
Claim Date: 01/15/2025
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10018

UNSECURED Claimed: $9,274.69

| | | |
|---|---|---|
| LESNOJS, MIHAILS<br>ADDRESS ON FILE | | Claim Number: 10575<br>Claim Date: 01/15/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $849.70 |
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 10576<br>Claim Date: 01/16/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| PRIORITY | Claimed: | $15,897.48 |
| CVENT INC<br>ATTN GENERAL COUNSEL<br>1765 GREENSBORO STATION PL, STE 700<br>TYSON CORNER, VA 22102 | | Claim Number: 10577<br>Claim Date: 01/16/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $12,477.02 |
| JUNG, HENRY M<br>ADDRESS ON FILE | | Claim Number: 10578<br>Claim Date: 01/19/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $0.00 UNDET |
| YING, LIM AUN<br>ADDRESS ON FILE | | Claim Number: 10579<br>Claim Date: 01/20/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $0.00 UNDET |

TEKSYSTEMS INC
7437 RACE RD
HANOVER, MD 21076

Claim Number: 10580
Claim Date: 01/22/2025
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $3,400.00

DUNSMUIR, ROBERT WAYNE
ADDRESS ON FILE

Claim Number: 10581
Claim Date: 01/22/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $6,142.92

FRIESEN, JOHN
ADDRESS ON FILE

Claim Number: 10582
Claim Date: 01/22/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

WINTERS, JESSICA
ADDRESS ON FILE

Claim Number: 10583
Claim Date: 01/23/2025
Debtor: TUPPERWARE BRANDS CORPORATION

ADMINISTRATIVE Claimed: $155.05

AHLEFELD, DENNE
ADDRESS ON FILE

Claim Number: 10584
Claim Date: 01/23/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

AHLEFELD, GARY
ADDRESS ON FILE
Claim Number: 10585
Claim Date: 01/24/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

OUELLET, SOPHIE
ADDRESS ON FILE
Claim Number: 10586
Claim Date: 01/24/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,129.16 |

GIRARD, JULIE
ADDRESS ON FILE
Claim Number: 10587
Claim Date: 01/24/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,969.98 |

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10588
Claim Date: 01/24/2025
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,115.00 |
| SECURED | Claimed: | $11,115.00 |
| TOTAL | Claimed: | $1,111.15 |

ROGERS, ROBERT
ADDRESS ON FILE
Claim Number: 10589
Claim Date: 01/25/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

| | | | |
|---|---|---|---|
| SHARMA, ABHISHEK<br>ADDRESS ON FILE | | Claim Number: 10590<br>Claim Date: 01/27/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $4,688.71 | |
| STATE OF HAWAII<br>C/O DEPARTMENT OF TAXATION<br>ATTN BANKRUPTCY UNIT<br>PO BOX 259<br>HONOLULU, HI 96809-0259 | | Claim Number: 10591<br>Claim Date: 01/27/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $0.00 | UNDET |
| MASK, TANIA<br>ADDRESS ON FILE | | Claim Number: 10592<br>Claim Date: 01/28/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $25.02 | UNLIQ |
| WOODS, BAILEY M<br>ADDRESS ON FILE | | Claim Number: 10593<br>Claim Date: 01/28/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $1,498.57 | |
| NAME ON FILE<br>ADDRESS ON FILE | | Claim Number: 10594<br>Claim Date: 01/29/2025<br>Debtor: TUPPERWARE U.S., INC. | |
| PRIORITY | Claimed: | $4,464.00 | |

HENRY HUGHES IP LIMITED
PO BOX 356
WELLINGTON 6140,
NEW ZEALAND

Claim Number: 10595
Claim Date: 01/29/2025
Debtor: DART INDUSTRIES INC.
Comments: POSSIBLY AMENDED BY 10686

UNSECURED Claimed: $1,536.00

ROMINVENT SA
35 ERMIL PANGRATTI STREET, 1ST FLOOR,
SECTOR 1
BUCHAREST 011882,
ROMANIA

Claim Number: 10596
Claim Date: 01/30/2025
Debtor: DART INDUSTRIES INC.
Comments:
CLAIMED AMOUNT IS 400.00 EUR

UNSECURED Claimed: $0.00 UNLIQ

BARBARA C RAUCH CUST
ADDRESS ON FILE

Claim Number: 10597
Claim Date: 02/01/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

MUNUGALA, DEEPIKA
ADDRESS ON FILE

Claim Number: 10598
Claim Date: 02/02/2025
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 10599

UNSECURED Claimed: $10,782.00

MUNUGALA, DEEPIKA
ADDRESS ON FILE

Claim Number: 10599
Claim Date: 02/02/2025
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 10606
AMENDS CLAIM #10598

UNSECURED Claimed: $10,774.90

BELLONZI, JAMES L
ADDRESS ON FILE

Claim Number: 10600
Claim Date: 02/02/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,873.63 |

4LABELS IML DURABLE SRL
VIA GULIO RUBINI, 6
COMO CO 22100,
ITALY

Claim Number: 10601
Claim Date: 02/04/2025
Debtor: TUPPERWARE PRODUCTS AG

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $42,756.09 |

4LABELS IML DURABLE SRL
VIA GULIO RUBINI, 6
COMO CO 22100,
ITALY

Claim Number: 10602
Claim Date: 02/04/2025
Debtor: TUPPERWARE PRODUCTS AG

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $16,941.02 |
| UNSECURED | Claimed: | $21,428.61 |

4LABELS IML DURABLE SRL
VIA GULIO RUBINI, 6
COMO CO 22100,
ITALY

Claim Number: 10603
Claim Date: 02/04/2025
Debtor: TUPPERWARE PRODUCTS AG

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,873.64 |
| UNSECURED | Claimed: | $7,480.53 |

DISNEY CONSUMER PRODUCTS
ATTN STACI DE AMICIS
1180 CELEBRATION BLVD, STE 201
CELEBRATION, FL 34747

Claim Number: 10604
Claim Date: 02/04/2025
Debtor: TUPPERWARE U.S., INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $250,000.00 |

| | | | |
|---|---|---|---|
| GRAFITIME ARTES GRAFICAS UNIPESSOAL LDA<br>RUA JOAO DE DEUS N 9<br>VENDA NOVA<br>AMADORA 2700-486,<br>PORTUGAL | | Claim Number: 10605<br>Claim Date: 02/04/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $15,036.60 | UNLIQ |
| MUNUGALA, DEEPIKA<br>ADDRESS ON FILE | | Claim Number: 10606<br>Claim Date: 02/05/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION<br>Comments:<br>AMENDS CLAIM #10599 | |
| UNSECURED | Claimed: | $7,905.20 | |
| AHUJA, SAARANG<br>ADDRESS ON FILE | | Claim Number: 10607<br>Claim Date: 02/06/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $0.00 | UNDET |
| YAU, CHUN WAI ERIC<br>ADDRESS ON FILE | | Claim Number: 10608<br>Claim Date: 02/06/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $0.00 | UNDET |
| MICROULIS, MARILYN W<br>ADDRESS ON FILE | | Claim Number: 10609<br>Claim Date: 02/07/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $6,816.20 | |

PELLETIER, ISABELLE
ADDRESS ON FILE

Claim Number: 10610
Claim Date: 02/07/2025
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
Claim out of balance

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,761.97 |
| TOTAL | Claimed: | $3,729.25 |

NAME ON FILE
ADDRESS ON FILE

Claim Number: 10611
Claim Date: 02/13/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,360.34 |

ISRAEL, EMMANUEL
ADDRESS ON FILE

Claim Number: 10612
Claim Date: 02/14/2025
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
Claimed amount is 187.03 Canadian Dollars

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

AHMED, BELAL
ADDRESS ON FILE

Claim Number: 10613
Claim Date: 02/18/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $440.75 |

AHUJA, GANIST
ADDRESS ON FILE

Claim Number: 10614
Claim Date: 02/24/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $145.14 |

WRIGHT, SUZANNE
ADDRESS ON FILE
Claim Number: 10615
Claim Date: 02/24/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

EPPERSON, JIMMY L, III
ADDRESS ON FILE
Claim Number: 10616
Claim Date: 02/28/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $880.82

ROSENBERG, JADE
ADDRESS ON FILE
Claim Number: 10617
Claim Date: 03/01/2025
Debtor: TUPPERWARE INTERNATIONAL HOLDINGS CORPORATION

UNSECURED Claimed: $96.84

ZOGHLAMI, BRAHIM
ADDRESS ON FILE
Claim Number: 10618
Claim Date: 03/02/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,485.55

ILLINOIS DEPARTMENT OF REVENUE
ATTN BANKRUPTCY SECTION
PO BOX 19035
SPRINGFIELD, IL 62794
Claim Number: 10619
Claim Date: 03/05/2025
Debtor: TUPPERWARE U.S., INC.

UNSECURED Claimed: $0.00 UNDET

| | | |
|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY SECTION<br>PO BOX 19035<br>SPRINGFIELD, IL 62794 | | Claim Number: 10620<br>Claim Date: 03/05/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $0.00 UNDET |
| ADMINISTRADORA DART S DE RL DE CV<br>PASEO DE LOS LAURELES 458<br>TORRE A<br>PISO 2 OFICINA 206<br>CIUDAD DE MEXICO 05120,<br>MEXICO | | Claim Number: 10621<br>Claim Date: 03/06/2025<br>Debtor: DART INDUSTRIES INC. |
| UNSECURED | Claimed: | $87,037,921.17 |
| ADMINISTRADORA DART S DE RL DE CV<br>PASEO DE LOS LAURELES 458<br>TORRE A<br>PISO 2 OFICINA 206<br>CIUDAD DE MEXICO 05120,<br>MEXICO | | Claim Number: 10622<br>Claim Date: 03/06/2025<br>Debtor: TUPPERWARE INTERNATIONAL HOLDINGS CORPORATION |
| UNSECURED | Claimed: | $24,152,221.59 |
| TUPPERWARE BRANDS MEXICO S DE RL DE CV<br>PASEO DE LOS LAURELES 458<br>TORRE A<br>PISO 2 OFICINA 206<br>CIUDAD DE MEXICO 05120,<br>MEXICO | | Claim Number: 10623<br>Claim Date: 03/06/2025<br>Debtor: TUPPERWARE U.S., INC. |
| UNSECURED | Claimed: | $3,585,648.87 |
| DART SA DE CV<br>RODOLFO PATRON # 9<br>LERMA 52000,<br>MEXICO | | Claim Number: 10624<br>Claim Date: 03/06/2025<br>Debtor: DART INDUSTRIES INC. |
| UNSECURED | Claimed: | $64,446.20 |

ADMINISTRADORA DART S DE RL DE CV
PASEO DE LOS LAURELES 458
TORRE A
PISO 2 OFICINA 206
CIUDAD DE MEXICO 05120,
MEXICO

Claim Number: 10625
Claim Date: 03/06/2025
Debtor: DART INDUSTRIES INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $369,240.74 |

RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL
PROVIDENCE, RI 02908

Claim Number: 10626
Claim Date: 03/10/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| PRIORITY | Claimed: | $408.39 |
| UNSECURED | Claimed: | $6.00 |

RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL
PROVIDENCE, RI 02908

Claim Number: 10627
Claim Date: 03/10/2025
Debtor: DEERFIELD LAND CORPORATION

| | | |
|---|---|---|
| PRIORITY | Claimed: | $408.39 |
| UNSECURED | Claimed: | $6.00 |

RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL
PROVIDENCE, RI 02908

Claim Number: 10628
Claim Date: 03/10/2025
Debtor: PREMIERE PRODUCTS, INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $408.39 |
| UNSECURED | Claimed: | $6.00 |

RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL
PROVIDENCE, RI 02908

Claim Number: 10629
Claim Date: 03/10/2025
Debtor: TUPPERWARE INTERNATIONAL HOLDINGS CORPORATION

| | | |
|---|---|---|
| PRIORITY | Claimed: | $408.39 |
| UNSECURED | Claimed: | $6.00 |

RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL
PROVIDENCE, RI 02908

Claim Number: 10630
Claim Date: 03/10/2025
Debtor: TUPPERWARE PRODUCTS, INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $408.39 | |
| UNSECURED | Claimed: | $6.00 | |

RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL
PROVIDENCE, RI 02908

Claim Number: 10631
Claim Date: 03/10/2025
Debtor: DART INDUSTRIES INC.
Comments: POSSIBLY AMENDED BY 322

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $408.39 | |
| UNSECURED | Claimed: | $6.00 | |

MISSISSIPPI DEPARTMENT OF REVENUE
ATTN BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

Claim Number: 10632
Claim Date: 03/11/2025
Debtor: TUPPERWARE U.S., INC.
Comments:
AMENDS CLAIM #10033

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,582.04 | |
| UNSECURED | Claimed: | $2,334.30 | |

SMART, PHILIP
ADDRESS ON FILE

Claim Number: 10633
Claim Date: 03/11/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $650,000.00 | |

TENNESSEE DEPARTMENT OF REVENUE
C/O ATTORNEY GENERAL
PO BOX 20207
NASHVILLE, TN 37202-0207

Claim Number: 10634
Claim Date: 03/12/2025
Debtor: TUPPERWARE U.S., INC.
Comments: WITHDRAWN
DOCKET: 873 (03/03/2026)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $3,403.39 | UNLIQ |
| UNSECURED | Claimed: | $818.25 | UNLIQ |

NEW HAMPSHIRE DEPT OF REVENUE ADMIN
ATTN LEGAL BUREAU
PO BOX 457
CONCORD, NH 03302

Claim Number: 10635
Claim Date: 03/14/2025
Debtor: TUPPERWARE BRANDS CORPORATION

PRIORITY Claimed: $1.00 UNLIQ

---

CHANDRASEKAR, RAMYA RAJA
ADDRESS ON FILE

Claim Number: 10636
Claim Date: 03/17/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $10,270.00 UNLIQ

---

FERRIER, CRAIG R
ADDRESS ON FILE

Claim Number: 10637
Claim Date: 03/18/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

---

PRAINITO, PHILIP
ADDRESS ON FILE

Claim Number: 10638
Claim Date: 03/19/2025
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10170

UNSECURED Claimed: $0.00 UNDET

---

MAURICE LEW AND DAISY LEW FAMILY TRUST
ADDRESS ON FILE

Claim Number: 10639
Claim Date: 03/22/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

---

| | | | |
|---|---|---|---|
| DENISE LUM-KAN AND ALVIN KAN<br>ADDRESS ON FILE | | Claim Number: 10640<br>Claim Date: 03/23/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| PRIORITY | Claimed: | $43,937.76 | |
| LOUISIANA DEPARTMENT OF REVENUE<br>PO BOX 66658<br>BATON ROUGE, LA 70896-6658 | | Claim Number: 10641<br>Claim Date: 03/26/2025<br>Debtor: DART INDUSTRIES INC.<br>Comments:<br>AMENDS CLAIM #10077 | |
| UNSECURED | Claimed: | $3,076.10 | UNLIQ |
| TUPPERWARE BELGIUM NV<br>LEOPOLDLAAN 15<br>DENDERMONDE 9000,<br>BELGIUM | | Claim Number: 10642<br>Claim Date: 03/27/2025<br>Debtor: DART INDUSTRIES INC.<br>Comments:<br>Claimed amount is 661,117.21 Euros | |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| SPANOS PRZETAK APLC<br>555 12TH ST, STE 2060<br>OAKLAND, CA 94607 | | Claim Number: 10643<br>Claim Date: 03/27/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $5,891.97 | |
| SPANOS PRZETAK APLC<br>555 12TH ST, STE 2060<br>OAKLAND, CA 94607 | | Claim Number: 10644<br>Claim Date: 03/27/2025<br>Debtor: DART INDUSTRIES INC. | |
| UNSECURED | Claimed: | $5,891.90 | |

GINZL, HARRY E
ADDRESS ON FILE

Claim Number: 10645
Claim Date: 03/28/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

SHANGHAI PATENT & TRADEMARK LAW OFFICE
435 GUIPING RD
SHANGHAI 200233,
CHINA

Claim Number: 10646
Claim Date: 03/31/2025
Debtor: DART INDUSTRIES INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,195.00 | |

CHANGTSI & PARTNERS LIMITED
ATTN VICKY PANG
6-8TH FLOOR TOWER A, HUNDRED ISLAND PARK
BEI ZHAN BEI JIE STREET XICHENG DISTRICT
BEIJING 100044,
CHINA

Claim Number: 10647
Claim Date: 03/31/2025
Debtor: DART INDUSTRIES INC.
Comments: WITHDRAWN
DOCKET: 891 (05/08/2026)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $221,452.49 | |
| UNSECURED | Claimed: | $1,460,392.04 | |

KENCOS-HAJEK, ANNE L
ADDRESS ON FILE

Claim Number: 10648
Claim Date: 04/02/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $52,531.83 | UNLIQ |

MAZUR, LORNE
ADDRESS ON FILE

Claim Number: 10649
Claim Date: 04/02/2025
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
CLAIM AMOUNT IS 16,508.19 CAD

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

MAZUR, BARBARA
ADDRESS ON FILE

Claim Number: 10650
Claim Date: 04/02/2025
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
CLAIM AMOUN TIS 17,760.29 CAD

UNSECURED Claimed: $0.00 UNLIQ

---

OREGON DEPARTMENT OF REVENUE
955 CENTER ST NE
SALEM, OR 97301-2555

Claim Number: 10651
Claim Date: 04/02/2025
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: POSSIBLY AMENDED BY 10669

UNSECURED Claimed: $0.00

---

SZABO, ANDREA
ADDRESS ON FILE

Claim Number: 10652
Claim Date: 04/02/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

---

COMMONWEALTH OF PA-UCTS
C/O DEPARTMENT OF LABOR & INDUSTRY
ATTN COLLECTIONS SUPPORT UNIT
PO BOX 68568
HARRISBURG, PA 17106-8568

Claim Number: 10653
Claim Date: 04/03/2025
Debtor: TUPPERWARE INTERNATIONAL HOLDINGS CORPORATION

PRIORITY Claimed: $0.00
SECURED Claimed: $1,840.23

---

BASALEH, ADNAN
ADDRESS ON FILE

Claim Number: 10654
Claim Date: 04/03/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $1,336.00

| | | | |
|---|---|---|---|
| ESTATE OF JAMES O MARTIN<br>ADDRESS ON FILE | | Claim Number: 10655<br>Claim Date: 04/07/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $1,665.33 | UNLIQ |
| PATPOL LEGAL PIROG I WSPOLNICY SP K<br>162J NOWOURSYNOWSKA ST<br>WARSAW 02-776,<br>POLAND | | Claim Number: 10656<br>Claim Date: 04/16/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $861.65 | UNLIQ |
| MACDERMOTT, JAY<br>ADDRESS ON FILE | | Claim Number: 10657<br>Claim Date: 04/16/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION | |
| UNSECURED | Claimed: | $170.23 | |
| GUANGDONG MASTER GROUP CO LTD<br>C/O MAZZOLA LINDSTROM LLP<br>1350 AVENUE OF THE AMERICAS, 2ND FL<br>NEW YORK, NY 10019 | | Claim Number: 10658<br>Claim Date: 04/17/2025<br>Debtor: TUPPERWARE PRODUCTS, INC. | |
| UNSECURED | Claimed: | $211,942.66 | |
| TUPPERWARE BRANDS JAPAN LTD<br>3-12 KIOICHO<br>KIOICHO BUILDING 16F<br>CHIYODA-KU<br>TOKYO 102-0094,<br>JAPAN | | Claim Number: 10659<br>Claim Date: 04/21/2025<br>Debtor: TUPPERWARE INTERNATIONAL HOLDINGS CORPORATION | |
| UNSECURED | Claimed: | $9,870,013.60 | |

ON COMPUTER SERVICES LLC
D/B/A UNIFIED POWER
217 METRO DR
TERRELL, TX 75160

Claim Number: 10660
Claim Date: 04/22/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,772.00 | Scheduled: | $5,772.00 |

PARTY PRODUCTS LLC AS SUBROGEE
C/O DECHERT LLP
ATTN ALLAN BRILLIANT AND SHMUEL VASSER
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

Claim Number: 10661
Claim Date: 04/29/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,876,590.29 |
| UNSECURED | Claimed: | $3,853,016.14 |

TURNER, JOY
ADDRESS ON FILE

Claim Number: 10662
Claim Date: 05/05/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

SPIRIT REALTY LP
PARTY PRODUCTS LLC C/O DECHERT LLP
ATTN ALLAN BRILLIANT AND SHMUEL VASSER
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

Claim Number: 10663
Claim Date: 05/05/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,697,887.52 |
| UNSECURED | Claimed: | $3,619,327.91 |

CURAÇAO TRADE MARK AGENCY INC
MARGRIETPLEIN 24
WILLEMSTAD,
CURACAO

Claim Number: 10664
Claim Date: 05/12/2025
Debtor: DART INDUSTRIES INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,687.64 |

LUMEN TECHNOLOGIES GROUP LLC
931 14TH ST, 9TH FL
DENVER, CO 80202

Claim Number: 10665
Claim Date: 05/15/2025
Debtor: TUPPERWARE BRANDS CORPORATION
Comments: DOCKET: 923 (09/18/2026)

UNSECURED Claimed: $754,588.66

---

POWERS, JESSICA
ADDRESS ON FILE

Claim Number: 10666
Claim Date: 05/18/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $10.04

---

BRANDES, DANA BETH
ADDRESS ON FILE

Claim Number: 10667
Claim Date: 06/02/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $9,122.05

---

TENNESSEE DEPARTMENT OF REVENUE
C/O ATTORNEY GENERAL
PO BOX 20207
NASHVILLE, TN 37202-0207

Claim Number: 10668
Claim Date: 06/04/2025
Debtor: TUPPERWARE U.S., INC.
Comments: POSSIBLY AMENDED BY 10696

PRIORITY Claimed: $29,117.51 UNLIQ

---

OREGON DEPARTMENT OF REVENUE
955 CENTER ST NE
SALEM, OR 97301-2555

Claim Number: 10669
Claim Date: 06/20/2025
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10651

UNSECURED Claimed: $0.00

---

MISSISSIPPI DEPARTMENT OF REVENUE
ATTN BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225

Claim Number: 10670
Claim Date: 06/20/2025
Debtor: TUPPERWARE U.S., INC.

ADMINISTRATIVE Claimed: $0.00 UNLIQ

BERDY, GREGG JONATHAN
ADDRESS ON FILE

Claim Number: 10671
Claim Date: 06/21/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

CAMERON, ROSA
ADDRESS ON FILE

Claim Number: 10672
Claim Date: 06/24/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNLIQ

AUDITBOARD INC
12900 PARK PLAZA DR, STE 200
CERRITOS, CA 90703

Claim Number: 10673
Claim Date: 06/24/2025
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $72,846.00

ZEHNDER, JED
ADDRESS ON FILE

Claim Number: 10674
Claim Date: 07/03/2025
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
AMENDS CLAIM #10557

UNSECURED Claimed: $51,871.90 UNLIQ

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10675
Claim Date: 07/05/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $115,668.00 |

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10676
Claim Date: 07/07/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $138,852.00 |

NAME ON FILE
ADDRESS ON FILE
Claim Number: 10677
Claim Date: 07/08/2025
Debtor: TUPPERWARE U.S., INC.
Comments:
AMENDS CLAIM #10496

| | | |
|---|---|---|
| SECURED | Claimed: | $163,851.00 |

BIELECKA, ANNA
ADDRESS ON FILE
Claim Number: 10678
Claim Date: 07/09/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | |
|---|---|---|
| PRIORITY | Claimed: | $26,159.82 |
| UNSECURED | Claimed: | $6,646.85 |

WORKDAY INC
C/O PERKINS COIE LLP
ATTN BRADLEY A COSMAN
2525 E CAMELBACK RD, STE 500
PHOENIX, AZ 85016
Claim Number: 10680
Claim Date: 07/09/2025
Debtor: DART INDUSTRIES INC.
Comments: WITHDRAWN
DOCKET: 893 (07/02/2026)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,216,366.00 |

JOHNSON CONTROLS SECURITY SOLUTIONS LLC
5757 N GREEN BAY AVE
GLENDALE, WI 53209

Claim Number: 10681
Claim Date: 07/10/2025
Debtor: TUPPERWARE U.S., INC.

UNSECURED Claimed: $86,391.56

HOLLOWAY, CRYSTAL
ADDRESS ON FILE

Claim Number: 10682
Claim Date: 07/16/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $0.00 UNDET

DERIS ATTORNEY-AT-LAW PARTNERSHIP
INEBOLU SOK NO 5 DERIS BUILDING
SETUSTU-KABATAS
ISTANBUL 34427,
TURKEY

Claim Number: 10683
Claim Date: 07/16/2025
Debtor: DART INDUSTRIES INC.

UNSECURED Claimed: $6,498.05

DATADOG INC
ATTN ACCOUNTS RECEIVABLE
620 8TH AVE, 45TH FL
NEW YORK, NY 10018

Claim Number: 10684
Claim Date: 07/18/2025
Debtor: TUPPERWARE BRANDS CORPORATION

UNSECURED Claimed: $93,665.43

TRUDEAU, RAYMOND
ADDRESS ON FILE

Claim Number: 10685
Claim Date: 07/31/2025
Debtor: TUPPERWARE BRANDS CORPORATION

PRIORITY Claimed: $75,967.54

| | | |
|---|---|---|
| HENRY HUGHES IP LIMITED<br>PO BOX 356<br>WELLINGTON 6140,<br>NEW ZEALAND | | Claim Number: 10686<br>Claim Date: 08/05/2025<br>Debtor: DART INDUSTRIES INC.<br>Comments:<br>AMENDS CLAIM #10595 |
| UNSECURED | Claimed: | $1,536.00 |
| DREW & NAPIER LLC<br>10 COLLYER QUAY<br>#10-01 OCEAN FINANCIAL CENTRE<br>SINGAPORE 049315,<br>SINGAPORE | | Claim Number: 10688<br>Claim Date: 09/18/2025<br>Debtor: DART INDUSTRIES INC. |
| UNSECURED | Claimed: | $5,759.35 |
| RI DEPARTMENT OF LABOR TRAINING<br>1511 PONTIAC AVE<br>CRANSTON, RI 02920 | | Claim Number: 10689<br>Claim Date: 10/17/2025<br>Debtor: DART INDUSTRIES INC. |
| PRIORITY | Claimed: | $2,738.39 |
| DUKE ENERGY PROGRESS LLC<br>C/O HAYNSWORTH SINKLER BOYD PA<br>ATTN MARY M CASKEY, ESQ<br>PO BOX 11889<br>COLUMBIA, SC 29211 | | Claim Number: 10690<br>Claim Date: 10/17/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 894 (07/13/2026) |
| ADMINISTRATIVE | Claimed: | $146,431.94 |
| WILTON, JESSICA L<br>ADDRESS ON FILE | | Claim Number: 10691<br>Claim Date: 11/22/2025<br>Debtor: TUPPERWARE BRANDS CORPORATION |
| UNSECURED | Claimed: | $0.00 UNDET |

CASHDOLLAR, RACHEL M
ADDRESS ON FILE

Claim Number: 10692
Claim Date: 11/28/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

TUPPERWARE AUSTRALIA PTY LTD (IN LIQ)
LEVEL 14, 570 BOURKE STREET
VICTORIA
MELBOURNE 3000,
AUSTRALIA

Claim Number: 10693
Claim Date: 01/08/2026
Debtor: TUPPERWARE U.S., INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,994,746.03 | |

ARIZONA DEPARTMENT OF REVENUE
C/O OFFICE OF THE AZ ATTORNEY GENERAL
ATTN TAX BANKRUPTCY AND COLLECTION SCT
2005 N CENTRAL AVE, STE 100
PHOENIX, AZ 85004

Claim Number: 10694
Claim Date: 04/23/2026
Debtor: TUPPERWARE BRANDS CORPORATION
Comments:
Amends Claim #10055

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $110.40 | |
| UNSECURED | Claimed: | $112.79 | |

BROWN, BRITTANY
ADDRESS ON FILE

Claim Number: 10695
Claim Date: 05/21/2026
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $3,039.51 | UNLIQ |

TENNESSEE DEPARTMENT OF REVENUE
C/O ATTORNEY GENERAL
PO BOX 20207
NASHVILLE, TN 37202-0207

Claim Number: 10696
Claim Date: 05/27/2026
Debtor: TUPPERWARE U.S., INC.
Comments:
AMENDS CLAIM #10668

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,870.66 | UNLIQ |

WORKDAY INC
C/O PERKINS COIE LLP
ATTN BRADLEY A COSMAN, ESQ
2525 E CAMELBACK RD, STE 500
PHOENIX, AZ 85016

Claim Number: 20001
Claim Date: 07/09/2025
Debtor: DART INDUSTRIES INC.
Comments: WITHDRAWN
DOCKET: 892 (07/01/2026)

ADMINISTRATIVE Claimed: $251,603.75

CHANG TSI & PARTNERS LIMITED
C/O AKERMAN LLP
ATTN ANDREW DUPRE
222 DELAWARE AVE, STE 1710
WILMINGTON, DE 19801

Claim Number: 20002
Claim Date: 07/10/2025
Debtor: DART INDUSTRIES INC.

ADMINISTRATIVE Claimed: $221,452.49

PARTY PRODUCTS LLC
C/O YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN R BRADY,R POPPITI,S FARIS,C LAMBE
1000 N KING ST
WILMINGTON, DE 19801

Claim Number: 20003
Claim Date: 07/10/2025
Debtor: TUPPERWARE BRANDS CORPORATION

ADMINISTRATIVE Claimed: $1,876,590.29

TUPPERWARE PRODUCTS AG
C/O LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN SCOTT D COUSINS
500 DELAWARE AVE, STE 700
WILMINGTON, DE 19801

Claim Number: 20004
Claim Date: 07/10/2025
Debtor: TUPPERWARE U.S., INC.

ADMINISTRATIVE Claimed: $4,078,897.89

TUPPERWARE PRODUCTS AG
C/O LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN SCOTT D COUSINS
500 DELAWARE AVE, STE 700
WILMINGTON, DE 19801

Claim Number: 20005
Claim Date: 07/10/2025
Debtor: TUPPERWARE PRODUCTS, INC.

ADMINISTRATIVE Claimed: $636,302.29

STATE OF NEW JERSEY-DIVISION OF TAXATION
ATTN BANKRUPTCY UNIT
PO BOX 245
TRENTON, NJ 08695-0245

Claim Number: 20006
Claim Date: 08/26/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,000.00 | UNLIQ |

STATE OF NEW JERSEY-DIVISION OF TAXATION
ATTN BANKRUPTCY UNIT
PO BOX 245
TRENTON, NJ 08695-0245

Claim Number: 20007
Claim Date: 08/26/2025
Debtor: TUPPERWARE BRANDS CORPORATION

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,000.00 | UNLIQ |

## Summary Page

Total Number of Filed Claims: 972

| | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $11,698,023.05 | $0.00 |
| Priority: | $4,750,032.08 | $0.00 |
| Secured: | $5,080,884.08 | $0.00 |
| Unsecured: | $638,219,288.41 | $0.00 |
| Total: | $659,748,227.62 | $0.00 |