**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TUPPERWARE BRANDS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12156 (BLS)<br>Jointly Administered<br><br>**Re Docket No. 948**<br><br>**Hearing Date: December 9, 2026 at 10:30 AM (ET)**<br>**Obj. Deadline: November 30, 2026 at 4:00 PM (ET)** |

**NOTICE OF OBJECTION OF SPIRIT REALTY, L.P. TO PROOFS OF CLAIM NOS. 10661, 10663, AND 20003 FILED BY PARTY PRODUCTS LLC AND THE MOTION OF PARTY PRODUCTS LLC FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM**

**PLEASE TAKE NOTICE** that, on November 5, 2026, Spirit Realty, by and through its undersigned counsel ("**Spirit Realty**"), filed the *Objection of Spirit Realty, L.P. to Proofs of Claim Nos. 10661, 10663, and 20003 filed by Party Products LLC and the Motion of Party Products LLC for Allowance of an Administrative Expense Claim* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that the Objection and any responses to the Objection shall be considered at a hearing before the Honorable Brendan L. Shannon at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801 on **December 9, 2026 at 10:30 AM (ET)** (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE** that any responses to the Objection must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on the undersigned counsel, on or before **November 30, 2026 at 4:00 PM (ET)**.

**PLEASE TAKE FURTHER NOTICE IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS**

**NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 10, 2026
Wilmington, Delaware

Respectfully submitted,

/s/ *Mary E. Augustine*

Anthony M. Saccullo (No. 4141)
Mary E. Augustine (No. 4477)
**A.M. SACCULLO LEGAL, LLC**
27 Crimson King Drive
Bear, Delaware 19701
Tel: (302) 836-8877
Fax: (302) 836-8787
Email: ams@saccullolegal.com
meg@saccullolegal.com

*-and-*

Robert L. LeHane (*admitted pro hac vice*)
Damon W. Suden (*admitted pro hac vice*)
Genna S. Steinberg (*admitted pro hac vice*)
Ryan Kelly (*admitted pro hac vice*)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
Email: rlehane@kelleydrye.com
dsuden@kelleydrye.com
gsteinberg@kelleydrye.com
rkelly@kelleydrye.com

*Counsel for Spirit Realty, L.P.*